Joseph F. Jennings (State Bar No. 145,920)
jjennings@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Phillip A. Bennett (State Bar No. 241,809)
phillip.bennett@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130
Phone: (858) 707-4000
Facsimile: (858) 707-4001

Attorneys for Plaintiff and Counterdefendant
KFx Medical Corporation

Michael A. Tomasulo (State Bar No. 179,389)
tomasulom@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
Phone:  (310) 772-8300
Facsimile:  (310) 772-8301

Charles W. Saber (admitted *pro hac vice*)
saberc@dicksteinshapiro.com
Salvatore P. Tamburo (admitted *pro hac vice*)
tamburos@dicksteinshapiro.com
Megan S. Woodworth (admitted *pro hac vice*)
woodworthm@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
Phone:  (202) 420-2200
Facsimile:  (202) 420-2201

Attorneys for Defendant and Counterclaimant
Arthrex, Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation, <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> ARTHREX, INCORPORATED., a Delaware corporation, <br><br> Defendant and Counterclaimant. | Case no. 11cv1698 DMS (BLM) <br><br> **JOINT HEARING STATEMENT PURSUANT TO PATENT L.R. 4.2** <br><br> Date:  June 4, 2012 <br> Time:  10:30 a.m. <br> Courtroom 10, 2nd Floor <br> Honorable Dana M. Sabraw |

Pursuant to Patent L.R. 4.2 and the Court's November 10, 2011 Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings, Plaintiff KFx Medical Corporation ("KFx") and Defendant Arthrex, Inc. ("Arthrex") hereby submit their Joint Hearing Statement.

A.   **Anticipated Length of Claim Construction Hearing**

The parties anticipate that the claim construction hearing will require approximately 2-3 hours, or half of a court day.

B.   **Witnesses for Claim Construction Hearing**

KFx intends to call Dr. Jonathan Ticker as an expert witness either by declaration or at the claim construction hearing.  Dr. Ticker will offer his opinion that a person of ordinary skill in the art would understand the term "inserting a [first/second/third/fourth] anchor into bone" as used in the claims of the '311 patent means "putting or placing the [first/second/third/fourth] anchor into bone."  Dr. Ticker will also offer his opinion that the construction is consistent with the plain and ordinary meaning of "inserting", the '311 patent specification and its prosecution history.  Dr. Ticker will further offer his opinion that the proposed construction is also consistent with his professional experience and the various anchors (on the market both before and after the time of invention and also reflected in prior art patents) that are not securely fixed into the bone merely because they have been inserted into the bone.

Arthrex intends to call Dr. Greenleaf as an expert witness either by declaration or at the claim construction hearing.  Dr. Greenleaf will offer his opinion that a person of ordinary skill in the art would understand the term "inserting a [first/second/third/fourth] anchor into bone" as used in the claims of the '311 patent means "putting or placing the [first/second/third/fourth] anchor into bone such that it is securely fixed in the bone"

Dr. Greenleaf will also offer his opinion that this construction is consistent with the plain and ordinary meaning of "inserting an anchor into bone" as applied to the use of suture anchors, the '311 patent specification and its prosecution history.  Dr. Greenleaf will also offer his opinion that the proposed construction is consistent with his professional experience

and opinion and that the object of all suture anchors is to insert them into bone so that they are securely fixed in the bone.

Dr. Greenleaf will also offer his opinion that a person of ordinary skill in the art would understand the term "suture" as used in the claims of the '311 patent, means "a flexible structure that can be stretched between two or more anchors and includes traditional suture material, single or multiple stranded threads, or a mesh structure."

Dr. Greenleaf will also offer his opinion that this construction (as it relates to single or multiple stranded threads) is consistent with the plain and ordinary meaning of "suture" as used with suture anchors. Dr. Greenleaf with also offer his opinion that this construction (including the disclosed mesh) is consistent with the alleged invention as described in the '311 patent specification. Dr. Greenleaf will also offer his opinion that the proposed construction is consistent with his professional experience with using suture with suture anchors in arthroscopic surgery.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 12, 2012        By: s/Phillip A. Bennett
                                 Joseph F. Jennings
                                 Phillip A. Bennett

                             Attorneys for Plaintiff and Counterdefendant
                             KFx Medical Corporation


                             DICKSTEIN SHAPIRO LLP


Dated: March 12, 2012        By: s/ Charles W. Saber
                                 Michael A. Tomasulo
                                 Charles W. Saber
                                 Salvatore P. Tamburo
                                 Megan S. Woodworth

                             Attorneys for Defendant and Counterclaimant
                             Arthrex, Incorporated

## **PROOF OF SERVICE**

I hereby certify that on March 12, 2012, I caused the **JOINT HEARING STATEMENT PURSUANT TO PATENT L.R. 4.2** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Michael A. Tomasulo
tomasulom@docksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T:  310-772-8300

Charles W. Saber
saberc@dicksteinshapiro.com
Salvatore P. Tamburo
tamburos@dicksteinshapiro.com
Megan S. Woodworth
woodworthm@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
T:  202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on March 12, 2012, at San Diego, California.

_____
Colleen Mensching

KFXL.064L
12839319
022812