Joseph F. Jennings (State Bar No. 145,920)
jjennings@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Phillip A. Bennett (State Bar No. 241,809)
phillip.bennett@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
12790 El Camino Real
San Diego, CA  92130
Phone: (858) 707-4000
Facsimile: (858) 707-4001

Attorneys for Plaintiff and Counterdefendant
KFx Medical Corporation

Michael A. Tomasulo (State Bar No. 179,389)
tomasulom@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
Phone:  (310) 772-8300
Facsimile:  (310) 772-8301

Charles W. Saber (admitted *pro hac vice*)
saberc@dicksteinshapiro.com
Salvatore P. Tamburo (admitted *pro hac vice*)
tamburos@dicksteinshapiro.com
Megan S. Woodworth (admitted *pro hac vice*)
woodworthm@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
Phone:  (202) 420-2200
Facsimile:  (202) 420-2201

Attorneys for Defendant and Counterclaimant
Arthrex, Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>ARTHREX, INCORPORATED, a Delaware corporation,<br><br>　　　　Defendant and Counterclaimant. | Case no. 11cv1698 DMS (BLM)<br><br>**JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO AMEND CASE MANAGEMENT ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS** |

Plaintiff KFx Medical Corporation ("KFx") and Defendant Arthrex, Inc. ("Arthrex"), hereby jointly move the Court for an order granting leave for KFx to file a first amended complaint to add two recently issued patents to this lawsuit and to amend the case schedule to accommodate the addition of these patents.  Defendant Arthrex, Inc. ("Arthrex") joins in this motion seeking to add the two new patents provided the Court also agrees to extend the schedule, as described below, to allow sufficient time for the parties to exchange infringement and invalidity contentions regarding the new patents and to identify additional claim construction issues with these new patents.   To the extent the Court does not agree to extend the schedule to accommodate the addition of these two new patents, Arthrex opposes this motion.

KFx has recently been awarded two additional patents related to the patent currently at issue in this case.  Specifically, on January 24, 2012, KFx was awarded U.S. Patent No. 8,100,942 ("the '942 patent"), entitled "System and Method for Attaching Soft Tissue to Bone."  And on February 7, 2012, KFx was awarded U.S. Patent No. 8,109,969 ("the '969 patent"), also entitled "System and Method for Attaching Soft Tissue to Bone."    These patents are continuations of U.S. Patent No. 7,585,311 ("the '311 patent") currently at issue in this case.  All three patents therefore share the same specification.

KFx alleges that Arthrex has infringed the new patents based upon the same activities that KFx alleges infringe the '311 patent currently at issue.  A copy of KFx's proposed First Amended Complaint has been lodged with this motion.  Specifically, KFx alleges that Arthrex's marketing, sale and promotion of the systems and devices for performing what Arthrex markets as the SutureBridge™ Double Row Rotator Cuff Repair surgical technique, the SpeedBridge™ Knotless Double Row Footprint Reconstruction surgical technique, and the SutureBridge™ and SpeedBridge™ double row Achilles tendon repairs infringe all three patents.  Arthrex denies infringement of the '942 and '969 patents and intends to allege various affirmative defenses.

The parties have already exchanged infringement and invalidity contentions regarding the '311 patent currently in this lawsuit, pursuant to Local Patent Rules 3.1-3.4.  The parties

have also completed the Court's prescribed procedure (Local Patent Rules 4.1 and 4.2) for identifying those claim limitations of the '311 patent they would like the Court to construe. The asserted claims of the two new patents include limitations that are different than those of the '311 patent.  Thus, new contentions of infringement and invalidity will need to be exchanged.  And since there are different claim limitations being asserted in the new patents, there will be additional claim construction issues that arise as a result of the exchange of infringement/invalidity contentions.

Thus, when KFx approached Arthrex about amending its complaint to add the new patents to this lawsuit, Arthrex agreed to join in this motion as long as the schedule is extended in order to enable the parties to address all of these required issues which are normally dealt with by the Court's Local Patent Rules.

Arthrex agrees with KFx that it is most efficient to resolve their disputes regarding all three patents in a single lawsuit and the parties have worked together to devise a schedule that accomplishes this with minimal disruption to the existing schedule.  The parties proposal would postpone the upcoming opening and responsive *Markman* briefing and Hearing dates (currently scheduled for April 23, May 7 and June 4, 2012, respectively) until the parties have completed the exchange of new infringement/invalidity contentions, and have completed the Court's process for identifying those new claim limitations they would like the Court to decide for the two new patents.

