1  Joseph F. Jennings (State Bar No. 145,920)
   jjennings@knobbe.com
2  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
3  Fourteenth Floor
   Irvine, CA  92614
4  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
5
   Phillip A. Bennett (State Bar No. 241,809)
6  phillip.bennett@knobbe.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
7  12790 El Camino Real
   San Diego, CA  92130
8  Phone: (858) 707-4000
   Facsimile: (858) 707-4001
9
   Attorneys for Plaintiff
10 KFx Medical Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>ARTHREX, INCORPORATED., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Case no. 11cv1698 DMS (BLM)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO (A) DISMISS DEFENDANT'S COUNTERCLAIM FOR INEQUITABLE CONDUCT IN CONNECTION WITH U.S. PATENTS 8,100,942 AND 8,109,969; (B) STRIKE THE CORRESPONDING AFFIRMATIVE DEFENSE; AND (C) EXTEND TIME TO ANSWER REMAINING COUNTERCLAIM ALLEGATIONS**<br><br>Date:  July 13, 2012<br>Time:  1:30 p.m.<br>Courtroom 10, 2nd Floor<br>Honorable Dana M. Sabraw |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on July 13, 2012 at 1:30 p.m. Plaintiff KFx Medical Corporation ("KFx"), will appear in the above referenced Court, located at 940 Front Street, Courtroom 10, San Diego, CA 92101, and will, and hereby does, move for an order (a) dismissing Defendant's counterclaim for inequitable conduct in connection with U.S. Patents 8,100,942 and 8,109,969; (b) striking the corresponding affirmative defense; and (c) extending the time for KFx to answer the remaining counterclaim allegations.

**MOTION**

KFx hereby moves the Court for an order (a) dismissing Defendant's counterclaim for inequitable conduct in connection with U.S. Patents 8,100,942 and 8,109,969; (b) striking the corresponding affirmative defense; and (c) extending the time for KFx to answer the remaining counterclaim allegations.  The motion is made on the grounds that the inequitable conduct counterclaim (and corresponding defense) fail to state a claim for relief and are insufficient as a matter of law.  This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Phillip A. Bennett with supporting exhibits, filed concurrently herewith, and the pleadings, as as well as such other oral and/or documentary evidence or argument as may be presented at or before the time of the hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 24, 2012        By: s/Joseph F. Jennings
                                Joseph F. Jennings
                                Phillip A. Bennett

                            Attorneys for Plaintiff
                            KFx Medical Corporation

**PROOF OF SERVICE**

I hereby certify that on May 24, 2012, I caused **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO (A) DISMISS DEFENDANT'S COUNTERCLAIM FOR INEQUITABLE CONDUCT IN CONNECTION WITH U.S. PATENTS 8,100,942 AND 8,109,969; (B) STRIKE THE CORRESPONDING AFFIRMATIVE DEFENSE; AND (C) EXTEND TIME TO ANSWER REMAINING COUNTERCLAIM ALLEGATIONS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Michael A. Tomasulo
tomasulom@docksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T:  310-772-8300

Charles W. Saber
saberc@docksteinshapiro.com
Salvatore P. Tamburo
tamburos@docksteinshapiro.com
Megan S. Woodworth
woodworthm@docksteinshapiro.com
S. Gregory Herrman
HerrmanG@docksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
T:  202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on May 24, 2012, at San Diego, California.

Colleen Mensching

KFXL.064L
13219695
050312