Joseph F. Jennings (State Bar No. 145,920)
joe.jennings@knobbe.com
Brian Horne (State Bar No. 205,621)
brian.horne@knobbe.com
Sean M. Murray (State Bar No. 213,655)
sean.murray@knobbe.com
Sarah Lampton (State Bar No. 282,404)
sarah.lampton@knobbe.com
Marissa Calcagno (State Bar No. 279,783)
marissa.calcagno@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KFx Medical Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation, | Case no. 11cv1698 DMS (BLM) |
| Plaintiff and Counterdefendant, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT IN CONNECTION WITH U.S. PATENT NOS. 8,100,942 & 8,109,969** |
| v. | |
| ARTHREX, INCORPORATED, a Delaware corporation, | |
| Defendant and Counterclaimant. | Date:  June 28, 2013<br>Time:  1:30 p.m.<br>Courtroom 13A<br>Honorable Dana M. Sabraw |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 28, 2013, at 1:30 p.m., Plaintiff KFx Medical Corporation ("KFx"), will appear in the above-referenced Court, located at 333 West Broadway, Courtroom 13A, San Diego, CA 92101, and will, and hereby does, move the Court for summary judgment of no inequitable conduct in connection with U.S. Patent Nos. 8,100,942 and 8,109,969.

## MOTION

Plaintiff KFx Medical Corporation hereby moves the Court for summary judgment of no inequitable conduct in connection with U.S. Patent Nos. 8,100,942 and 8,109,969.  This motion is based upon KFx's memorandum of points and authorities, the declaration of Sean M. Murray, and the July 11, 2012 declaration of Tate Scott previously submitted to the Court as D.I. 41, as well as the exhibits to these documents, all of which are being filed concurrently herewith.  KFx's motion is also based on such other oral and/or documentary evidence as may be presented at or before the time of the hearing.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 17, 2013          By:  s/*Joseph F. Jennings*
                                          Joseph F. Jennings
                                          Brian Horne
                                          Sean M. Murray
                                          Sarah Lampton
                                          Marissa Calcagno

                                          Attorneys for Plaintiff
                                          KFx Medical Corporation

## PROOF OF SERVICE

I hereby certify that on May 17, 2013, I caused the within **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT IN CONNECTION WITH U.S. PATENT NOS. 8,100,942 & 8,109,969** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Lawrence La Porte
laportel@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T:  310-772-8300

Charles W. Saber
saberc@dicksteinshapiro.com
Salvatore P. Tamburo
tamburos@dicksteinshapiro.com
Megan S. Woodworth
woodworthm@dicksteinshapiro.com
S. Gregory Herrman
herrmang@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
T:  202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on May 17, 2013, at San Diego, California.

Colleen Mensching

KFXL.064L
15412723
051513

1