Joseph F. Jennings (State Bar No. 145,920)
joe.jennings@knobbe.com
Brian Horne (State Bar No. 205,621)
brian.horne@knobbe.com
Sean M. Murray (State Bar No. 213,655)
sean.murray@knobbe.com
Sarah Lampton (State Bar No. 282,404)
sarah.lampton@knobbe.com
Marissa Calcagno (State Bar No. 279,783)
marissa.calcagno@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KFx Medical Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>ARTHREX, INCORPORATED, a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Case no. 11cv1698 DMS (BLM)<br><br>**DECLARATION OF SEAN M. MURRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT IN CONNECTION WITH U.S. PATENT NOS. 8,100,942 & 8,109,969**<br><br>Date: June 28, 2013<br>Time: 1:30 p.m.<br>Courtroom 13A<br>Honorable Dana M. Sabraw |

1  I, Sean M. Murray, declare and state as follows:

2  I am a partner in the law firm of Knobbe Martens Olson & Bear, LLP, and I am counsel of record for KFx Medical Corporation ("KFx") in this action. I submit this declaration in support of Plaintiff's Motion for Summary Judgment of No Inequitable Conduct in Connection with U.S. Patent Nos. 8,100,942 & 8,109,969. The following statements are based on my personal knowledge.

1.   Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 7,585,311, entitled "SYSTEM AND METHOD FOR ATTACHING SOFT TISSUE TO BONE."

2.   Attached hereto as Exhibit 2 is a true and correct copy of United States Patent No. 8,100,942 ("the '942 patent"), entitled "SYSTEM AND METHOD FOR ATTACHING SOFT TISSUE TO BONE."

3.   Attached hereto as Exhibit 3 is a true and correct copy of United States Patent No. 8,109,969 ("the '969 patent"), entitled "SYSTEM AND METHOD FOR ATTACHING SOFT TISSUE TO BONE."

4.   Attached hereto as Exhibit 4 is a true and correct copy of an article by Peter J. Millett *et al.* entitled "Mattress Double Anchor Footprint Repair: A Novel, Arthroscopic Rotator Cuff Repair Technique, published in *Arthroscopy: The Journal of Arthroscopic and Related Surgery*, Vol. 20, No. 8 (Oct. 2008). This is the article by Peter J. Millet listed in Exhibits 5-7 below.

5.   Attached hereto as Exhibit 5 is a true and correct copy of the January 30, 2007 IDS submitted in application 11/143,007, which issued as the '311 patent.

6.   Attached hereto as Exhibit 6 is a true and correct copy of the December 1, 2011 IDS submitted in the continuation application 13/245620, which issued as the '942 patent.

///

1     7.    Attached hereto as Exhibit 7 is a true and correct copy of the December 1, 2011 IDS submitted in the continuation application 13/245622, which issued as the '969 patent.

2     8.    Attached hereto as Exhibit 8 is a true and correct copy of the February 16, 2011 order granting the petition to reexamine the '311 patent.

3     9.    Attached hereto as Exhibit 9 is a true and correct copy of 37 C.F.R. § 1.555(a).

4     10.   Attached hereto as Exhibit 10 is a true and correct copy of the March 28, 2011 notice of intent to issue an *ex parte* reexamination certificate for the '311 patent.

5     11.   Attached hereto as Exhibit 11 is a true and correct copy of the April 12, 2011 IDS submitted in Reexamination No. 90/011430.

6     12.   Attached hereto as Exhibit 12 is a true and correct copy of the April 12, 2011 "Statement of Scott Tate" listed on the IDS forms attached as Exhibits 6, 7 and 11.

7     13.   Attached hereto as Exhibit 13 is a true and correct copy of the April 28, 2011 Petition Under 37 C.F.R. § 1.182 submitted in Reexamination No. 90/011430.

8     14.   Attached hereto as Exhibit 14 is a true and correct copy of the July 15, 2011 Decision On Petition Under 37 C.F.R. § 1.182 in Reexamination No. 90/011430.

9     15.   Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the Manual of Patent Examining Procedure (MPEP), including MPEP §§ 609.05(b) and 706.02.

10    16.   Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the transcript of the December 4, 2012 deposition of Ryan Melnick in this action.

/ / /

|    |    |
|---|---|
| 1  | 17.    Attached hereto as Exhibit 17 is a true and correct copy of the List |
| 2  | of References cited by the Examiner in the continuation application 13/245620 |
| 3  | indicating that all references were considered except where lined through. |
| 4  | 18.    Attached hereto as Exhibit 18 is a true and correct copy of the List |
| 5  | of References cited by the Examiner in the continuation application 13/245622 |
| 6  | indicating that all references were considered except where lined through. |
| 7  | 19.    Attached hereto as Exhibit 19 is a true and correct copy of Publication No. 2007/0191849 A1 in Arthrex Patent Application No. 11/700,916 filed February 1, 2007. |
| 10 | 20.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| 12 | Executed on May 17, 2013 in Irvine, California. |

             s/ *Sean M. Murray*
             Sean M. Murray

## PROOF OF SERVICE

I hereby certify that on May 17, 2013, I caused the **DECLARATION OF SEAN M. MURRAY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT IN CONNECTION WITH U.S. PATENT NOS. 8,100,942 & 8,109,969** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Lawrence La Porte
laportel@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T: 310-772-8300

Charles W. Saber
saberc@dicksteinshapiro.com
Salvatore P. Tamburo
tamburos@dicksteinshapiro.com
Megan S. Woodworth
woodworthm@dicksteinshapiro.com
S. Gregory Herrman
herrmang@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
T: 202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on May 17, 2013, at San Diego, California.

Colleen Mensching