# EXHIBIT 6

Docket No.: **KFX.003C1**                                        **Customer No. 20995**

---

## INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicant | : | Michael L. Green et al. |
| App. No. | : | 13/245620 |
| Filed | : | September 26, 2011 |
| For | : | SYSTEM AND METHOD FOR ATTACHING SOFT TISSUE TO BONE |
| Examiner | : | Gregory A. Anderson |
| Art Unit | : | 3773 |
| Conf. No. | : | 9919 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Enclosed is a PTO/SB/08 Equivalent listing **201 references**.  References numbered 1-87, 89-98, 100-109, 114-141, 143-149, 151-157, 159-160, 162-166, 168-169, 171-182, 185-190, 194, and 200 are of record in U.S. patent application No. 12/549,105, filed August 27, 2009, which is relied upon for an earlier filing date under 35 U.S.C. § 120.  Accordingly, copies of references numbered 88, 99, 110-113, 142, 150, 158, 161, and 167 are not submitted pursuant to 37 C.F.R. § 1.98(d).

This Information Disclosure Statement is being filed before the receipt of a first Office Action on the merits, and presumably no fee is required.  If a first Office Action on the merits was mailed before the mailing date of this Statement, the Commissioner is authorized to charge the fee set forth in 37 C.F.R. § 1.17(p) to Deposit Account No. 11-1410.

**EXHIBIT 6**
**PAGE 118**

**Application No.:**   13/245620
**Filing Date:**   September 26, 2011

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  December 1, 2011

By: _____
    Ryan E. Melnick
    Registration No. 58,621
    Attorney of Record
    Customer No. 20995
    (858) 707-4000

12362322:djl
120111

-2-

**EXHIBIT 6**
**PAGE 119**

PTO/SB/08 Equivalent

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | |
| *(Multiple sheets used when necessary)* | |
| SHEET 1 OF 8 | |

| Application No. | 13/245620 |
|---|---|
| Filing Date | 09-26-2011 |
| First Named Inventor | Green, Michael L. et al |
| Art Unit | 3773 |
| Examiner | Gregory A. Anderson |
| Attorney Docket No. | KFX.003C1 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 3,623,192 | 11-30-1971 | Button | |
| | 2 | 4,210,148 | 07-01-1980 | Stivala | |
| | 3 | 4,532,926 | 08-06-1985 | O'Holla | |
| | 4 | 4,796,612 | 01-10-1989 | Reese | |
| | 5 | 4,898,156 | 02-06-1990 | Gatturna et al. | |
| | 6 | 5,013,316 | 05-07-1991 | Goble et al. | |
| | 7 | 5,192,303 | 03-09-1993 | Gatturna et al. | |
| | 8 | 5,219,359 | 06-15-1993 | McQuilkin et al. | |
| | 9 | 5,224,946 | 07-06-1993 | Hayhurst et al. | |
| | 10 | 5,269,784 | 12-14-1993 | Mast | |
| | 11 | 5,336,240 | 08-09-1994 | Metzler et al. | |
| | 12 | 5,372,604 | 12-13-1994 | Trott | |
| | 13 | 5,417,712 | 05-23-1995 | Whittaker et al. | |
| | 14 | 5,423,858 | 06-13-1995 | Bolanos et al. | |
| | 15 | 5,423,860 | 06-13-1995 | Lizardi et al. | |
| | 16 | 5,472,452 | 12-05-1995 | Trott | |
| | 17 | 5,478,353 | 12-26-1995 | Yoon | |
| | 18 | 5,500,001 | 03-19-1996 | Trott | |
| | 19 | 5,527,341 | 06-18-1996 | Gogolewski et al. | |
| | 20 | 5,527,343 | 06-18-1996 | Bonutti | |
| | 21 | 5,543,012 | 08-06-1996 | Watson et al. | |
| | 22 | 5,545,180 | 08-13-1996 | Le et al. | |
| | 23 | 5,569,306 | 10-29-1996 | Thal | |
| | 24 | 5,575,801 | 11-19-1996 | Habermeyer et al. | |
| | 25 | 5,578,057 | 11-26-1996 | Wenstrom, Jr. | |
| | 26 | 5,584,835 | 12-17-1996 | Greenfield | |
| | 27 | 5,591,207 | 01-07-1997 | Coleman | |
| | 28 | 5,634,926 | 06-03-1997 | Jobe | |
| | 29 | 5,683,419 | 11-04-1997 | Thal | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 6**
**PAGE 120**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 13/245620 |
|---|---|---|---|
| | | Filing Date | 09-26-2011 |
| | | First Named Inventor | Green, Michael L. et al |
| | | Art Unit | 3773 |
| *(Multiple sheets used when necessary)* | | Examiner | Gregory A. Anderson |
| SHEET 2 OF 8 | | Attorney Docket No. | KFX.003C1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 5,690,676 | 11-25-1997 | DiPoto et al. | |
| | 31 | 5,697,950 | 12-16-1997 | Fucci et al. | |
| | 32 | 5,720,765 | 02-24-1998 | Thal | |
| | 33 | 5,725,557 | 03-10-1998 | Gatturna | |
| | 34 | 5,769,894 | 06-23-1998 | Ferragamo | |
| | 35 | 5,800,436 | 09-01-1998 | Lerch | |
| | 36 | 5,814,072 | 09-29-1998 | Bonutti | |
| | 37 | 5,891,168 | 04-06-1999 | Thal | |
| | 38 | 5,948,001 | 09-07-1999 | Larsen | |
| | 39 | 5,948,002 | 09-07-1999 | Bonutti | |
| | 40 | 5,951,590 | 09-14-1999 | Goldfarb | |
| | 41 | 5,964,769 | 10-12-1999 | Wagner et al. | |
| | 42 | 6,010,525 | 01-04-2000 | Bonutti et al. | |
| | 43 | 6,013,077 | 01-11-2000 | Harwin | |
| | 44 | 6,013,083 | 01-11-2000 | Bennett | |
| | 45 | 6,027,523 | 02-22-2000 | Schmieding | |
| | 46 | 6,045,573 | 04-04-2000 | Wenstrom, Jr. et al. | |
| | 47 | 6,056,751 | 05-02-2000 | Fenton, Jr. | |
| | 48 | 6,063,106 | 05-16-2000 | Gibson | |
| | 49 | 6,093,201 | 07-25-2000 | Cooper et al. | |
| | 50 | 6,093,301 | 07-25-2000 | Van Atta | |
| | 51 | 6,099,547 | 08-08-2000 | Gellman et al. | |
| | 52 | 6,110,207 | 08-29-2000 | Eichhorn et al. | |
| | 53 | 6,117,160 | 09-12-2000 | Bonutti | |
| | 54 | 6,117,161 | 09-12-2000 | Li et al. | |
| | 55 | 6,126,677 | 10-03-2000 | Ganaja et al. | |
| | 56 | 6,149,669 | 11-21-2000 | Li | |
| | 57 | 6,200,330 B1 | 03-13-2001 | Benderev et al. | |
| | 58 | 6,241,749 B1 | 06-05-2001 | Rayhanabad | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 6**
**PAGE 121**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/245620 |
|---|---|---|
| | Filing Date | 09-26-2011 |
| | First Named Inventor | Green, Michael L. et al |
| | Art Unit | 3773 |
| *(Multiple sheets used when necessary)* | Examiner | Gregory A. Anderson |
| SHEET 3 OF 8 | Attorney Docket No. | KFX.003C1 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59 | 6,245,082 B1 | 06-12-2001 | Gellman et al. | |
| | 60 | 6,280,474 B1 | 08-28-2001 | Cassidy et al. | |
| | 61 | 6,293,961 B2 | 09-25-2001 | Schwartz et al. | |
| | 62 | 6,296,659 B1 | 10-02-2001 | Foerster | |
| | 63 | 6,306,159 B1 | 10-23-2001 | Schwartz et al. | |
| | 64 | 6,319,271 B1 | 11-20-2001 | Schwartz et al. | |
| | 65 | 6,328,758 B1 | 12-11-2001 | Tornier et al. | |
| | 66 | 6,391,030 B1 | 05-21-2002 | Wagner et al. | |
| | 67 | 6,423,065 B2 | 07-23-2002 | Ferree | |
| | 68 | 6,432,123 B1 | 08-13-2002 | Schwartz et al. | |
| | 69 | 6,464,713 B2 | 10-15-2002 | Bonutti | |
| | 70 | 6,491,714 B1 | 12-10-2002 | Bennett | |
| | 71 | 6,514,274 B1 | 02-04-2003 | Boucher et al. | |
| | 72 | 6,518,200 B2 | 02-11-2003 | Lin | |
| | 73 | 6,520,980 B1 | 02-18-2003 | Foerster | |
| | 74 | 6,524,317 B1 | 02-25-2003 | Ritvhart et al. | |
| | 75 | 6,527,794 B1 | 03-04-2003 | McDevitt et al. | |
| | 76 | 6,533,795 B1 | 03-18-2003 | Tran et al. | |
| | 77 | 6,540,770 B1 | 04-01-2003 | Tornier et al. | |
| | 78 | 6,547,800 B2 | 04-15-2003 | Foerster et al. | |
| | 79 | 6,551,330 B1 | 04-22-2003 | Bain et al. | |
| | 80 | 6,554,852 B1 | 04-29-2003 | Oberlander | |
| | 81 | 6,569,187 B1 | 05-27-2003 | Bonutti et al. | |
| | 82 | 6,575,987 B2 | 06-10-2003 | Gellman et al. | |
| | 83 | 6,582,453 B1 | 06-24-2003 | Tran et al. | |
| | 84 | 6,585,730 B1 | 07-01-2003 | Foerster | |
| | 85 | 6,605,096 B1 | 08-12-2003 | Ritchart | |
| | 86 | 6,635,073 B2 | 10-21-2003 | Bonutti | |
| | 87 | 6,638,279 B2 | 10-28-2003 | Bonutti | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^T$ - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 6**
**PAGE 122**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/245620 |
|---|---|---|
| | Filing Date | 09-26-2011 |
| | First Named Inventor | Green, Michael L. et al |
| | Art Unit | 3773 |
| *(Multiple sheets used when necessary)* | Examiner | Gregory A. Anderson |
| SHEET 4 OF 8 | Attorney Docket No. | KFX.003C1 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88 | 6,641,597 B2 | 11-04-2003 | Burkhart et al. | |
| | 89 | 6,652,561 B1 | 11-25-2003 | Tran | |
| | 90 | 6,660,008 B1 | 12-09-2003 | Foerster et al. | |
| | 91 | 6,660,023 B2 | 12-09-2003 | McDevitt et al. | |
| | 92 | 6,673,094 B1 | 01-06-2004 | McDevitt et al. | |
| | 93 | 6,712,830 B2 | 03-30-2004 | Esplin | |
| | 94 | 6,770,076 B2 | 08-03-2004 | Foerster | |
| | 95 | 6,780,198 B1 | 08-24-2004 | Gregoire et al. | |
| | 96 | 6,855,157 B2 | 02-15-2005 | Foerster et al. | |
| | 97 | 6,984,241 B2 | 01-10-2006 | Lubbers et al. | |
| | 98 | 6,986,781 B2 | 01-17-2006 | Smith | |
| | 99 | 7,001,411 B1 | 02-21-2006 | Dean | |
| | 100 | 7,041,120 B2 | 05-09-2006 | Li et al. | |
| | 101 | 7,056,333 B2 | 06-06-2006 | Walshe | |
| | 102 | 7,081,126 B2 | 07-25-2006 | McDevitt et al. | |
| | 103 | 7,083,638 B2 | 08-01-2006 | Foerster | |
| | 104 | 7,090,690 B2 | 08-15-2006 | Foerster et al. | |
| | 105 | 7,144,415 B2 | 12-05-2006 | Del Rio et al. | |
| | 106 | 7,153,312 B1 | 12-26-2006 | Torrie et al. | |
| | 107 | 7,156,864 B2 | 01-02-2007 | Lintner | |
| | 108 | 7,232,455 B2 | 06-19-2007 | Pedlick et al. | |
| | 109 | 7,235,100 B2 | 06-26-2007 | Martinek | |
| | 110 | 7,247,164 B1 | 07-24-2007 | Ritchart et al. | |
| | 111 | 7,517,357 B2 | 04-14-2009 | Abrams et al. | |
| | 112 | 7,837,710 B2 | 11-23-2010 | Lombardo et al. | |
| | 113 | 8,029,537 B2 | 10-04-2011 | West, Jr. et al. | |
| | 114 | RE 36,289 | 08-31-1999 | Le et al. | |
| | 115 | 2001/0008971 A1 | 07-19-2001 | Schwartz et al. | |
| | 116 | 2001/0018597 A1 | 08-30-2001 | Gellman et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T$^1$ - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 6**
**PAGE 123**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | | | |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Application No. | 13/245620 | |
| Filing Date | 09-26-2011 | |
| First Named Inventor | Green, Michael L. et al | |
| Art Unit | 3773 | |
| Examiner | Gregory A. Anderson | |
| Attorney Docket No. | KFX.003C1 | |

