1  Lawrence R. LaPorte (State Bar No. 130003)
   LaPorteL@dicksteinshapiro.com
2  DICKSTEIN SHAPIRO LLP
3  2049 Century Park East, Suite 700
4  Los Angeles, CA 90067-3109
   Telephone:  (310) 772-8300
5
   Charles W. Saber, admitted pro hac vice
6  SaberC@dicksteinshapiro.com
7  Salvatore P. Tamburo, admitted pro hac vice
   TamburoS@dicksteinshapiro.com
8  Megan S. Woodworth, admitted pro hac vice
9  WoodworthM@dicksteinshapiro.com
   S. Gregory Herrman, admitted pro hac vice
10 HerrmanG@dicksteinshapiro.com
11 DICKSTEIN SHAPIRO LLP
   1825 Eye Street, NW
12 Washington, DC 20006-5403
13 Telephone: (202) 420-2200

14 Attorneys for Defendant, Arthrex, Inc.

15            **UNITED STATES DISTRICT COURT**

16
             **SOUTHERN DISTRICT OF CALIFORNIA**
17

18 KFX MEDICAL CORP.                    | **Case No. 3:11-cv-1698**

19          Plaintiff and               | **Hon. Dana M. Sabraw**

20 Counterdefendant,                    | **DEFENDANT ARTHREX, INC.'S OPPOSITION TO PLAINTIFF'S**

21      vs.                             | **MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE**

22                                      | **CONDUCT IN CONNECTION WITH**

23 ARTHREX, INC.                        | **U.S. PATENT NOS. 8,100,942 &**
                                        | **8,109,969**
24          Defendant and

25 Counterclaimant.                     | **FILED UNDER SEAL**

26                                      | **Hearing Date: June 28, 2013**
                                        | **Time: 1:30 p.m.**
27                                      | **Location: Courtroom 13A**

28

DICKSTEIN
SHAPIRO LLP

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, I caused the foregoing DEFENDANT

ARTHREX, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY

JUDGMENT OF NO INEQUITABLE CONDUCT IN CONNECTION WITH U.S.

PATENT NOS. 8,100,942 & 8,109,969 [PUBLIC VERSION] to be electronically filed

with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following counsel of record.

| Counsel for KFx Medical Corporation |
| --- |
| Brian Horne<br>brian.horne@knobbe.com<br>Joseph F. Jennings<br>jjennings@kmob.com<br>Marissa M. Calcagno<br>marissa.calcagno@knobbe.com<br>Sarah L. Lampton<br>sarah.lampton@knobbe.com<br>Sean M. Murray<br>sean.murray@knobbe.com<br>KNOBBE MARTENS OLSON AND<br>BEAR<br><br>KFx Counsel – Service List<br>LitKFXL.064L@kmob.com |

/s/ Charles W. Saber
Charles W. Saber

DICKSTEIN
SHAPIRO LLP

3:11-cv-1698