Lawrence R. LaPorte (State Bar No. 130003)
LaPorteL@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone:  (310) 772-8300

Charles W. Saber, admitted pro hac vice
SaberC@dicksteinshapiro.com
Salvatore P. Tamburo, admitted pro hac vice
TamburoS@dicksteinshapiro.com
Megan S. Woodworth, admitted pro hac vice
WoodworthM@dicksteinshapiro.com
S. Gregory Herrman, admitted pro hac vice
HerrmanG@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200

Attorneys for Defendant, Arthrex, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORP.<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>ARTHREX, INC.<br><br>Defendant and Counterclaimant. | **Case No. 3:11-cv-1698**<br><br>**Hon. Dana M. Sabraw**<br><br>**DEFENDANT ARTHREX, INC.'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW**<br><br>**FILED UNDER SEAL**<br><br>**Trial: August 19, 2013**<br>**Time: 9:00 a.m.**<br>**Location: Courtroom 13A** |

DICKSTEIN
SHAPIRO LLP

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I caused the foregoing DEFENDANT ARTHREX, INC.'S MEMORANDUM OF CONTENTIONS OF FACT AND LAW to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record.

| Counsel for KFx Medical Corporation |
| --- |
| Brian Horne<br>brian.horne@knobbe.com<br>Joseph F. Jennings<br>jjennings@kmob.com<br>Marissa M. Calcagno<br>marissa.calcagno@knobbe.com<br>Sarah L. Lampton<br>sarah.lampton@knobbe.com<br>Sean M. Murray<br>sean.murray@knobbe.com<br>KNOBBE MARTENS OLSON AND BEAR<br><br>KFx Counsel – Service List<br>LitKFXL.064L@kmob.com |

/s/ Charles W. Saber
Charles W. Saber

DICKSTEIN
SHAPIRO LLP