Joseph F. Jennings (State Bar No. 145,920)
joe.jennings@knobbe.com
Brian Horne (State Bar No. 205,621)
brian.horne@knobbe.com
Sean M. Murray (State Bar No. 213,655)
sean.murray@knobbe.com
Sarah Lampton (State Bar No. 282,404)
sarah.lampton@knobbe.com
Marissa Calcagno (State Bar No. 279,783)
marissa.calcagno@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KFx Medical Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>  Plaintiff and Counterdefendant,<br><br>  v.<br><br>ARTHREX, INCORPORATED, a Delaware corporation,<br><br>  Defendant and Counterclaimant. | Case no. 11cv1698 DMS (BLM)<br><br>**NOTICE OF LODGING OF PRETRIAL ORDER  PURSUANT TO CIVIL LOCAL RULE 16.1.f.6.b**<br><br>Trial Date:  August 19, 2013<br>Time:          9:00 A.M.<br>Courtroom 13A<br>Honorable Dana M. Sabraw |

PLEASE TAKE NOTICE, pursuant Civil Local Rule 16.1.f.6.b Plaintiff KFx Medical Corporation has lodged the parties' Pretrial Order with the chambers of Hon. Dana M. Sabraw.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 12, 2013         By: s/*Joseph F. Jennings*
                                  Joseph F. Jennings
                                  Brian Horne
                                  Sean M. Murray
                                  Sarah Lampton
                                  Marissa Calcagno

                             Attorneys for Plaintiff
                             KFx Medical Corporation

# PROOF OF SERVICE

I hereby certify that on July 12, 2013, I caused the **NOTICE OF LODGING OF PRETRIAL ORDER PURSUANT TO CIVIL LOCAL RULE 16.1.f.6.b** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Lawrence La Porte
laportel@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T:  310-772-8300

Charles W. Saber
saberc@dicksteinshapiro.com
Salvatore P. Tamburo
tamburos@dicksteinshapiro.com
Megan S. Woodworth
woodworthm@dicksteinshapiro.com
S. Gregory Herrman
herrmang@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
T:  202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on July 12, 2013, at San Diego, California.

Colleen Mensching

KFXL.0641

15783128
071113

-1-

Proof of Service
Case no. 11cv1698 DMS (BLM)