After completing this process for the two new patents (which follows that of the Local Patent Rules of this Court, but in abbreviated fashion), the parties will then file a single set of opening and responsive *Markman* briefs for all three patents and the Court can then conduct a single *Markman* hearing on all three patents.

In order to achieve this, the parties have conferred and jointly propose an adjustment to the schedule that achieves the following: (1) adds a schedule for the parties to exchange contentions for the new patents; (2) adds a schedule for the parties to exchange claim construction positions relating to the new patents and then submit claim construction briefs addressing all three patents; and (3) generally continues the current dates by approximately

three months to allow the parties sufficient time to address the new patents in an orderly fashion.  To that end, the parties propose the following new schedule:

| Event | Previous Date | Proposed Date |
|---|---|---|
| Plaintiff Serves Infringement Contentions on '942 and '969 Patents | | April 9, 2012 |
| Defendant Serves Invalidity Contentions on '942 and '969 Patents | | May 19, 2012 |
| Simultaneous Exchange of Preliminary Proposed Claim Constructions and Extrinsic Evidence on '942 and '969 Patents | | June 1, 2012 |
| Parties Simultaneously Exchange Responsive Proposed Claim Constructions and Extrinsic Evidence on '942 and '969 Patents | | June 12, 2012 |
| Filing of Joint Claim Construction Chart, Worksheet and Hearing Statement on '942 and '969 Patents. | | June 25, 2012 |
| Close of Claim Construction Discovery | April 9, 2012 | July 9, 2012 |
| Opening Claim Construction Briefs and Supporting Evidence | April 23, 2012 | July 23, 2012 |
| Responsive Claim Construction Briefs | May 7, 2012 | August 6, 2012 |
| Last Day to File Claim Construction Discovery Motions | 30 days after cutoff | 30 days after cutoff |
| Claim Construction Hearing | June 4, 2012 | September 10, 2012 or such date thereafter as may be convenient for the Court |
| Exchange of Expert Witnesses Designations | August 8, 2012 | November 8, 2012 |
| Deadline for Supplemental Designation of Expert Witnesses | August 29, 2012 | November 29, 2012 |
| Settlement Briefs in Anticipation of Mandatory Settlement Conference | September 4, 2012 | December 4, 2012 |
| Mandatory Settlement Conference | September 10, 2012 | December 10, 2012 |
| Close of Fact Discovery | October 1, 2012 | December 21, 2012 |
| Last Day to File Fact Discovery Motions | 30 days after cutoff | 30 days after cutoff |
| Opening Expert Reports | November 2, 2012 | February 4, 2013 |
| Supplemental Expert Reports | December 3, 2012 | March 4, 2013 |
| Close of Expert Discovery | February 1, 2013 | May 1, 2013 |
| Deadline to File All Motions, Excluding Motion to Join or Amend and Motions in | February 18,2013 | May 17, 2013 |

| | | |
|---|---|---|
| Limine | | |
| Last Day to File Fact Expert Motions | 30 days after cutoff | 30 days after cutoff |
| Final Pre-Trial Conference | April 19, 2013 | July 19, 2013 or such date thereafter as may be convenient for the Court |
| Trial | May 20, 2013 | August 19, 2013 or such date thereafter as may be convenient for the Court |

For the foregoing reasons, the parties respectfully request that the Court grant KFx leave to file its first amended complaint to add the two recently issued patents to this lawsuit and also amend the case schedule as set forth above.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 2, 2012             By: s/Joseph F. Jennings
                                     Joseph F. Jennings
                                     Phillip A. Bennett

                                 Attorneys for Plaintiff and Counterdefendant
                                 KFx Medical Corporation


DICKSTEIN SHAPIRO LLP

Dated: April 2, 2012             By: s/Salvatore P. Tamburo
                                     Michael A. Tomasulo
                                     Charles W. Saber
                                     Salvatore P. Tamburo
                                     Megan S. Woodworth

                                 Attorneys for Defendant and Counterclaimant
                                 Arthrex, Incorporated

**PROOF OF SERVICE**

I hereby certify that on April 2, 2012, I caused the **JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO AMEND CASE MANAGEMENT ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Michael A. Tomasulo
tomasulom@docksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
T: 310-772-8300

Charles W. Saber
saberc@docksteinshapiro.com
Salvatore P. Tamburo
tamburos@docksteinshapiro.com
Megan S. Woodworth
woodworthm@docksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC 20006
T: 202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on April 2, 2012, at San Diego, California.

Colleen Mensching

KFXL.064L
12978894
032112