| | |
|---|---|
| (Multiple sheets used when necessary) | |
| SHEET 5 OF 8 | |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 117 | 2001/0051815 A1 | 12-13-2001 | Esplin | |
| | 118 | 2001/0051816 A1 | 12-13-2001 | Enzerink et al. | |
| | 119 | 2002/0019649 A1 | 02-14-2002 | Sikora et al. | |
| | 120 | 2002/0029066 A1 | 03-07-2002 | Foerster | |
| | 121 | 2002/0077631 A1 | 06-20-2002 | Lubbers et al. | |
| | 122 | 2002/0111653 A1 | 08-15-2002 | Foerster | |
| | 123 | 2002/0128684 A1 | 09-12-2002 | Foerster | |
| | 124 | 2002/0169478 A1 | 11-14-2002 | Schwartz et al. | |
| | 125 | 2002/0188305 A1 | 12-12-2003 | Foerster et al. | |
| | 126 | 2003/0018358 A1 | 01-23-2003 | Saadat | |
| | 127 | 2003/0088270 A1 | 05-08-2003 | Lubbers et al. | |
| | 128 | 2003/0105591 A1 | 06-05-2003 | Hagiwara | |
| | 129 | 2003/0149448 A1 | 08-07-2003 | Foerster et al. | |
| | 130 | 2003/0167072 A1 | 09-04-2003 | Oberlander | |
| | 131 | 2003/0181925 A1 | 09-25-2003 | Bain et al. | |
| | 132 | 2003/0191498 A1 | 10-09-2003 | Foerster et al. | |
| | 133 | 2003/0195528 A1 | 10-16-2003 | Ritchart | |
| | 134 | 2003/0195563 A1 | 10-16-2003 | Foerster | |
| | 135 | 2003/0195564 A1 | 10-16-2003 | Tran et al. | |
| | 136 | 2003/0204204 A1 | 10-30-2003 | Bonutti | |
| | 137 | 2003/0236555 A1 | 12-25-2003 | Thornes | |
| | 138 | 2004/0002735 A1 | 01-01-2004 | Lizardi et al. | |
| | 139 | 2004/0024420 A1 | 02-05-2004 | Lubbers et al. | |
| | 140 | 2004/0044366 A1 | 03-04-2004 | Bonutti et al. | |
| | 141 | 2004/0102779 A1 | 05-27-2004 | Nesper et al. | |
| | 142 | 2004/0093031 A1 | 05-13-2004 | Burkhart et al. | |
| | 143 | 2004/0116961 A1 | 06-17-2004 | Nesper et al. | |
| | 144 | 2004/0133238 A1 | 07-08-2004 | Cerier | |
| | 145 | 2004/0193217 A1 | 09-30-2004 | Lubbers et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^1$ - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 6**
**PAGE 124**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 13/245620 |
|---|---|---|---|
| | | Filing Date | 09-26-2011 |
| | | First Named Inventor | Green, Michael L. et al |
| | | Art Unit | 3773 |
| *(Multiple sheets used when necessary)* | | Examiner | Gregory A. Anderson |
| SHEET 6 OF 8 | | Attorney Docket No. | KFX.003C1 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 146 | 2004/0225325 A1 | 11-11-2004 | Bonutti | |
| | 147 | 2004/0243178 A1 | 12-02-2004 | Haut et al. | |
| | 148 | 2004/0254609 A1 | 12-16-2004 | Esplin | |
| | 149 | 2004/0267317 A1 | 12-30-2004 | Higgins et al. | |
| | 150 | 2004/0098050 A1 | 05-20-2004 | Foerster et al. | |
| | 151 | 2005/0027307 A1 | 02-03-2005 | Schwartz et al. | |
| | 152 | 2005/0055052 A1 | 03-10-2005 | Lombardo et al. | |
| | 153 | 2005/0240199 A1 | 10-27-2005 | Martinek et al. | |
| | 154 | 2005/0240226 A1 | 10-27-2005 | Foerster et al. | |
| | 155 | 2005/0245932 A1 | 11-03-2005 | Fanton et al. | |
| | 156 | 2005/0283158 A1 | 12-22-2005 | West | |
| | 157 | 2005/0288682 A1 | 12-29-2005 | Howe | |
| | 158 | 2006/0067967 A1 | 03-30-2006 | Bowman et al. | |
| | 159 | 2006/0106423 A1 | 05-18-2006 | Weisel et al. | |
| | 160 | 2006/0116719 A1 | 06-01-2006 | Martinek | |
| | 161 | 2006/0161159 A1 | 07-20-2006 | Dreyfuss et al. | |
| | 162 | 2006/0178702 A1 | 08-10-2006 | Pierce et al. | |
| | 163 | 2006/0235413 A1 | 10-19-2006 | Denham et al. | |
| | 164 | 2006/0271060 A1 | 11-30-2006 | Gordon | |
| | 165 | 2006/0271105 A1 | 11-30-2006 | Foerster et al. | |
| | 166 | 2006/0293710 A1 | 12-28-2006 | Foerster et al. | |
| | 167 | 2007/0142835 A1 | 06-21-2007 | Green et al. | |
| | 168 | 2007/0142861 A1 | 06-21-2007 | Burkhart | |

## FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T¹ |
|---|---|---|---|---|---|---|
| | 169 | SU 1600713 | 10-23-1990 | Don Med Inst. | | |
| | 170 | WO 1999/052478 A1 | 10-21-1999 | Axya Medical, Inc. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this area when an English language Translation is attached.

EXHIBIT 6
PAGE 125

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/245620 |
|---|---|---|
| | Filing Date | 09-26-2011 |
| | First Named Inventor | Green, Michael L. et al |
| | Art Unit | 3773 |
| *(Multiple sheets used when necessary)* | Examiner | Gregory A. Anderson |
| SHEET 7 OF 8 | Attorney Docket No. | KFX.003C1 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 171 | WO 2001/054586 A1 | 08-02-2001 | Shoulderon Ltd. | | |
| | 172 | WO 2001/067962 A2 | 09-20-2001 | Rosch | | |
| | 173 | WO 2002/011630 A1 | 02-14-2002 | The Cleveland Clinic Foundation | | |
| | 174 | WO 2002/021998 A1 | 03-31-2002 | Axya Medical Inc. | | |
| | 175 | WO 2003/065904 A1 | 08-14-2003 | Opus Medical, Inc. | | |
| | 176 | WO 2004/062506 A1 | 07-29-2004 | Linvatec Biomaterials OY | | |
| | 177 | WO 2005/112786 A2 | 12-01-2005 | Ethicon Endo-Surgery, Inc. | | |
| | 178 | WO 2005/112788 A2 | 12-01-2005 | Arthrocare Corporation | | |
| | 179 | WO 2006/060035 A2 | 06-08-2006 | 3I Medical Corporation | | |
| | 180 | WO 2006/067548 A1 | 06-29-2006 | Arthrex, Inc. | | |
| | 181 | WO 2006/128092 A2 | 11-30-2006 | Arthrocare Corporation | | |
| | 182 | WO 2007/084714 A2 | 07-26-2007 | Kim | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 183 | Arthrex, Inc.'s Answer to Plaintiff KFX Medical Corp.'s complaint For Patent Infringement and Counterclaims, United States District Court , Southern District of California, September 23, 2011, Los Angeles, USA. | |
| | 184 | Complaint for Patent Infringement, dated August 1, 2011, KFX Medical Corporation v. Arthrex, Inc., (S.D.C.A.). | |
| | 185 | International Preliminary Report on Patentability dated January 25, 2007 for International Application No. PCT/US2005/019454. | |
| | 186 | International Search Report and Written Opinion of the International Searching Authority, dated September 6, 2006, for International Application No. PCT/US2005/019454. | |
| | 187 | LO et al., "Double-Row Arthroscopic Rotator Cuff Repair: Re-Establishing the Footprint of the Rotator Cuff, Arthroscopy: The Journal of Arthroscopic and Related Surgery, November, 2003, pgs. 1035-1042, Vol. 19, No. 9. | |
| | 188 | MAZZOCCA et al., Arthroscopic Single-Row Versus Double-Row Suture Anchor Rotator Cuff Repair," The American Journal of Sports Medicine, 2005, 33:1861. | |
| | 189 | MAZZOCCA et al., Arthroscopic Single versus Double Row Suture Anchor Rotator Cuff Repair, abstract of presentation made on June 25, 2004 at 2004 Annual Meeting of the American Orthopaedic Society for Sports Medicine in Quebec, Canada, publication date unknown. | |
| | 190 | MILLETT et al., Mattress double anchor footprint repair: a novel, arthroscopic rotator cuff repair technique, Arthroscopy: The Journal of Arthroscopic and Related Surgery, 20(8):875-879 (2004). | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

EXHIBIT 6
PAGE 126

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/245620 |
|---|---|---|
| | Filing Date | 09-26-2011 |
| | First Named Inventor | Green, Michael L. et al |
| | Art Unit | 3773 |
| (Multiple sheets used when necessary) | Examiner | Gregory A. Anderson |
| SHEET 8 OF 8 | Attorney Docket No. | KFX.003C1 |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 191 | PAULOS, M.D., Graftjacket Regenerative Tissue Matrix Rotator Cuff, date unknown, Wright Medical Techology, Inc.; Wright Cremascoli Ortho SA. | |
| | 192 | PCT International Preliminary Report on Patentability, dated May 22, 2009, for International Application No. PCT/US2007/083662. | |
| | 193 | PCT International Search Report and Written Opinion, dated August 8, 2008, for International Application No. PCT/US2007/083662. | |
| | 194 | PCT Invitation to Pay Additional Fees, dated May 13, 2008, for International Application No. PCT/US2007/083662. | |
| | 195 | ROBBE, M.D. et al., Knotless Suture-based Anchors, Operative Techniques in Sports Medicine, 2004, pgs. 221-224, Elsevier Inc. | |
| | 196 | SELDES, M.D., et al., Tissue Mend Arthroscopic Insertion of a Biologic Rotator Cuff Tissue Augment After Rotator Cuff Repair, Stryker, date unknown, pgs. 1-7. | |
| | 197 | Statement of Tate Scott, dated April 12, 2011, submitted in Re-Examination No. 90/011,430. | |
| | 198 | TissueMend Advanced Soft Tissue Repair Matrix, Stryker, date unknown. | |
| | 199 | TissueMend Soft Tissue Repair Matrix, Stryker, 2004, USA. | |
| | 200 | WALTRIP, "Rotator Cuff Repair A Biomechanical Comparison of Three Techniques", The American Journal of Sports Medicine, 2003, pgs. 493-497, No. 4. | |
| | 201 | YIAN, M.D., et al., Arthroscopic Repair of SLAP Lesions With a Bioknotless Suture Anchor, Arthroscopy: The Journal of Arthroscopic and Related Surgery, May-June 2004, pgs. 547-551, Vol. 20, No. 5. Arthroscopy Association of North America. | |

| Examiner Signature | | Date Considered |
|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 6**
**PAGE 127**

# EXHIBIT 7

Docket No.: **KFX.003C2**                                   **Customer No. 20995**

### INFORMATION DISCLOSURE STATEMENT

| | | |
|---|---|---|
| Applicant | : | Michael L. Green et al. |
| App. No. | : | 13/245622 |
| Filed | : | September 26, 2011 |
| For | : | SYSTEM AND METHOD FOR ATTACHING SOFT TISSUE TO BONE |
| Examiner | : | Gregory A. Anderson |
| Art Unit | : | 3773 |
| Conf. No. | : | 8012 |

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Enclosed is a PTO/SB/08 Equivalent listing **201 references**.  References numbered 1-87, 89-98, 100-109, 114-141, 143-149, 151-157, 159-160, 162-166, 168-169, 171-182, 185-190, 194, and 200 are of record in U.S. patent application No. 12/549,105, filed August 27, 2009, which is relied upon for an earlier filing date under 35 U.S.C. § 120.  Accordingly, copies of references numbered 88, 99, 110-113, 142, 150, 158, 161, and 167 are not submitted pursuant to 37 C.F.R. § 1.98(d).

This Information Disclosure Statement is being filed before the receipt of a first Office Action on the merits, and presumably no fee is required.  If a first Office Action on the merits was mailed before the mailing date of this Statement, the Commissioner is authorized to charge the fee set forth in 37 C.F.R. § 1.17(p) to Deposit Account No. 11-1410.

**EXHIBIT 7**
**PAGE 126**

**Application No.:**   **13/245622**
**Filing Date:**       **September 26, 2011**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  December 1, 2011        By: _____

Ryan E. Melnick
Registration No. 58,621
Attorney of Record
Customer No. 20995
(858) 707-4000

12362350:djl
120111

-2-

**EXHIBIT 7**
**PAGE 127**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Application No. | 13/245622 |
|---|---|---|---|
| | | Filing Date | 09-26-2011 |
| | | First Named Inventor | Green, Michael L. et al |
| | | Art Unit | 3773 |
| *(Multiple sheets used when necessary)* | | Examiner | Gregory A. Anderson |
| SHEET 1 OF 8 | | Attorney Docket No. | KFX.003C2 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 1 | 3,623,192 | 11-30-1971 | Button | |
| | 2 | 4,210,148 | 07-01-1980 | Stivala | |
| | 3 | 4,532,926 | 08-06-1985 | O'Holla | |
| | 4 | 4,796,612 | 01-10-1989 | Reese | |
| | 5 | 4,898,156 | 02-06-1990 | Gatturna et al. | |
| | 6 | 5,013,316 | 05-07-1991 | Goble et al. | |
| | 7 | 5,192,303 | 03-09-1993 | Gatturna et al. | |
| | 8 | 5,219,359 | 06-15-1993 | McQuilkin et al. | |
| | 9 | 5,224,946 | 07-06-1993 | Hayhurst et al. | |
| | 10 | 5,269,784 | 12-14-1993 | Mast | |
| | 11 | 5,336,240 | 08-09-1994 | Metzler et al. | |
| | 12 | 5,372,604 | 12-13-1994 | Trott | |
| | 13 | 5,417,712 | 05-23-1995 | Whittaker et al. | |
| | 14 | 5,423,858 | 06-13-1995 | Bolanos et al. | |
| | 15 | 5,423,860 | 06-13-1995 | Lizardi et al. | |
| | 16 | 5,472,452 | 12-05-1995 | Trott | |
| | 17 | 5,478,353 | 12-26-1995 | Yoon | |
| | 18 | 5,500,001 | 03-19-1996 | Trott | |
| | 19 | 5,527,341 | 06-18-1996 | Gogolewski et al. | |
| | 20 | 5,527,343 | 06-18-1996 | Bonutti | |
| | 21 | 5,543,012 | 08-06-1996 | Watson et al. | |
| | 22 | 5,545,180 | 08-13-1996 | Le et al. | |
| | 23 | 5,569,306 | 10-29-1996 | Thal | |
| | 24 | 5,575,801 | 11-19-1996 | Habermeyer et al. | |
| | 25 | 5,578,057 | 11-26-1996 | Wenstrom, Jr. | |
| | 26 | 5,584,835 | 12-17-1996 | Greenfield | |
| | 27 | 5,591,207 | 01-07-1997 | Coleman | |
| | 28 | 5,634,926 | 06-03-1997 | Jobe | |
| | 29 | 5,683,419 | 11-04-1997 | Thal | |

| Examiner Signature | | Date Considered |
|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T$^1$ - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 7**
**PAGE 128**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| Application No. | 13/245622 | |
| Filing Date | 09-26-2011 | |
| First Named Inventor | Green, Michael L. et al | |
| Art Unit | 3773 | |
| *(Multiple sheets used when necessary)* | Examiner | Gregory A. Anderson |
| SHEET 2 OF 8 | Attorney Docket No. | KFX.003C2 |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 30 | 5,690,676 | 11-25-1997 | DiPoto et al. | |
| | 31 | 5,697,950 | 12-16-1997 | Fucci et al. | |
| | 32 | 5,720,765 | 02-24-1998 | Thal | |
| | 33 | 5,725,557 | 03-10-1998 | Gatturna | |
| | 34 | 5,769,894 | 06-23-1998 | Ferragamo | |
| | 35 | 5,800,436 | 09-01-1998 | Lerch | |
| | 36 | 5,814,072 | 09-29-1998 | Bonutti | |
| | 37 | 5,891,168 | 04-06-1999 | Thal | |
| | 38 | 5,948,001 | 09-07-1999 | Larsen | |
| | 39 | 5,948,002 | 09-07-1999 | Bonutti | |
| | 40 | 5,951,590 | 09-14-1999 | Goldfarb | |
| | 41 | 5,964,769 | 10-12-1999 | Wagner et al. | |
| | 42 | 6,010,525 | 01-04-2000 | Bonutti et al. | |
| | 43 | 6,013,077 | 01-11-2000 | Harwin | |
| | 44 | 6,013,083 | 01-11-2000 | Bennett | |
| | 45 | 6,027,523 | 02-22-2000 | Schmieding | |
| | 46 | 6,045,573 | 04-04-2000 | Wenstrom, Jr. et al. | |
| | 47 | 6,056,751 | 05-02-2000 | Fenton, Jr. | |
| | 48 | 6,063,106 | 05-16-2000 | Gibson | |
| | 49 | 6,093,201 | 07-25-2000 | Cooper et al. | |
| | 50 | 6,093,301 | 07-25-2000 | Van Atta | |
| | 51 | 6,099,547 | 08-08-2000 | Gellman et al. | |
| | 52 | 6,110,207 | 08-29-2000 | Eichhorn et al. | |
| | 53 | 6,117,160 | 09-12-2000 | Bonutti | |
| | 54 | 6,117,161 | 09-12-2000 | Li et al. | |
| | 55 | 6,126,677 | 10-03-2000 | Ganaja et al. | |
| | 56 | 6,149,669 | 11-21-2000 | Li | |
| | 57 | 6,200,330 B1 | 03-13-2001 | Benderev et al. | |
| | 58 | 6,241,749 B1 | 06-05-2001 | Rayhanabad | |

| Examiner Signature | Date Considered |
|---|---|
| | |

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this area when an English language Translation is attached.

EXHIBIT 7
PAGE 129

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/245622 |
|---|---|---|
| | Filing Date | 09-26-2011 |
| | First Named Inventor | Green, Michael L. et al |
| | Art Unit | 3773 |
| (Multiple sheets used when necessary) | Examiner | Gregory A. Anderson |
| SHEET 3 OF 8 | Attorney Docket No. | KFX.003C2 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 59 | 6,245,082 B1 | 06-12-2001 | Gellman et al. | |
| | 60 | 6,280,474 B1 | 08-28-2001 | Cassidy et al. | |
| | 61 | 6,293,961 B2 | 09-25-2001 | Schwartz et al. | |
| | 62 | 6,296,659 B1 | 10-02-2001 | Foerster | |
| | 63 | 6,306,159 B1 | 10-23-2001 | Schwartz et al. | |
| | 64 | 6,319,271 B1 | 11-20-2001 | Schwartz et al. | |
| | 65 | 6,328,758 B1 | 12-11-2001 | Tornier et al. | |
| | 66 | 6,391,030 B1 | 05-21-2002 | Wagner et al. | |
| | 67 | 6,423,065 B2 | 07-23-2002 | Ferree | |
| | 68 | 6,432,123 B1 | 08-13-2002 | Schwartz et al. | |
| | 69 | 6,464,713 B2 | 10-15-2002 | Bonutti | |
| | 70 | 6,491,714 B1 | 12-10-2002 | Bennett | |
| | 71 | 6,514,274 B1 | 02-04-2003 | Boucher et al. | |
| | 72 | 6,518,200 B2 | 02-11-2003 | Lin | |
| | 73 | 6,520,980 B1 | 02-18-2003 | Foerster | |
| | 74 | 6,524,317 B1 | 02-25-2003 | Ritchart et al. | |
| | 75 | 6,527,794 B1 | 03-04-2003 | McDevitt et al. | |
| | 76 | 6,533,795 B1 | 03-18-2003 | Tran et al. | |
| | 77 | 6,540,770 B1 | 04-01-2003 | Tornier et al. | |
| | 78 | 6,547,800 B2 | 04-15-2003 | Foerster et al. | |
| | 79 | 6,551,330 B1 | 04-22-2003 | Bain et al. | |
| | 80 | 6,554,852 B1 | 04-29-2003 | Oberlander | |
| | 81 | 6,569,187 B1 | 05-27-2003 | Bonutti et al. | |
| | 82 | 6,575,987 B2 | 06-10-2003 | Gellman et al. | |
| | 83 | 6,582,453 B1 | 06-24-2003 | Tran et al. | |
| | 84 | 6,585,730 B1 | 07-01-2003 | Foerster | |
| | 85 | 6,605,096 B1 | 08-12-2003 | Ritchart | |
| | 86 | 6,635,073 B2 | 10-21-2003 | Bonutti | |
| | 87 | 6,638,279 B2 | 10-28-2003 | Bonutti | |

| Examiner Signature | Date Considered |
|---|---|
| | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

T¹ - Place a check mark in this area when an English language Translation is attached.

EXHIBIT 7
PAGE 130

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 13/245622 |
| | Filing Date | 09-26-2011 |
| | First Named Inventor | Green, Michael L. et al |
| | Art Unit | 3773 |
| *(Multiple sheets used when necessary)* | Examiner | Gregory A. Anderson |
| SHEET 4 OF 8 | Attorney Docket No. | KFX.003C2 |

## U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>Number - Kind Code (if known)<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 88 | 6,641,597 B2 | 11-04-2003 | Burkhart et al. | |
| | 89 | 6,652,561 B1 | 11-25-2003 | Tran | |
| | 90 | 6,660,008 B1 | 12-09-2003 | Foerster et al. | |
| | 91 | 6,660,023 B2 | 12-09-2003 | McDevitt et al. | |
| | 92 | 6,673,094 B1 | 01-06-2004 | McDevitt et al. | |
| | 93 | 6,712,830 B2 | 03-30-2004 | Esplin | |
| | 94 | 6,770,076 B2 | 08-03-2004 | Foerster | |
| | 95 | 6,780,198 B1 | 08-24-2004 | Gregoire et al. | |
| | 96 | 6,855,157 B2 | 02-15-2005 | Foerster et al. | |
| | 97 | 6,984,241 B2 | 01-10-2006 | Lubbers et al. | |
| | 98 | 6,986,781 B2 | 01-17-2006 | Smith | |
| | 99 | 7,001,411 B1 | 02-21-2006 | Dean | |
| | 100 | 7,041,120 B2 | 05-09-2006 | Li et al. | |
| | 101 | 7,056,333 B2 | 06-06-2006 | Walshe | |
| | 102 | 7,081,126 B2 | 07-25-2006 | McDevitt et al. | |
| | 103 | 7,083,638 B2 | 08-01-2006 | Foerster | |
| | 104 | 7,090,690 B2 | 08-15-2006 | Foerster et al. | |
| | 105 | 7,144,415 B2 | 12-05-2006 | Del Rio et al. | |
| | 106 | 7,153,312 B1 | 12-26-2006 | Torrie et al. | |
| | 107 | 7,156,864 B2 | 01-02-2007 | Lintner | |
| | 108 | 7,232,455 B2 | 06-19-2007 | Pedlick et al. | |
| | 109 | 7,235,100 B2 | 06-26-2007 | Martinek | |
| | 110 | 7,247,164 B1 | 07-24-2007 | Ritchart et al. | |
| | 111 | 7,517,357 B2 | 04-14-2009 | Abrams et al. | |
| | 112 | 7,837,710 B2 | 11-23-2010 | Lombardo et al. | |
| | 113 | 8,029,537 B2 | 10-04-2011 | West, Jr. et al. | |
| | 114 | RE 36,289 | 08-31-1999 | Le et al. | |
| | 115 | 2001/0008971 A1 | 07-19-2001 | Schwartz et al. | |
| | 116 | 2001/0018597 A1 | 08-30-2001 | Gellman et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

$T^r$ - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 7**
**PAGE 131**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| Application No. | 13/245622 | |
| Filing Date | 09-26-2011 | |
| First Named Inventor | Green, Michael L. et al | |
| Art Unit | 3773 | |
| Examiner | Gregory A. Anderson | |
| Attorney Docket No. | KFX.003C2 | |

*(Multiple sheets used when necessary)*

SHEET 5 OF 8

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number<br>*Number - Kind Code (if known)*<br>Example: 1,234,567 B1 | Publication Date<br>MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 117 | 2001/0051815 A1 | 12-13-2001 | Esplin | |
| | 118 | 2001/0051816 A1 | 12-13-2001 | Enzerink et al. | |
| | 119 | 2002/0019649 A1 | 02-14-2002 | Sikora et al. | |
| | 120 | 2002/0029066 A1 | 03-07-2002 | Foerster | |
| | 121 | 2002/0077631 A1 | 06-20-2002 | Lubbers et al. | |
| | 122 | 2002/0111653 A1 | 08-15-2002 | Foerster | |
| | 123 | 2002/0128684 A1 | 09-12-2002 | Foerster | |
| | 124 | 2002/0169478 A1 | 11-14-2002 | Schwartz et al. | |
| | 125 | 2002/0188305 A1 | 12-12-2003 | Foerster et al. | |
| | 126 | 2003/0018358 A1 | 01-23-2003 | Saadat | |
| | 127 | 2003/0088270 A1 | 05-08-2003 | Lubbers et al. | |
| | 128 | 2003/0105591 A1 | 06-05-2003 | Hagiwara | |
| | 129 | 2003/0149448 A1 | 08-07-2003 | Foerster et al. | |
| | 130 | 2003/0167072 A1 | 09-04-2003 | Oberlander | |
| | 131 | 2003/0181925 A1 | 09-25-2003 | Bain et al. | |
| | 132 | 2003/0191498 A1 | 10-09-2003 | Foerster et al. | |
| | 133 | 2003/0195528 A1 | 10-16-2003 | Ritchart | |
| | 134 | 2003/0195563 A1 | 10-16-2003 | Foerster | |
| | 135 | 2003/0195564 A1 | 10-16-2003 | Tran et al. | |
| | 136 | 2003/0204204 A1 | 10-30-2003 | Bonutti | |
| | 137 | 2003/0236555 A1 | 12-25-2003 | Thornes | |
| | 138 | 2004/0002762 A1 | 01-01-2004 | Lizardi et al. | |
| | 139 | 2004/0024420 A1 | 02-05-2004 | Lubbers et al. | |
| | 140 | 2004/0044366 A1 | 03-04-2004 | Bonutti et al. | |
| | 141 | 2004/0102779 A1 | 05-27-2004 | Nesper et al. | |
| | 142 | 2004/0093031 A1 | 05-13-2004 | Burkhart et al. | |
| | 143 | 2004/0116961 A1 | 06-17-2004 | Nesper et al. | |
| | 144 | 2004/0133238 A1 | 07-08-2004 | Cerier | |
| | 145 | 2004/0193217 A1 | 09-30-2004 | Lubbers et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T$^1$ - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 7**
**PAGE 132**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | |
|---|---|
| **Application No.** | 13/245622 |
| **Filing Date** | 09-26-2011 |
| **First Named Inventor** | Green, Michael L. et al |
| **Art Unit** | 3773 |

| *(Multiple sheets used when necessary)* | **Examiner** | Gregory A. Anderson |
|---|---|---|
| SHEET 6 OF 8 | **Attorney Docket No.** | KFX.003C2 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Cite No. | Document Number Number - Kind Code (if known) Example: 1,234,567 B1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | 146 | 2004/0225325 A1 | 11-11-2004 | Bonutti | |
| | 147 | 2004/0243178 A1 | 12-02-2004 | Haut et al. | |
| | 148 | 2004/0254609 A1 | 12-16-2004 | Esplin | |
| | 149 | 2004/0267317 A1 | 12-30-2004 | Higgins et al. | |
| | 150 | 2004/0098050 A1 | 05-20-2004 | Foerster et al. | |
| | 151 | 2005/0027307 A1 | 02-03-2005 | Schwartz et al. | |
| | 152 | 2005/0055052 A1 | 03-10-2005 | Lombardo et al. | |
| | 153 | 2005/0240199 A1 | 10-27-2005 | Martinek et al. | |
| | 154 | 2005/0240226 A1 | 10-27-2005 | Foerster et al. | |
| | 155 | 2005/0245932 A1 | 11-03-2005 | Fanton et al. | |
| | 156 | 2005/0283158 A1 | 12-22-2005 | West | |
| | 157 | 2005/0288682 A1 | 12-29-2005 | Howe | |
| | 158 | 2006/0067967 A1 | 03-30-2006 | Bowman et al. | |
| | 159 | 2006/0106423 A1 | 05-18-2006 | Weisel et al. | |
| | 160 | 2006/0116719 A1 | 06-01-2006 | Martinek | |
| | 161 | 2006/0161159 A1 | 07-20-2006 | Dreyfuss et al. | |
| | 162 | 2006/0178702 A1 | 08-10-2006 | Pierce et al. | |
| | 163 | 2006/0235413 A1 | 10-19-2006 | Denham et al. | |
| | 164 | 2006/0271060 A1 | 11-30-2006 | Gordon | |
| | 165 | 2006/0271105 A1 | 11-30-2006 | Foerster et al. | |
| | 166 | 2006/0293710 A1 | 12-28-2006 | Foerster et al. | |
| | 167 | 2007/0142835 A1 | 06-21-2007 | Green et al. | |
| | 168 | 2007/0142861 A1 | 06-21-2007 | Burkhart | |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 169 | SU 1600713 | 10-23-1990 | Don Med Inst. | | |
| | 170 | WO 1999/052478 A1 | 10-21-1999 | Axya Medical, Inc. | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 7**
**PAGE 133**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| | Application No. | 13/245622 |
| | Filing Date | 09-26-2011 |
| | First Named Inventor | Green, Michael L. et al |
| | Art Unit | 3773 |
| *(Multiple sheets used when necessary)* | Examiner | Gregory A. Anderson |
| SHEET 7 OF 8 | Attorney Docket No. | KFX.003C2 |

### FOREIGN PATENT DOCUMENTS

| Examiner Initials | Cite No. | Foreign Patent Document Country Code-Number-Kind Code Example: JP 1234567 A1 | Publication Date MM-DD-YYYY | Name of Patentee or Applicant | Pages, Columns, Lines Where Relevant Passages or Relevant Figures Appear | T[1] |
|---|---|---|---|---|---|---|
| | 171 | WO 2001/054586 A1 | 08-02-2001 | Shoulderon Ltd. | | |
| | 172 | WO 2001/067962 A2 | 09-20-2001 | Rosch | | |
| | 173 | WO 2002/011630 A1 | 02-14-2002 | The Cleveland Clinic Foundation | | |
| | 174 | WO 2002/021998 A1 | 03-31-2002 | Axya Medical Inc. | | |
| | 175 | WO 2003/065904 A2 | 08-14-2003 | Opus Medical, Inc. | | |
| | 176 | WO 2004/062506 A1 | 07-29-2004 | Linvatec Biomaterials OY | | |
| | 177 | WO 2005/112786 A2 | 12-01-2005 | Ethicon Endo-Surgery, Inc. | | |
| | 178 | WO 2005/112788 A2 | 12-01-2005 | Arthrocare Corporation | | |
| | 179 | WO 2006/060035 A2 | 06-08-2006 | 3I Medical Corporation | | |
| | 180 | WO 2006/067548 A1 | 06-29-2006 | Arthrex, Inc. | | |
| | 181 | WO 2006/128092 A2 | 11-30-2006 | Arthrocare Corporation | | |
| | 182 | WO 2007/084714 A2 | 07-26-2007 | Kim | | |

### NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 183 | Arthrex, Inc.'s Answer to Plaintiff KFX Medical Corp.'s complaint For Patent Infringement and Counterclaims, United States District Court , Southern District of California, September 23, 2011, Los Angeles, USA. | |
| | 184 | Complaint for Patent Infringement, dated August 1, 2011, KFX Medical Corporation v. Arthrex, Inc., (S.D.C.A.). | |
| | 185 | International Preliminary Report on Patentability dated January 25, 2007 for International Application No. PCT/US2005/019454. | |
| | 186 | International Search Report and Written Opinion of the International Searching Authority, dated September 6, 2006, for International Application No. PCT/US2005/019454. | |
| | 187 | LO et al., "Double-Row Arthroscopic Rotator Cuff Repair: Re-Establishing the Footprint of the Rotator Cuff, Arthroscopy: The Journal of Arthroscopic and Related Surgery, November, 2003, pgs. 1035-1042, Vol. 19, No. 9. | |
| | 188 | MAZZOCCA et al., Arthroscopic Single-Row Versus Double-Row Suture Anchor Rotator Cuff Repair," The American Journal of Sports Medicine, 2005, 33:1861. | |
| | 189 | MAZZOCCA et al., Arthroscopic Single versus Double Row Suture Anchor Rotator Cuff Repair, abstract of presentation made on June 25, 2004 at 2004 Annual Meeting of the American Orthopaedic Society for Sports Medicine in Quebec, Canada, publication date unknown. | |
| | 190 | MILLETT et al., Mattress double anchor footprint repair: a novel, arthroscopic rotator cuff repair technique, Arthroscopy: The Journal of Arthroscopic and Related Surgery, 20(8):875-879 (2004). | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner**: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 7**
**PAGE 134**

PTO/SB/08 Equivalent

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application No. | 13/245622 |
|---|---|---|
| | Filing Date | 09-26-2011 |
| | First Named Inventor | Green, Michael L. et al |
| | Art Unit | 3773 |
| *(Multiple sheets used when necessary)* | Examiner | Gregory A. Anderson |
| SHEET 8 OF 8 | Attorney Docket No. | KFX.003C2 |

## NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No. | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[1] |
|---|---|---|---|
| | 191 | PAULOS, M.D., Graftjacket Regenerative Tissue Matrix Rotator Cuff, date unknown, Wright Medical Techology, Inc.; Wright Cremascoli Ortho SA. | |
| | 192 | PCT International Preliminary Report on Patentability, dated May 22, 2009, for International Application No. PCT/US2007/083662. | |
| | 193 | PCT International Search Report and Written Opinion, dated August 8, 2008, for International Application No. PCT/US2007/083662. | |
| | 194 | PCT Invitation to Pay Additional Fees, dated May 13, 2008, for International Application No. PCT/US2007/083662. | |
| | 195 | ROBBE, M.D. et al., Knotless Suture-based Anchors, Operative Techniques in Sports Medicine, 2004, pgs. 221-224, Elsevier Inc. | |
| | 196 | SELDES, M.D., et al., Tissue Mend Arthroscopic Insertion of a Biologic Rotator Cuff Tissue Augment After Rotator Cuff Repair, Stryker, date unknown, pgs. 1-7. | |
| | 197 | Statement of Tate Scott, dated April 12, 2011, submitted in Re-Examination No. 90/011,430. | |
| | 198 | TissueMend Advanced Soft Tissue Repair Matrix, Stryker, date unknown. | |
| | 199 | TissueMend Soft Tissue Repair Matrix, Stryker, 2004, USA. | |
| | 200 | WALTRIP, "Rotator Cuff Repair A Biomechanical Comparison of Three Techniques", The American Journal of Sports Medicine, 2003, pgs. 493-497, No. 4. | |
| | 201 | YIAN, M.D., et al., Arthroscopic Repair of SLAP Lesions With a Bioknotless Suture Anchor, Arthroscopy: The Journal of Arthroscopic and Related Surgery, May-June 2004, pgs. 547-551, Vol. 20, No. 5. Arthroscopy Association of North America. | |

12364219
120111

| Examiner Signature | | Date Considered | |
|---|---|---|---|

**\*Examiner:** Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

T[1] - Place a check mark in this area when an English language Translation is attached.

**EXHIBIT 7**
**PAGE 135**

# EXHIBIT 8

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/011,430 | 01/11/2011 | 7585311 | | 1162 |

20995          7590          02/16/2011

KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA  92614

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED: 02/16/2011

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

**EXHIBIT 8
PAGE 136**



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

KING & SPALDING

1185 AVENUE OF THE AMERICAS

NEW YORK, NY 10036-4003

## *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/011,430*.

PATENT NO. *7585311*.

ART UNIT *3993*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

**EXHIBIT 8**
**PAGE 137**

| *Order Granting / Denying Request For Ex Parte Reexamination* | Control No. | Patent Under Reexamination | |
|---|---|---|---|
| | 90/011,430 | 7585311 | |
| | Examiner | Art Unit | |
| | JEANNE M. CLARK | 3993 | |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>11 January 2011</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:  a)☒ PTO-892,     b)☐ PTO/SB/08,     c)☐ Other: _____

1. ☒   The request for *ex parte* reexamination is GRANTED.

        RESPONSE TIMES ARE SET AS FOLLOWS:

For Patent Owner's Statement (Optional):  TWO MONTHS  from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐   The request for *ex parte* reexamination is DENIED.

This decision is not appealable (35 U.S.C. 303(c)).  Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181  ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE  REGULATIONS UNDER 37 CFR 1.183.**

In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

    a) ☐  by Treasury check or,

    b) ☐  by credit to Deposit Account No. _____,  or

    c) ☐  by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

cc:Requester ( if third party requester )

U.S. Patent and Trademark Office
PTOL-471 (Rev. 08-06)                          Office Action in *Ex Parte* Reexamination                          Part of Paper No. -

**EXHIBIT 8**
**PAGE 138**

Application/Control Number: 90/011,430                                     Page 2
Art Unit: 3993

## DECISION ON REQUEST

A substantial new question of patentability is raised for claims 1-3, 5-25, and 28-30 of

U.S. Patent No. 7,585,311 (hereinafter "the '311 patent) by the request for reexamination and

prior art cited therein for the reasons set forth below.

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding. Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination

proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extensions of time in

*ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

### *Service of Papers*

After the filing of a request for reexamination by a third party requester, any document

filed by either the patent owner or the third party requester must be served on the other party (or

parties where two or more third party requester proceedings are merged) in the reexamination

proceeding in the manner provided in 37 C.F.R. 1.248. See 37 C.F.R. 1.550(f).

### *Waiver of Right to File Patent Owner Statement*

In a reexamination proceeding, Patent Owner may waive the right under 37 C.F.R. 1.530

to file a Patent Owner Statement. The document needs to contain a statement that Patent Owner

waives the right under 37 C.F.R. 1.530 to file a Patent Owner Statement and proof of service in

the manner provided by 37 C.F.R. 1.248, if the request for reexamination was made by a third

**EXHIBIT 8**
**PAGE 139**

Application/Control Number: 90/011,430                                         Page 3
Art Unit: 3993

party requester, see 37 C.F.R. 1.550(f). The Patent Owner may consider using the following

statement in a document waiving the right to file a Patent Owner Statement:


## WAIVER OF RIGHT TO FILE PATENT OWNER STATEMENT

Patent Owner waives the right under 37 C.F.R. 1.530 to file a Patent Owner Statement.


### *Amendment in Reexamination Proceedings*

Patent owner is notified that amendments to the claims are NOT permitted because the

'311 patent is expired. See MPEP 2250.


### *Submissions*

In order to ensure full consideration of any affidavits or declarations or other documents

as evidence of patentability, such documents must be submitted in response to the first Office

action on the merits (which does not result in a close of prosecution). Submissions after the

second Office action on the merits, which is intended to be a final action, will be governed by the

requirements of 37 C.F.R. 1.116, after final rejection and by 37 C.F.R. 41.33 after appeal, which

will be strictly enforced.


### *Notification of Concurrent Proceedings*

The patent owner is reminded of the continuing responsibility under 37 C.F.R. 1.565(a)

to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving

**EXHIBIT 8**
**PAGE 140**

Application/Control Number: 90/011,430                                     Page 4

Art Unit: 3993

the patent throughout the course of this reexamination proceeding.  Likewise, if present, the third

party requester is also reminded of the ability to similarly apprise the Office of any such activity

or proceeding throughout the course of this reexamination proceeding.  See MPEP §§ 2207, 2282

and 2286.

### *Notification of Current Assignment of the Patent*

The patent owner is requested to provide the current assignment information for the

patent for which reexamination is requested.  An assignment can be made of record in the file of

a patent application, patent, or other patent proceeding (e.g., reexamination proceeding).  This

step is necessary to permit the assignee to "take action" in the application, patent, or other patent

proceeding under the conditions set forth in 37 CFR 3.73 and MPEP § 324.  Recordation of an

assignment in the assignment records of the Office, however, does **not**, by itself, permit the

assignee to take action in the application, patent, or other patent proceeding.

### *Brief Summary of the Prior Examination Proceeding*

In application 11/143,007, which issued as the '311 patent, the examiner rejected claims

91-105, 112-115, 117, 118, 121, and 122 as being anticipated by U.S. Patent No. 5,891,168 to

Thal ("Thal '168"); claims 106-111 and 120 as being obvious over Thal '168; claim 116 as being

obvious over Thal '168 in view of U.S. Patent No. 5,569,306 to Thal ("Thal '306"); and claim

119 as being obvious over Thal '168 in view of U.S. Patent No. 5,224,946 to Hayhurst et al.  See

the Office action dated December 23, 2008.  In particular, the examiner applied Thal '306 as a

**EXHIBIT 8**
**PAGE 141**

Application/Control Number: 90/011,430                                             Page 5
Art Unit: 3993

teaching of the anchor being inserted into the bone without being inserted through the soft tissue

and referred to Figure 10. See page 6 of the December 23, 2008 Office action. The patent

applicant responded by presenting amendments to claims 91, 95, 106, 111, 121, cancelling

claims 122-142, adding new claims 143 and 144 and presenting arguments why the claimed

invention is patentability distinguishable over the applied prior art. See the reply of February 17,

2009. Specifically, for claim 116, the patent applicant argued that:

> "Claim 116 was rejected under 35 U.S.C. § 103(a) as being obvious over Thal I in view of
> Thal II (5,569,306). As discussed above, Thal I fails to teach or suggest all limitations of Claim
> 91. Thal II also fails to teach or suggest these limitations. The description of Figure 10 in Thal II
> makes clear that both spike member 121 and spike member 131 are "inserted through tissue 140"
> to arrive at the configuration depicted in Figure 11. Thal II, column 7, lines 60-61. Thus, Thal II
> fails to teach or suggest inserting a second anchor beyond the edge of the soft tissue such that it is
> not underneath the soft tissue or fixedly securing suture to a second anchor after its insertion.
> Accordingly, Applicants respectfully submit that dependent Claim 116 is not obvious over Thal I
> in view of Thal II."

See page 8 of the February 17, 2009 reply. In response, the examiner issued a final rejection in

which claims 120 and 121 were rejected as anticipated by Thal '306; claims 91-100, 102-105,

112-115, 117, 118, 143, and 144 were rejected as being rendered obvious over Thal '168 in view

of U.S. Patent No. 5,634,926 to Jobe ("Jobe"); claims 106-111 as being obvious over Thal '168

in view of Jobe; claim 116 as being obvious over Thal '168 in view of Jobe and in further view

of Thal '306; and claim 119 as being obvious over Thal '168 in view of Jobe and in further view

of U.S. Patent No. 5,224,946 to Hayhurst et al. See the Office action mailed April 20, 2009,

especially pages 2 and 7. In reply, the patent applicant submitted further amendments to claims

91, 102, 106, 111, and 120, cancelled claims 101 and 121, and presented arguments why the

claimed invention of claims 91 and 120 is patentability distinguishable over the applied prior art.

See the reply of May 8, 2009. Specifically, the patentability of claim 116 was not argued

**EXHIBIT 8**
**PAGE 142**

Application/Control Number: 90/011,430                                    Page 6

Art Unit: 3993

separately, like in the February 17, 2009 reply.  Subsequently, patent applicant gave

authorization to cancel independent claim 120, which left claim 91 as the only pending

independent claim.  On June 29, 2009, the examiner allowed claims 91-100, 102-119, 143, and

144, cancelled claim 120 via examiner's amendment, and wrote the following reasons for

allowance:

> "Thai 5,569,306 discloses a method of attaching soft tissue to bone comprising: inserting a first
> anchor 26 into bone 28, wherein the first anchor is positioned underneath the soft tissue 30;
> passing a first length of suture 42 from said first anchor over the soft tissue; inserting a second
> anchor 24 into bone, wherein the second anchor is positioned laterally to the soft tissue; and
> fixedly securing the first length of suture to the second anchor without tying any knots (Fig. 2).
> Thai further discloses inserting a third anchor 22 into bone. Jobe 5,634,926 discloses anchors
> being positioned beyond an edge of the soft tissue such that it is not underneath the soft tissue
> (Fig. 9, Col. 8 I1.34-37). However, neither Thai nor Jobe disclose after inserting the second
> anchor, tensioning the first length of suture to compress an area of tissue to bone between the
> edge of the soft tissue and the first anchor. The prior art of record nor the prior art at large, alone
> or in combination, cannot remedy the deficiencies of the Thai and Jobe references and thus the
> claims are allowed."

Application claims 91-100, 102-119, 143, and 144 issued as patent claims 1-30, respectively, in

the '311 patent.


**A Substantial New Question of Patentability Analysis**

A third party requested reexamination of claims 1-25 and 27-30 of U.S. Patent No.

7,585,311 based upon the following proposed rejections supported by alleged substantial new

questions of patentability (SNQs):

1.  Claims 1-4, 8, 22-23, 25, and 27-30 of the '311 Patent are anticipated
    by U.S. Pat. No. 5,569,306 to Thai ("Thai '306").

2.  Claims 1-3, 8, 22-25, and 28-30 of the '311 Patent are obvious in view
    of U.S. Pat. No. 6,585,730 to Foerster ("Foerster") in view of Thai '306.

**EXHIBIT 8**
**PAGE 143**

Application/Control Number: 90/011,430                                      Page 7

Art Unit: 3993

3.  Claims 5-8, 11-12, and 14-15 of the '311 Patent are obvious based on Thal '306 in view of U.S. Pat. No. 5,891,168 to Thal ("Thal '168").

4.  Claims 5-8, 11-12, and 14-15 of the '311 Patent are obvious based on Foerster in view of Thal '306, and further in view of Thal '168.

5.  Claims 8-10 and 24 of the '311 Patent are obvious based on Thal '306 in view of U.S. Pat. App. Pub. No. 2003/0120309 to Colleran ("Colleran").

6.  Claims 8-10 and 24 of the '311 Patent are obvious based on Foerster in view of Thal '306, and further in view of Colleran.

7.  Claim 21 of the '311 Patent is obvious based on Thal '306 in view of U.S. Pat. No. 5,443,482 to Stone ("Stone").

8.  Claim 21 is obvious based on Foerster in view of Thal '306, and further in view of Stone.

9.  Claims 13 and 16-20 of the '311 Patent are obvious based on Thal '306 in view of Thal '168 and further in view of U.S. Pat. No. 4,872,840 to Bori ("Bori") and/or "Suturing techniques for periodontal plastic surgery," by Regan L. Moore & Margaret Hill, Periodontology 2000, vol. 11, 1996 ("Moore").

10. Claims 13 and 16-20 of the '311 Patent are obvious based on Foerster in view of Thal '306 and Thal '168 and further in view Bori and/or Moore.


A discussion of the prior art references that allegedly form a basis for a SNQ now follows:

**A Substantial New Question of Patentability Analysis**

A substantial new question of patentability (SNQ) is a requirement in order for a request for a

reexamination proceeding to be granted. As stated in MPEP 2242:

> A "substantial new question of patentability" is <u>not</u> raised by prior art presented in a reexamination request if the Office has previously considered (in an earlier examination of the patent) the same question of patentability as to a patent claim favorable to the patent owner based on the same prior art patents or printed publications. *In re Recreative Technologies*, 83 F.3d 1394, 38 USPQ2d 1776 (Fed. Cir. 1996).

EXHIBIT 8

PAGE 144

Application/Control Number: 90/011,430                                      Page 8
Art Unit: 3993

### 1. Applying "Old Art" as the Basis for a New Request for Reexamination

The Uchida reference, which is one of the basis for the substantial new question of

patentability, had been considered in a previous examination proceeding.  Accordingly,

the reference is considered "old art" for the determination of whether a new substantial

question of patentability exist in the instant request for reexamination.


35 U.S.C. 303(a) provides for *ex parte* reexamination (emphasis added):

> "Within three months following the filing of a request for reexamination under the
> provisions of section 302 of this title, the Director will determine whether a substantial
> new question of patentability affecting any claim of the patent concerned is raised by
> the request, with or without consideration of other patents or printed publications….**The
> existence of a substantial new question of patentability is not precluded by the fact
> that a patent or printed publication was previously cited by or to the Office or
> considered by the Office**."

The reexamination statute makes it clear that a SNQ can be raised by patents and printed

publications "previously cited by or to the Office or considered by the Office."  This provision

was added for both *ex parte* and *inter partes* reexamination via the Patent and Trademark Office

Authorization Act of 2002.[1]  Therefore, for any reexamination ordered on or after November 2,

2002, the effective date of the statutory revision, reliance on previously cited/considered art, i.e.,

"old art," does not necessarily preclude the existence of a substantial new question of

patentability (SNQ) that is based exclusively on that old art.  Rather, determinations on whether

a SNQ exists in such an instance shall be based upon a fact-specific inquiry done on a case-by-

case basis.

---

[1] See § 13105, part (a), of the Patent and Trademark Office Authorization Act of 2002, enacted in Public Law 107-
273, 21st Century Department of Justice Appropriations Authorization Act, 116 Stat. 1758 (2002).

**EXHIBIT 8
PAGE 145**

Application/Control Number: 90/011,430                                              Page 9
Art Unit: 3993

### 2. The Determination of a SNQ

Looking to the legislative history for the original reexamination statute[2], Congress stated:

> "Section I provides for a system of administrative reexamination of patents within the
> patent office. This new procedure will permit any party to petition the patent office to
> review the efficacy of a patent, subsequent to its issuance, on the basis of **new
> information about preexisting technology which may have escaped review at the
> time of the initial examination of the patent application**. H.R. Rep. No. 96-1307,
> 96th Cong., 2d Sess. 3 (1980), reprinted in 1980 U.S.C.C.A.N. 6460, 6461, 6462."
> [Emphasis added]

Reexamination is limited to review of new information about preexisting technology which may

have escaped review at the time of the initial examination of the patent application.  It was not

designed for harassment of a patent owner by review of old information about preexisting

technology, even if a third party feels the Office's conclusion based on that old information was

erroneous.  The reexamination legislative history nowhere provides for review of such old

information, each time a court clarifies or re-interprets a standard or a point of law that affects

the patentability determination.  If it did, the reexamination process would be unwieldy, because

case law is constantly evolving.


Looking further at the legislative history for the original reexamination statute, Congress stated:

> "Subsection 303(a) requires the Commissioner to determine if a "substantial new
> question of patentability" is raised in connection with any claims of the patent against
> which a patent or printed publication is cited and to order reexamination upon a positive
> determination…. This 'substantial new question' requirement would protect patentees
> from having to respond to, or participate in unjustified reexaminations. Further, **it
> would act to bar reconsideration of any argument already decided by the Office**,
> whether during the original examination or an earlier reexamination. " Id. at 7, reprinted
> in 1980 U.S.C.C.A.N. at 6465, 6466. [Emphasis added]

---

[2] Public Law 96-517, enacted on December 12, 1980.

**EXHIBIT 8**
**PAGE 146**

Application/Control Number: 90/011,430                                    Page 10
Art Unit: 3993

For example, reconsideration of an argument that the examiner improperly applied, or did not

apply, either 35 U.S.C. 102 or 35 U.S.C. 103 in a rejection over a reference or combination of

references that was identical to the reference or reference combination previously applied by the

examiner, whether during the original examination or an earlier reexamination, was barred.

Similarly, the reexamination statute bars reconsideration of any "argument" as to obviousness of

old art that has already been decided by the Office, despite the fact that a standard for

patentability may have been clarified or modified by virtue of a post-patent court decision.


The examiner has thoroughly reviewed the instant request for reexamination and has determined

that the request does not present any new information or technical teaching in the Thal '305

reference that was not present in the prior examination for the reasons stated below.  In addition,

the request does not specifically advance any SNQs based on references other than Thal '305 and

Foerster (see pages 17-22 of the request).  Specifically, page 22 of the request states that the

combination of Colleran, Stone, Moore, and Bori with the teachings of Thal '305, Thal '168,

and/or Foerster is what raises the SNQs.  In other words, the request fails to identify any new

information or technical teaching with regard to the Thal '168, Colleran, Stone, Moore, and Bori

references.  Therefore, only the Thal '305 and Foerster references will be addressed in the SNQ

analysis.


**Thal '306**

    It is NOT agreed that Thal '306 raises a SNQ with respect to claims 1-25 and 27-30 in the

'311 patent.

**EXHIBIT 8**
**PAGE 147**

Application/Control Number: 90/011,430                                    Page 11
Art Unit: 3993

As stated above in the summary of the prior examination, Thal '306 was applied to the claims under both anticipation and obviousness in the prior examination. In the request for reexamination, the requester states that Thal '305 provides a SNQ because it teaches an anchor member 131 that can be inserted "… directly into hollow anchoring sleeve 144," which is located in column 7 lines 60-63 of Thal '306. Requester alleges that the examiner overlooked or failed to appreciate this teaching in the prior examination. Therefore, the requester asserts that the teachings of Thal '305 are given a "new light." See pages 17-20 of the request.

First, it is noted that the limitation of the second anchor being inserted directly into the bone without passing through the soft tissue, which the requester states is the basis for the new light, is found in dependent patent claim 25 and not in patent claim 1. As stated above, reconsideration of an argument that the examiner improperly applied a reference that was identical to the reference previously applied by the examiner, during the original, is barred by statute. In this case, the record clearly shows that Thal '306 was applied under both anticipation and obviousness to the claims in the prior examination. In addition, the teachings of Figure 10 was specifically applied by the examiner and discussed by the patent applicant in the prior examination. There is no evidence on the record that the examiner did not fully understand and appreciate the embodiment as shown in Figure 10 in Thal '305. Requester accuses the patent applicant's arguments in the reply of February 17, 2009 as "misleading" the examiner. However, the record shows that the examiner not only maintained the rejection of claim 116 but further applied Thal '305 to independent claims 120 and 121 in response to the February 17, 2009 arguments. See the Office action dated April 20, 2009. Therefore, the record does not support Requester's position that the examiner acquiesced to patent applicant's argument regarding claim

**EXHIBIT 8**
**PAGE 148**

Application/Control Number: 90/011,430                                    Page 12
Art Unit: 3993

116. Requester's discussion on pages 17-20 of the request fails to completely and accurately
summarize the prior examination history.

More importantly, the reasons for allowance in the prior examination specifically mentioned
that the prior art of record, which included Thal '306, fails to teach the method step of "... after
inserting the second anchor, tensioning the first length of suture to compress an area of tissue to
bone between the edge of the soft tissue and the first anchor." The request fails to show how the
teachings of Thal '306 provide any new technical teaching or information in regard to the
missing limitation identified in the reasons for allowance. Instead, as discussed above, the
requester alleges that the examiner failed to completely understand the teachings of Thal '306 in
regard to the second anchor being inserted into the bone without passing through the soft tissue.
No discussion is present for how Thal '306 is viewed in a new light in regard to the reasons for
allowance.

In summary, the record is clear that Thal '306 was applied under both anticipation and
obviousness in the prior examination. The request is alleging that the examiner erred in its
application of Thal '306 and that reexamination should be granted on this basis. The
patentability question raised in the request is based on the limitation of the second anchor being
directly inserted into the bone without passing through the soft tissue, which was an issue that
was clearly considered and answered in the prior examination. Therefore, for the reasons
discussed above, the discussion in the request fails to bring new light to the teachings of Thal
'306 for patent claims 1-25 and 27-30. Reconsideration of the same patentability question is
barred by statute. Accordingly, the teachings of Thal '306 as presented in the request cannot be a

EXHIBIT 8
PAGE 149

Application/Control Number: 90/011,430                                       Page 13
Art Unit: 3993

basis for granting reexamination and proposed rejections 1, 3, 5, 7, and 9 are not supported by

any SNQ.

### Foerster

It is agreed that Foerster raises a SNQ with respect to claims 1-3, 5-25, and 28-30 in the '311

patent. As stated above, the third party requester only relies on Thal '306 or Foerster to raise a

SNQ to support the ordering of reexamination. Accordingly, under this fact-specific inquiry, a

SNQ only exists if Foerster provides new technical teaching or information to the claimed

invention.

Looking at the request, e.g., pages 20-22 allege to set forth a substantial new question of

patentability for Foerster to support the obviousness proposed rejections which apply Foerster in

combination with various references. The request states Foerster has teachings relevant to the

method step of tensioning the suture to compress an area of tissue to bone after the insertion of

the second anchor 235, which is a limitation added by the May 8, 2009 amendment and

identified as the reasons for allowance in the prior examination. See page 21 of the request.

This teaching of Foerster would be important to a reasonable examiner in deciding the

patentability of claims 1-3, 5-25, and 28-30 in the '311 patent. Foerster does present a new, non-

cumulative technological teaching over the teachings in the prior examination.

Therefore, the request establishes a substantial new question of patentability that would

support proposed rejections 2, 4, 6, 8, and 10. Accordingly, it is agreed that Foerster raises a

SNQ with respect to claims 1-3, 5-25, and 28-30 in the '311 patent.

**EXHIBIT 8**
**PAGE 150**

Application/Control Number: 90/011,430                                    Page 14
Art Unit: 3993

### *Conclusion*

The request has established a substantial new question of patentability for claims 1-3, 5-

25, and 28-30.

Since requester did not request reexamination of claim 26 and did not assert the existence of a

substantial new question of patentability (SNQ) for the claim, claim 26 was not considered in

deciding the request for reexamination.

MPEP § 2658 IV B cites in-part:

"The Office's determination in both the order for reexamination and the examination stage of the reex-
amination will generally be limited solely to a review of the "live" claims (i.e., existing claims not held
invalid by a final decision, after all appeals) for which reexamination has been requested. If the requester
was interested in having all of the claims reexamined, requester had the opportunity to include them in its
request for reexamination. However, if the requester chose not to do so, those claim(s) for which reexami-
nation was not requested will generally not be reexamined by the Office. It is further noted that 35 U.S.C.
311(b)(2) requires that a requester "set forth the pertinency and manner of applying cited prior art to
every claim for which reexamination is requested." If the requester fails to apply the art to certain claims,
then the requester is not statutorily entitled to reexamination of such claims. If a request fails to set forth
the pertinency and manner of applying the cited art to any claim for which reexamination is requested as
required by 37 CFR 1.915(b), that claim will generally not be reexamined."

**All** correspondence relating to this *ex parte* reexamination proceeding should be directed:

By EFS:    Registered users may submit via the electronic filing system EFS-Web, at
           https://sportal.uspto.gov/authenticate/authenticateuserlocalepf.html.

By Mail to:  Mail Stop *Ex Parte* Reexam
             Central Reexamination Unit
             Commissioner for Patents
             United States Patent & Trademark Office
             P.O. Box 1450
             Alexandria, VA 22313-1450

By FAX to:  (571) 273-9900
            Central Reexamination Unit

By hand:    Customer Service Window
            Randolph Building
            401 Dulany Street

**EXHIBIT 8**
**PAGE 151**

Application/Control Number: 90/011,430                           Page 15
Art Unit: 3993

               Alexandria, VA 22314

   For EFS-Web transmissions, 37 CFR 1.8(a)(1)(i) (C) and (ii) states that correspondence
(except for a request for reexamination and a corrected or replacement request for
reexamination) will be considered timely filed if (a) it is transmitted via the Office's electronic
filing system in accordance with 37 CFR 1.6(a)(4), and (b) includes a certificate of transmission
for each piece of correspondence stating the date of transmission, which is prior to the expiration
of the set period of time in the Office action.


Any inquiry concerning this communication or earlier communications from the Examiner, or as
to the status of this proceeding, should be directed to the Central Reexamination Unit at
telephone number (571) 272-7705.


Signed:

      /Jeanne M Clark/_____

Jeanne M. Clark
CRU Examiner
GAU 3993
(571) 272-7714

Conferee: _____

Conferee: _____

**EXHIBIT 8**
**PAGE 152**