# ATTACHMENT A

**Case Title:** **KFx Medical Corporation v. Arthrex Incorporated** **Case no.** **Civil Action No. 11-cv-1698-DMS**

**List of:** **Plaintiff, KFx Medical Corporation**

# PLAINTIFF'S TRIAL EXHIBIT LIST WITH DEFENDANT ARTHREX'S OBJECTIONS

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 1. | | | U.S. Patent No. 7,585,311 | ILL, NTP |
| 1A | | | U.S. Patent No. 7,585,311 (Official ribbon bearing) | UP, NR, NTP |
| 2 | | | U.S. Patent No. 8,100,942 | |
| 2A | | | U.S. Patent No. 8,100,942 (Official ribbon bearing) | UP, NR, NTP |
| 3 | | | U.S. Patent No. 8,109,969 | |
| 3A | | | U.S. Patent No. 8,109,969 (Official ribbon bearing) | UP, NR, NTP |
| 5 | | | Various correspondence re rotator cuff repair studies and partnerships | |
| 7. | | | 2004-04-27 Email Holloway to R. Schmieding et al. re BioT with FiberTape | NR, H, E |
| 8 | | | 2004-01-21 Surgery report by Dr. ElAttrache | |
| 9 | | | Design History File – Modification of the Current Tenodesis Driver for the 5.5 mm Screw | |
| 10 | | | 2004-09-23 Email Holloway to Dr. Park re Fw: Kerlan-Jobe study | |
| 11 | | | PowerPoint – Considerations for Rotator Cuff Repair Techniques | |
| 13 | | | 2004-01-22 Email Grafton to Cottle, et al re Knotless testing | H, NR, E, UP |
| 15 | | | Arthrex brochure: SutureBridge Rotator Cuff Repair | |
| 16 | | | Arthrex brochure: Fulfilling the Need for Precision and Speed - Rotator Cuff Repair | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 17 | | | Arthrex brochure: Knotless Rotator Cuff Repair | |
| 18 | | | Arthrex brochure: Fulfilling the Need for Precision and Speed - Rotator Cuff Repair | |
| 19 | | | Arthrex brochure: Massive Rotator Cuff Repair | |
| 20 | | | Arthrex brochure: SutureBridge Rotator Cuff Repair | |
| 21 | | | Arthrex brochure: Knotless Rotator Cuff Repair | |
| 22 | | | Arthrex brochure: Achilles SutureBridge | |
| 24 | | | Arthrex brochure: Achilles SpeedBridge | |
| 25 | | | Website printout – SpeedBridge Double Row technique | ILL, A |
| 26 | | | Website printout – SpeedBridge Double Row technique | ILL, A |
| 27 | | | PushLock and SwiveLock – Revision 5 (Package insert?) | H, NO |
| 29 | | | 2009-01-08 Sales Bulletin | IC, NR, UP |
| 30 | | | What's in My Bag? – Dr. Tibone | H, NR, UP |
| 31 | | | 2005-05-16 Email Cheek to J. Schmieding re FW: letter Dr. ElAttrache | H, NR, UP |
| 32 | | | 2006-02-02 Email Gemma to Von Euw et al. re FW: Quick SutureBridge Update | H, NR, UP, E |
| 33 | | | 2010-01-25 Email Benavitz to Check re Updated Preliminary Estimates | H, NR, UP, E |
| 34 | | | 2008-06-23 Email Benavitz to R. Schmieding et al. re SwiveLock Convenience Kit | H, UP, E, SP |
| 35 | | | PowerPoint – Fixation Comparisons for Rotator Cuff Repairs | NR, H, UP |
| 36 | | | 2004-02-09 Email Cottle to Guanche re Ribbed FiberWire | H, NR, UP |
| 37 | | | 2005-04-25 Email Cottle to Waterhouse et al. re ar-1934PS | H, NR, UP |
| 38 | | | 2005-08-01 Email Cottle to Malley et al. re Push Lock | H, NR, UP |
| 39 | | | 2004-01-20 Email Holloway to Cottle et al. re Testing this Week | H, NR, UP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 40 | | | Patent Application No. 11/700,916 | NR, UP |
| 41 | | | 2005-10-10 Email R. Schmieding to teambill@aol.com re Fw: suture bridge | H, NR, UP |
| 42 | | | 2006-11-01 Email Karnes to Holloway re Update on Rotator Cuff Testing | H, NR, UP |
| 43 | | | Design History File : 3mm Bio-Absorbable Knotless Anchor and 5mm Bio-Absorbable Knotless Anchor (Knotless or Knotted Suture Fixation for Labrum and Cuff) | |
| 44 | | | 2005-10-11 Product Launch: PEEK Pushlock (AR-1926PS) Bio-Pushlock (AR- 1926B) | |
| 45 | | | Design Development Process - SwiveLock SP - Closed Eyelet, Self-Punching, SwiveLock, Bio. | |
| 46 | | | 2011-12-11 Email Millet to Ambrozic et al. re FW: MDA research – 5 hrs | H, NR |
| 47 | | | 2005-11-08 Email Wyman to Mazzocca re Anbari MD | H, NR, UP |
| 48 | | | 2005-11-01 Email Wyman to Mazzocca Re : Fwd: Research | H, NR, UP |
| 51 | | | 2007-06-26 Email Benavitz to R. Schmieding re For your review | H, NR, UP, IC |
| 52 | | | 2007-10-24 Email Benavitz to Devine et al. re New shoulder business | H, UP |
| 53 | | | 2008-04-18 Email Benavitz to ElAttrache re Next edition STO | H, NR, UP |
| 54 | | | 2007-05-03 Email Benavitz to Holter et al. re shoulder revenue | H, NR, UP |
| 55 | | | 2009-03-06 Email Benavitz to Hanypasik et al. re Arthrex | H, NR, UP |
| 56 | | | 2011-07-01 Email Benavitz to R. Schmieding re SutureBridge Publication | H, NR, IC |
| 57 | | | 2012-06-30 Email Shepard to Benavitz re Arthrex Upper Extremity Report | H, NR, UP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 58 | | | xxxx-xx-xx Email Unspecified Sender (Benavitz) to Regional Managers re AJSM Article | H, IC, NR |
| 59 | | | 2012-07-04 Email Benavitz to R Schmieding et al. re Weekly report | H, IC, NR, UP, SP |
| 60 | | | 2006-03-02 Email Benavitz to David et al. re Arthrex SutureBridge Construct | H, NR, UP |
| 61 | | | 2006-05-21 Email Sodeika to Benavitz re FW: New medical device? | H, NR, UP, SP, E |
| 62 | | | 2009-09-10 Email Benavitz to Dreyfuss et al. re oh boy | H, NR, UP, E, SP, IO |
| 63 | | | 2007-05-16 Email Benavitz to R. Schmieding re Anchors for Study | H, NR, SP |
| 64 | | | 2007-01-31 Email Benavitz to Price re Arthrex | PRIV, H, NR |
| 65 | | | xxxx-xx-xx Unspecified Sender (Benavitz) to Millett et al. re suture bridge and bio-pushlock | H, NR |
| 66 | | | 2009-11-03 Email Benavitz to Karnes re research proposal for single vs double row | H, NR, UP, E |
| 67 | | | 2006-01-07 Email Benavitz to tbestpitch@yahoo.com et al. re Pushlock | H, NR, UP |
| 69 | | | Agenda: OSI Naples Meeting of Nov. 11, 2011 | NR |
| 70 | | | Sketches on Millett letterhead | NR, PK |
| 71 | | | 2007-05-21 Email Wagner to Harkey et al. re SutureBridge kit | H, UP, SP |
| 72 | | | Biocomposite 16 Pushlock 4.5 Millimeter with packaging | |
| 72A | | | Biocomposite 16 Pushlock 4.5 Millimeter | |
| 73 | | | 2005-11-08 Email Sodeika to Benavitz et al. re text for Scope This Out | |
| 74 | | | 2005-11-15 Email Sluss to Sodeika et al. re PushLock demo kit instructions | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 75 | | | 2005-12-14 Email Sodeika to ElAttrache et al. re FW Dr. Guerra's first PushLock SutureBridge double row cuff repair | H, NR, UP |
| 76 | | | 2005-12-23 Email Sodeika to ElAttrache et al re Suture bridge technique | H, NR, UP |
| 77 | | | 2005-12-29 Email Sodeika to Cole et al. re Suture Bridge with PushLock technique | H, NR, UP |
| 78 | | | 2005-12-27 Draft brochure re Suture Bridge Double Row Rotator Cuff Repair Using the Pushlock | NR, UP |
| 79 | | | 2006-01-05 Email Guerra to Sodeika re Suture bridge | H, NR, UP |
| 80 | | | 2006-01-09 Email Sodeika to Cole et al. re FW Contact | H, NR, UP |
| 81 | | | 2007-04-21 Email Sodeika to Dreyfuss et al. re New medical device? | H, NR, UP |
| 82 | | | 2009-08-05 Email Sodeika to Benavitz et al. re KFx Transosseous Equivalent Patent Application | H, NR, UP, SP |
| 83 | | | 2006-01-16 Email Sodeika to R. Schmieding et al re 1st crack at SutureBridge Ad | H, NR |
| 84 | | | 2006-01-19 Email Sodeika Norris et al re FW 1st crack at SutureBridge Ad | H, NR, ILL |
| 85 | | | 2007-11-15 Email Sodeika to Dreyfuss et al re ElAttrache SutureBridge problem | H, NR, UP |
| 86 | | | 2008-03-12 Email Sodeika to Shufelt re Additional info on complaint CA62523 - AR-19268 Eyelet Breakages... | H, NR, UP |
| 87 | | | 2009-04-30 Email Sodeika to Complaints et al. re PushLock Eyelet Complaint | H, NR, UP |
| 88 | | | 2009-05-01 Email Sodeika to Complaints et al. re PushLock Eyelet breakage | H, NR, UP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 89 | | | 2009-05-02 Email Sodeika to Complaints et al. re PushLock Eyelet breakage | H, NR, UP |
| 90 | | | 2009-05-16 Email Sodeika to Complaints et al. re Multiple PushLock Eyelet issues | H, NR, UP |
| 91 | | | 2008-10-09 E mail Sodeika to J. Schmieding re SpeedBridge - Champion | H, NR, UP |
| 94 | | | 2009-02-10 Emil Sodeika to Karnes re FW: Vented Swivelok | H, NR, UP |
| 95 | | | 2009-09-03 Email Karnes to Dooney et al. re Research from KJOC | NR, UP |
| 96 | | | 2011-05-26 Email Sodeika to Hawkins re Lateral Row First | H, NR, UP |
| 98 | | | 2012-08-21 Email Schelter to Sodeika re NSM Live Demo | H, NR, UP |
| 99 | | | 2011-01-21 Email Sodeika to R. Schmieding et al. re Millett SpeedBridge Video Shoot | H, NR, UP, SP |
| 100 | | | PowerPoint: Upper Extremity Excel Training - Sodeika | H, NR |
| 101 | | | 2010-03-04 Email Karnes to Sodeika re Arthrex vs ArthoTunneler | H, NR, ILL |
| 102 | | | 2010-03-04 Email Sodeika to O'Keefe re Arthrex vs ArthoTunneler | H, NR, UP |
| 103 | | | 2007-05-18 Email R. Schmieding to ElAttrache et al. re Fwd Metal-tipped PushLock | H, NR, UP |
| 104 | | | 2008-11-03 Email Sodeika to Augustine re metal swivelock Japan: MPI1176 | H, NR, UP |
| 106 | | | 2009-04-20 Email Wiese to Gemma re Fw Eric Hanson visit | H, NR, UP |
| 107 | | | PowerPoint: 2007-08-14 Shoulder Team Update | H, NR, UP |
| 108 | | | PowerPoint: 2010-09-02 Reinhold's Top Ten Objectives for FY 11 and Beyond | |
| 109 | | | 2009-12-07 Email Stewart to R. Schmieding re AAOS theme thoughts | |
| 110 | | | 2006-03-15 Email R. Schmieding to Ahmad et al. re (no subject) | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 111 | | | 2006-04-17 Email Maas to Benavitz re FW The Inside Out Report | H, UP |
| 112 | | | 2006-12-07 Email R. Schmieding to ElAttrache re Arthrex upper extremity product development | H, UP |
| 113 | | | 2008-12-30 Email R. Schmieding to Stewart re Reinhold's top 20 product priorities for 2009, RM presentation | H, NR |
| 114 | | | 2008-04-12 Email R Schmieding to ElAttrache re FW Tony Romero - SpeedBridge | H |
| 115 | | | 2008-04-18 Email Benavitz to ElAttrache  et al. re next Edition STO | H, UP |
| 116 | | | xxxx-xx-xx Unspecified Sender (Benavitz) to R. Schmieding et al. re Bill Benavitz Annual Review Jan. 18 2011 | H, NR, UP |
| 117 | | | 2012-07-10 Email Benavitz to R. Schmieding et al. re NSM – Agency registrations | H, NR, UP |
| 118 | | | 2004-01-22 Email R. Schmieding to Benavitz et al. re Bio Push Lock | H, NR, UP |
| 119 | | | 2005-04-13 Email Brown/R. Schmieding to K. Anderson et al. re Arthrex | IC, H, UP |
| 120 | | | 2005-05-16 Email Cheek to J. Schmieding re Fw Letter to Dr. ElAttrache | H, NR, UP |
| 121 | | | 2005-11-21 Email Gemma to Stewart re Fw Pacific Regional Bi-Weekly Update – First 2 Weeks of November | H |
| 122 | | | 2005-12-18 Email R. Schmieding to ElAttrache et al. re Suture bridge Surgical Technique Video | H, UP |
| 123 | | | 2006-01-06 Email R. Schmieding  to ElAttrache et al. re Suture bridge action points | H, UP |
| 124 | | | 2006-03-08 Email R. Schmieding to Wyman re Evolution/"ownership" of double row with push-lock | H, UP |
| 125 | | | 2010-08-26 Email R. Schmieding to Baars re Arthrex and Greater China | H, NR |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 127 | | | 2007-01-15 Email R. Schmieding to ElAttrache re SutureBridge competition | H, UP |
| 128 | | | 2007-12-01 Email R. Schmieding to Sodeika et al. re Trans Tendon SutureBridge (SpeedBridge) | H, NR, UP |
| 129 | | | 2011-09-01 Email Mackin to Wardlow et al. re UIHC | H, NR, UP |
| 130 | | | 2004-11-11 Email R. Schmieding to Cottle et al. re Limb Positioner | H, NR, UP, NF |
| 131 | | | 2005-12-30 Email Gemma to Stewart re FW KJOC Arthrex relationship | H, NR, UP |
| 132 | | | 2008-12-01 Email R. Schmieding to Lee at al. re Ross Creek Medical testing of competitive SutureBridge products | H, NR, UP |
| 133 | | | 2008-12-01 Email Lee to R. Schmieding et al.  re Ross Creek Medical testing of competitive SutureBridge products | H, NR, UP |
| 134 | | | 2008-10-20 Email Brown to Gordon@tribemedical.net re Do you have Dr. Ian Lo's email address? | H, NR, UP |
| 135 | | | 2009-07-07 Email R. Schmieding to Burkhart et al. re Ian Lo | H, NR, UP |
| 136 | | | 2009-12-15 Email Burkhart to R. Schmieding re Video | H, NR, UP |
| 137 | | | 2006-03-29 Email R. Schmieding to Kayser et al. re Flights to ATL – return from Charlotte | H, UP |
| 138 | | | 2009-06-18 Email Schelter to R. Schmieding re Dr. Cole | H, NR |
| 139 | | | 2006-06-20 Email Sluss to R. Schmieding et al. re Fiscal year end recognition from Reinhold | H, NR, UP |
| 140 | | | 2007-01-12 Email O'Keefe to R. Schmieding re KFX | H, UP |
| 141 | | | 2012-06-30 Email Shepard to Benavitz re Arthrex upper extremity report | H, UP |
| 143 | | | 2011-05-20 Email Frank to R. Schmieding et al. re Pacific Region update 5.18.11 | H, UP, NR |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 144 | | | 2007-05-02 Email R. Schmieding to Willobee et al re Fw Versalok testing | H, UP |
| 145 | | | 2010-10-01 Agency Termination Agreement – Arthrex and Reliance Surgical | NR, UP, NO, NO |
| 146 | | | 2009-09-10 Email Dreyfuss to Benavitz et al re oh boy | H, NR, UP, E, SP, IO |
| 147 | | | 2009-10-12 Email Baars to Dreyfus et al. re SpeedBridge | H, NR, UP, E, SP, IO |
| 148 | | | 2009-10-12 Email Dreyfuss to Evens et al. re SpeedBridge | H, NR, UP, E, SP, IO |
| 149 | | | 2010-07-29 Email Dreyfuss to Dreyfuss re look for emails dated pre 2004 | UP, H, NR |
| 150 | | | 2005-02-11 Email Dreyfuss to park re Fw Knotless RCR | IC, H, NR, UP |
| 151 | | | 2007-10-24 Email Benavitz to Dreyfuss re new ad campaign 2008 | H |
| 152 | | | 2005-03-07 Email Wyman to ElAttrache re Fw Double knotless technique (pls pass onto Dr. ElAttrache) | H, NR |
| 153 | | | Brochure – Bio-Tenodesis Screw System | |
| 154 | | | Bio-Tenodesis Screw DFU-0063 – new revision 5 (package insert?) | NR, UP |
| 155 | | | Design History File - Bio-absorbable "yoke" for inserting grafts in blind hole for elbow repair | |
| 156 | | | "AR-2324BCM, which is a 4.75 millimeter<br>11 biocomposite SwiveLock self-punching version" | |
| 158 | | | Various ElAttrache documents | NR, UP |
| 159 | | | 2006 Article: Biomechanical Comparison of a Single-Row Versus Double-Row Suture Anchor Technique for Rotator Guff Repair | NR |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 160 | | | 2007 Article: Part l: Footprint contact characteristics for a transosseous-equivalent rotator cuff repair technique compared with a double-row repair technique | |
| 161 | | | 2006 Article: "Transosseous-Equivalent" Rotator cuff Repair Technique | |
| 162 | | | Park, C., et al., “Part II: Biomechanical assessment for a footprint-restoring transosseous-equivalent rotator cuff repair technique compared with a double-row repair technique,” J. Shoulder Elbow Surg., Volume 16, No. 4 | |
| 163 | | | 2004-11-16 Email Dreyfuss to Denove et al re Fw Shoulder study update | H |
| 164 | | | 2005-01-27 Email Holloway to R. Schmieding et al re Fw Shoulder study update | H |
| 165 | | | 2005-12-09 Email Holloway to ElAttrache et al re KJ research | |
| 166 | | | 2004-02-09 Email Cottle to ElAttrache re Ribbed FiberWire & FiberTape | H, NR, UP |
| 167 | | | 2004-05-01 Email R. Schmieding to Dreyfuss et al. re FW knotless Fibertape RC repair | H, NR, UP |
| 168 | | | 2006-01-25 Email Sodeika to Norris et al re SutureBridge technique | H |
| 169 | | | 2007-01-15 Declaration for Patent Application | NR, UP |
| 171 | | | 2005-11-30 Email Cheek to ElAttrache et al re Fw – Requested Info - Confidential | H, NR, UP |
| 172 | | | 2006-09-19 Email ElAttrache to R. Schmieding re No Subject | H, UP |
| 174 | | | 2007-01-15 Email R Schmieding to ElAttrache re SutureBridge competition | H, UP |
| 175 | | | 2006-05-03 Email ElAttrache to Wyman re Fwd Kerlan-Jobe Study | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 176 | | | Spreadsheet: USA Sales for ltems listed January 2009 thru November 2012 | IC, SUP |
| 177 | | | Spreadsheet: Account #/Account name/Item | IC |
| 178 | | | Spreadsheet: USA Sales for ltems Listed January 2009 thru December 2011 | IC |
| 179 | | | Spreadsheet: 2008 Royalties | IC |
| 180 | | | Spreadsheet: Shoulder Royalties | IC, ILL, NR |
| 181 | | | Spreadsheet: Implant sales for Upper Ex, DX, and Knee/Hip with split out for Arthoplasty | IC, ILL, NR |
| 182 | | | Spreadsheet:2012-07-31 Shoulder Team Revenue vs Budget Summary | IC, ILL, NR |
| 183 | | | Spreadsheet:2010-06-30 Shoulder Team Revenue vs Budget Summary | IC, ILL, NR |
| 184 | | | 2011-09-29 Email Hall to L.Vernon@aol.com re Arthrex – PCM sublease information | |
| 185 | | | 2006-08-11 Email J. Schmieding to Soffen re KFx Medical | H, NR, UP |
| 186 | | | 2006-08-23 Email J. Schmieding to Soffen re Pushlock etc. | |
| 187 | | | 2006-09-06 Email J. Schmieding to Soffen re KFX – suture bridge | |
| 188 | | | 2006-09-12 Email Soffen to Fam re SutureBridge | H, NR, UP |
| 189 | | | 2009-08-10 Email Soffen to J. Schmieding et al. re Kerlan Jobe Study (2003-2004) | H, UP |
| 190 | | | 2009-08-10 Email Soffen to J. Schmieding et al re SutureBridge/FiberChain Double Row patent applications | H, NR |
| 191 | | | 2006-10-16 Email Soffen to J Schmieding et al re Suture Bridge Patent Application | H, NR |
| 193 | | | 2009-08-05 Email Benavitz to J. Schmieding et al re Patent applications from KFx Medical | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 194 | | | 2009-08-06 Email J. Schmieding to Benavitz re KFX Transosseous Equivalent Patent Application | H, NR, UP, SP |
| 205 | | | 2006-05-09 Email J. Schmieding to R. Schmieding et al re Romeo and Millett | H, NR, UP |
| 207 | | | 2006-05-10 Email J. Schmieding to Millett re: Millett agreement | H, NR, UP |
| 208 | | | 2008-10-09 Email Sodeika to J. Schmieding re Speed Bridge Champion | H, NR, UP, PRIV |
| 209 | | | 2009-08-10 Email Soffen to J. Schmieding et al re Dr. Millett – Kerlan-Jobe Study | H, NR, UP |
| 210 | | | 2010-08-18 Email J. Schmieding to Millett re Personal & Confidential – Arthrex Royalty Agreement | H, NR, UP |
| 211 | | | 2010-08-19 Email R. Schmieding To J. Schmieding Re Millett | PRIV, H, NR, UP |
| 212 | | | 2010-08-20 Email J. Schmieding to Millett re Personal & Confidential – Arthrex Royalty Agreement | H, NR, UP |
| 213 | | | 2006-04-24 Email J Schmieding to Soffen re FW ElAttrache Email | H |
| 214 | | | 2006-05-03 Email Soffen to J. Schmieding re Thal Patent | H, NR |
| 215 | | | 2006-10-18 Email J. Schmieding to Wyman et al re SutureBridge | H |
| 217 | | | 2007-01-15 Email Soffen to Wyman et al re Suture Bridge & Double Row Fixation with Suture Chain | H, NR |
| 235 | | | 2006-05-15 Email Benavitz to Cooley FWD Southern Update | H, SP |
| 236 | | | 2006-09-14 Email Benavitz to Holter et al RE: Pushlock Revenue | H, UP, SP |
| 237 | | | 2007-06-26 Email Benavitz to R. Schmieding RE: For your review | H, UP, SP |
| 238 | | | 2009-08-25 Email Stewart to Cheek and Holter FW: Shoulder Anchors | H, IC, NR, UP, SP |
| 239 | | | 2011-07-23 Email Denove to Grieff et al FWD Weekly update | H, UP, SP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 240 | | | 2011-08-24 Email Stewart to Cheek and Holter re FWD iData | H, NR, SP, IC |
| 241 | | | 2011-09-12 Email Stewart to Mackin et al re Conference Call, Monday September 12th, 8:00 CENTRAL | H, NR |
| 242 | | | 2012-07-10 Email Laville to R. Schmieding et al re: SOS in house studies | H, NR, UP |
| 243 | | | 2012-05-30 Email Stewart to O'Keefe re Fellows Forum Response | H, NR, UP |
| 244 | | | 2012-07-05 Email K. Schmieding to Hudnell and Winder re Sales and Selling l0l script | H, NR, UP |
| 245 | | | USA Sales for ltems Listed January 2009 thru November 2012 | SUP |
| 246 | | | 2009-07-15 Email Holter to Oeschger re Giveaways | H, NR |
| 247 | | | Royalty information | IC |
| 248 | | | Royalty information | IC |
| 249 | | | 2005-11-30 Email Cheek to ElAttrache and J. Schmieding re Fw: Requested info - Confidential | H, NR, UP |
| 250 | | | 2007-09-04 Email Benavitz to Cheek re Chelsea/Dr. Williams | H, NR |
| 251 | | | 2009-04-20 Email Price to Cheek re FW: Pacific Regional Update 4-19-09 | H, NR |
| 252 | | | 2009-04-02 Email Cheek to Holter re FW: Revenue Update | H, NR |
| 255 | | | All documents in Greenleaf production | Exhibit provided does not match description on list |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 256 | | | 2007-05-17 [241] Opinion and Order re Summary Judgment in *Smith & Nephew and Hayhurst v. Arthrex* | Exhibit provided does not match description on list |
| 257 | | | Draft: Operative Technique – Arthrex Bio-tenodesis Screw, Knotless Rotator Cuff Anchor | Exhibit provided does not match description on list |
| 317 | | | 2011-12-01 Plaintiff's Preliminary Infringement Contentions | |
| 428 | | | 2003-09-12 Email Guanche to Wyman re March 22 shoulder repair lab | |
| 434 | | | PowerPoint – New Techniques in Rotator Cuff Repair - Guanche | |
| 456 | | | Fall 2003 Scope This Out | |
| 459 | | | VIDEO | |
| 460 | | | VIDEO | |
| 461 | | | VIDEO | |
| 463 | | | 2008-04-11 Email Obrect to Sodeika re Burkhart Visit Summary | H |
| 464 | | | 2008-04-10 Email Obrect to R. Schmieding  Fwd Scorpion Website | H |
| 465 | | | 2011-06-13 Email Powell to Rattray re Tightening Distal Row Suturebridge | H, UP |
| 466 | | | 2010-05-26 Sales bulletin – Single row v. double row | H, UP |
| 468 | | | Arthrex brochures - Biotenodesis screw system | |
| 469 | | | VIDEO | |
| 472 | | | Arthrex Regulatory Memo to File re SwiveLock Anchor Devices | UP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 476 | | | 2004-04-12 Email Holloway to Serntri@aol.com re double row rotator cuff repair | H, NR, UP |
| 479 | | | Design Development Process - Threaded RTC Anchor with Forked Tip | NR, UP |
| 481 | | | 2010 Bisson Article: Which Method of Rotator Cuff Repair Leads to the Highest Rate of Structural Healing? | H, IC, NR |
| 482 | | | 2010-04-21 Sales bulletin – Vented BioComposite SwiveLock | NR, UP |
| 483 | | | 2012-01-24 Email Stock to Benavitz re Orthoflash Update | H, UP |
| 484 | | | 2012-01-24 Email Maas to Sodeika et al re Orthoflash Update | H, UP |
| 485 | | | 2012-01-24 Email Orthoflash to Price re Orthoflash Update | |
| 486 | | | PowerPoint slide - Arthrex Peek & Bio-Pushlock Bankart Repair Surgical Technique | |
| 488 | | | 2010-11-22 Email from Tom Dooney To Stefan Krupp re FiberWire Articles – Attached article: Glove Tears During Arthroscopic Shoulder Surgery Using Solid-Core Suture, Arthroscopy: The Journal of Arthroscopic and Related Surgery, Vol. 23, No. 1 (January) 2007: pp 51-56, Kaplan, et al. | IC, H, NR, PK |
| 489 | | | Mechanical and handling Properties of Braided Polyblend Polyethylel Suture in Comparison to Braided Polyester and Monofilament Ploydioxanone Sutures, Arthroscopy: The Journal of Arthroscopic and Related Surgery, Vol. 22, No. 11 (November) 2007: pp1146-1153, Wüst, et al | IC, H, NR, PK |
| 490 | | | Arthrex Sales Bulletin, 01/19/2007, Number UE208, Subject: Mechanical and handling Properties of Suture | NR, UP, PK |
| 491 | | | 2009-03-11 Email from John Sodeika To Reinhold Schmieding Cc Bill Benavitz re: Rotator cuff 3T MRI study | H |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 492 | | | SutureBridge Sales Bulletin 03/30/2006 UEXXX, SutureBridge Technique for Double Row Rotator Cuff Repair | |
| 494 | | | 2007-03-22 Email from Karen Koetsch-Salgado To Patti Gilmore re: 5.5 mm Swivelock C (with closed eyelet); AR-2323BSLC | H, UP |
| 495 | | | 2007-10-05 Email from Bill Benavitz To Shoulderelbowdoc@aol.com Cc Reinhold Schmieding, Frank Maas, Peter Dreyfuss re: Arthrex Shoulder Proliferation | H |
| 496 | | | Native video (MP4)Arthrex Speed Bridge, James Guerra, M.D. – Naples, FL | UP |
| 498 | | | Native video (WMV) Arthrex Medical Education, Suture Bridge Rotator Cuff Repair with the Pushlock Anchor, Naples-Wetlab December 7, 2005 | |
| 499 | | | Native video (WMV), Arthrex – How to demo the SpeedBridge 2010 AAOS | |
| 500 | | | Research Request dated 02/14/2005, Ref. PRF-7.3.5-7 – Study, KJOC Double Row RC Repair, Investigator Neal ElAttrache, M.D., David Kim, M.D. | |
| 502 | | | 2008-07-15 Email from John Sodeika To Regional Managers, Intl Regional Managers, Cc Team Upper Extremity, Reinhold Schmieding, Andy Stewart, International Product Managers re: SwiveLock C insertion pearls | H, NF, E |
| 502A | | | Attachment: Native video showing good and bad insertion of anchor body | H, NF, E |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 503 | | | 2008-08-06 Email from Jodie Giancaterino To Team Upper Extremity, Regional Managers, Intl Regional Managers, Cc Customer Service, Reinhold Schmieding, Sandy Landry re: SwiveLock Update Sales Bulletin UE264<br>Attachment: Arthrex Sales Bulletin 08/05/2008 UE264 SwiveLock Update AR-2324PTB | H |
| 504 | | | 2007-10-16 Email from Bill Benavitz To Reinhold Schmieding, US Regional Managers re: PushLock SP | H, UP |
| 504A | | | Attachment: Native Video (WMV) PushLock SP Demo | |
| 505 | | | 2006-10-20 Email from Reinhold Schmieding To Ashley Holloway Cc John Sodeika, Peter Dreyfuss, Bill Benavitz, John Schmieding re: KJOC Proposal | H, NR |
| 506 | | | 2006-05-27 Email from Reinhold Schmieding To Coleman McDevitt, US Regional Managers, Assistant Regional Managers re: MidAtlantic ARM 05/26/006 | H, NR, UP |
| 507 | | | 05/04/2006 Email from Reinhold Schmieding To Ashley Holloway re: MOON Shoulder Research plan | H |
| 508 | | | 2006-04-23 Email from Reinhold Schmieding To Jim Holland Cc Andy Stewart re: Southern Region Update 4/23 | H |
| 510 | | | 2006-04-30 Email from Phil O'Quinn To Kevin Price, Andy Stewart re: Western Region 4-29 | H |
| 511 | | | 2006-05-17 Email from Peggy Cooley To Reinhold Schmieding re: Southern Update | H |
| 512 | | | 2006-07-31 Email from John Sodeika To Paul Mackin Cc Bill Benavitz, Reinhold Schmieding, Assistant Regional Managers, Regional Managers re: MidwestUpdate | H, UP, NR |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 513 | | | 2010-02-10 Email from Bill Benavitz To Bernhard Rager Cc John Sodeika re: WG: Inquiry about Knot impingement after rotator cuff repair | H |
| 514 | | | Arthroscopic Rotator Cuff Repair: An Anatomic and Biomechanical Rationale for Different Suture-Anchor Repair Configurations, Arthroscopy: The Journal of Arthroscopic and Related Surgery, Vol. 23, No. 6 (June) 2007: pp662-669,Cole, et al. | |
| 515 | | | 2006-08-25 Email from Bill Benavitz To Carlos Guanche, MD re: Double Row talk | H, NR, UP |
| 516 | | | 2007-10-09 Email from John Sodeika To Chris Gemma, Craig Bussiere, Robert Berry, James Saylor re: PushLock SP | H, IC |
| 516A | | | Attachment: Native video (WMV) Load PushLock SP | UP |
| 517 | | | 2007-10-30 Email from John Sodeika To Craig Bussiere re: West Kendall PushLock SP Cases | IC, H |
| 518 | | | Slide - PushLock SP – SutureBridge Lateral Row | IC |
| 519 | | | The Arthrex High Five – Second Edition, Agency and Sales Representative Performance (FY 07 Third Quarter) | UP, SP |
| 520 | | | 2006-07-16 Email from James Bradley (Orthopedics) To Reinhold Schmieding re: total hip recommendation | H, UP |
| 521 | | | Which Methods of Rotator Cuff Repair Leads to the Highest Rate of Structural Healing: A systematic Review, The American Journal of Sports Medicine, Vol. 38, No. 4, pp. 835-841, Duquin, et al. | |
| 522 | | | Tendon-Bone Interface Motion in Transosseous Suture and Suture Anchor Rotator Cuff Repair Techniques, The American Journal of Sports Medicine, Vol. 33, No. 11, pp. 1667-1671, Ahmad, et al. | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 523 | | | A Prospective Randomization Clinical Trial Comparing Arthroscopic Single – and Double-Row Rotator Cuff Repair, The American Journal of Sports Medicine, Vol. 37, No. 4, pp. 674-682,Burks, et al. | |
| 525 | | | Native video (WMV) Suture Bridge Rotator Cuff Repair Featuring the PushLock Anchor, Neal S. ElAttrache, M.D. | |
| 526 | | | 2009-08-13 Deposition Transcript of Peter J. Dreyfuss (Orthopro v. Arthrex, Northern Dist. Of TX 08-cv-1315) | H, NR, UP |
| 527 | | | 2005-05-11 Letter from Sally Foust (Arthrex) to FDA re: Special 510(k) Pre-Market Notification: Arthrex PushLock to K000506 | |
| 529 | | | 2008-06-20 Arthrex Regulatory Memo-to-File: K061863, Subject: Assessment of decision NOT to submit a U.S. premarket notification, 510(k), for the following device(s)/ Product Number(s)<br>Device: AR-2324BSLM \| 4.75 mm Bio-SwiveLock Self-Punching | UP, NR |
| 530 | | | 2010-11-02 Arthrex Regulatory Memo-To-File: K061863, Subject Assessment of decision NOT to submit a U.S. premarket notification, 510(k), for the following device(s)/ Product Number(s)<br>Device:AR-1662BC \| BioComposite SwiveLock (6.25 x 19.1 mm) | UP, NR, ILL |
| 531 | | | 2010-06-25 Letter from Sally Foust (Arthrex) to FDA re: 510(k) Pre-Market Notification: Arthrex SwiveLock Anchors | UP, NR |
| 532 | | | File History for Ex Parte Reexamination of U.S. Patent 7,585,311 | |
| 533 | | | Utility Application 11/143007 | |
| 534 | | | Provisional Application for Patent 06/576477 | |
| 535 | | | Certification and Request for Prioritized Examination (Track 1) – System and Method for Attaching Soft Tissue to Bone | |
| 536 | | | Native video (MP4) SpeedBridge Rotator Cuff Repair – Cadaver Demonstration, Stephen S. Burkhart, M.D., Fellowship Forum, Naples, FL - June 2010 | A |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 537 | | | Native video (MP4) Arthroscopic Rotator Cuff Repair, Utilizing Arthroflex Augmentation, Peter Millett, M.D. | A |
| 538 | | | Native video (MP4) SpeedBridge Rotator Cuff Repair with Medial Double Pulley, Stephen S. Burkhart, M.D. | UP, A |
| 539 | | | Native video (MP4) Arthroscopic SpeedBridge Double Row Rotor Cuff Repair, Peter Millett | UP, A |
| 540 | | | Native video (MP4) PASTA SutureBridge, Stephen S. Burkhard, M.D. | UP, A |
| 541 | | | Evolution of Rotator Cuff Repair Techniques: Are our Patients Really Benefiting?, AAOS Instructional Course Lectures, Vol. 60, pp 123-136, Provencher, et al | NR |
| 542 | | | Total cost and operating room time comparison of rotator cuff repair techniques at low, intermediate, and high volume centers: Mini-open versus all-arthroscopic, J. Shoulder Elbow Surg. (2010) 19, 716-721, Churchill, et al. | NR |
| 543 | | | Press Release, Tornier Expands Sport Medicine Franchise with T.A.G. Medical Products Partnership, Edina, Minnesota-May 14, 2009 | NR, A |
| 544 | | | Early Postoperative Outcomes Between Arthroscopic and Mini-open Repair for Rotator Cuff Tears, Orthopedics, Sept. 2012, Volume 35, No. 9 Cho, et al | NR |
| 545 | | | Ghodadra, et al., "Open, Mini-open, and All Arthroscopic Rotator Cuff Repair Surgery: Indications and Implications for Rehabilitation," J. Orthopedic & Sports Physical Therapy, Vol. 39, No. 2, Feb. 2009, pp. 81-89, A1-A6, | NR |
| 546 | | | Prospective randomized comparison of arthroscopic versus mini-open rotator cuff repair of the supraspinatus tendon, Int. Orthop. 2011 Nov., 35(11): 1663-1670, Kasten, et al | NR, A |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 547 | | | A Biomechanical Comparison of Transosseous-Suture Anchor and Suture Bridge Rotator Cuff Repair in Cadavers, Am J Sport Med. 2009 37: 1991-1995, Bisson, et al | NR |
| 548 | | | Triple-Loaded Singel-Anchor Stitch Configurations: An Analysis of Cyclically Loading Suture-Tendon Interface Security, Arthroscopy, Vol. 22, No. 11 (Nov.) 2006: pp 1154-1158, Coons, et al. | NR |
| 549 | | | Letters to the Editor, J. Arthro., Regarding Biomechanical Advantages of Triple-loading Suture Anchors, 2010.05.009, Park, et al. | NR |
| 550 | | | Arthroscopic Versus Mini-open Rotator Cuff Repair, A Comprehensive Review and Meta-analysis, American Orthopedic Society for Sport Medicine, Vol. 36, No. 9, Morse, et al. | NR |
| 551 | | | Jan. 14, 2004, 510(k) Summary, K032245 | A, IC |
| 552 | | | June 29, 2005, Section IX. 510(k) Summary of Safety and Effectiveness, Arthrex PushLock, K051219 | A, UP, IC |
| 553 | | | Jan. 7, 2011, 3 510(k) Summary of Safety and Effectiveness, re: K101823, Arthrex Swivelock Anchors | A, UP, IC |
| 554 | | | Stedman's Medical Dictionary, 28th Ed. Page 76 | NR, H, A |
| 561 | | | Native video (MP4) Arthroscopic Double Row Rotator Cuff Repair Featuring the SutureBridge Technique with BioCorkscrew FT PushLock Anchors | UP, A |
| 562 | | | Web Page Arthrex – SpeedBridge Implant System available at: http://www.arthrex.com/shoulder/speedbridge-implant-system | |
| 563 | | | 2001-05-23 510(k) Summary (4. Please amend our 510(k) summary to include a full statement of intended use.) Arthrex Bio-Tenodesis Screw Arthrex Bio-Tenodesis Screw System | A, UP, NR |
| 564 | | | Brochure – Arthrex Bio-Tenodesis Screw System 2011 | NR, UP, A |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 566 | | | Brochure - Arthrex Arthroscopic diagnosis and repair of Partial-Thickness Rotator Cuff Tears using the PASTA Depth Guide – Surgical Technique | NR, UP, A |
| 583 | | | 2011-12-16 Email J. Schmieding to Burkhart re Early rotator cuff repairs | H |
| 588 | | | PushLock SP Animation | A, UP |
| 589 | | | SpeedBridge Animation from Arthrex website | A, UP |
| 590 | | | SpeedBridge Animation 2 from Arthrex website | A, UP |
| 591 | | | Greenleaf "ElAttrache" demo (specifically the close up 1 and 3) | |
| 592 | | | Curriculum Vitae of Jonathan B. Ticker | |
| 600 | | | Exhibit 1: Curriculum Vitae of George Strong, Jr. | |
| 601 | | | Exhibit 2: Documents Considered by George G. Strong, Jr. | |
| 602 | | | Exhibit 3: U.S. Arthroscopic Devices and Soft Tissue Repair Markets Actual and Estimated Market Value and Growth Rates | |
| 603 | | | Exhibit 4: U.S. Rotator Cuff Repair Market Actual and Estimated Number of Procedures | |
| 604 | | | Exhibit 5: U.S. Rotator Cuff Repair Market Actual and Estimated Market Value by Segment | |
| 605 | | | Exhibit 6: Summary of Data for 3.5mm, 4.5mm, and 5.5mm PushLock Anchors: September 2009 – December 2012 | |
| 606 | | | Exhibit 7: Monthly Average Sales Price and Monthly Profit Margin Percentage for PushLock Anchors by Size: September 2009 – December 2012 | |
| 607 | | | Exhibit 8: Monthly Average Sales Price and Monthly Profit Margin Percentage for PushLock Anchors by Material: September 2009 – December 2012 | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 608 | | | Exhibit 9: Summary of Data for 4.5mm, 5.5mm, and 6.5mm Corkscrew Anchors: September 2009 – December 2012 | |
| 609 | | | Exhibit 10: Monthly Sales for 3.5mm, 4.5mm, and 5.5mm PushLock Anchors and 4.75mm and 5.5mm SwiveLock Anchors: August 2005 – July 2012 | |
| 610 | | | Exhibit 11: Summary of Data for 4.75mm and 5.5mm SwiveLock Anchors and Suture: September 2009 – December 2012 | |
| 611 | | | Exhibit 12: Monthly Average Sales Price and Monthly Profit Margin Percentage for SwiveLock Anchors by Size: September 2009 – December 2012 | |
| 612 | | | Exhibit 13: Monthly Average Sales Price and Monthly Profit Margin Percentage for SwiveLock Anchors by Material: September 2009 – December 2012 | |
| 613 | | | Exhibit 14: Summary of Data for Instruments Usable When Performing SutureBridge and SpeedBridge Procedures: September 2009 – December 2012 | |
| 614 | | | Exhibit 15: Description of SutureBridge and SpeedBridge Kits | |
| 615 | | | Exhibit 16: Summary of Data for SutureBridge and SpeedBridge Kits September 2009 – December 2012 | |
| 616 | | | Exhibit A-3: Methodology 1: Estimation of Number of Anchors Used in SutureBridge Procedures | |
| 617 | | | Exhibit A-2: Estimated Quantity of Anchors Used in SutureBridge and SpeedBridge Procedures: 9/9/09 – 12/31/12 | |
| 618 | | | Exhibit A-3: Methodology 1: Estimated Quantity of Anchors Used in SutureBridge Procedures | |
| 619 | | | Exhibit A-4: Methodologies 1 and 2: Estimation of Number of Anchors Used in SpeedBridge Procedures | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 620 | | | Exhibit A-5: Methodology 1: Estimated Quantity of Anchors Used in SpeedBridge Procedures | |
| 621 | | | Exhibit A-6: Estimated Use of SwiveLock Anchors According to Arthrex Sales Representatives | |
| 622 | | | Exhibit A-7: Regression Results: January 2009 – December 2012 | |
| 623 | | | Exhibit A-8: Methodology 2: Estimation of Number of Anchors Used in SutureBridge Procedures | |
| 624 | | | Exhibit A-9: Methodology 2: Estimated Quantity of Anchors Used in SutureBridge Procedures | |
| 625 | | | Exhibit A-10: Methodology 2: Estimated Quantity of Anchors Used in SpeedBridge Procedures | |
| 626 | | | Exhibit A-11: Methodology 3: Estimation of Number of Anchors Used in SutureBridge Procedures | |
| 627 | | | Exhibit A-12: Methodology 3: Estimated Quantity of Anchors Used in SutureBridge Procedures | |
| 628 | | | Exhibit A-13: Methodology 3: Estimated Quantity of Anchors Used in SpeedBridge Procedures | |
| 629 | | | Exhibit A-14: Methodology 1: Estimated Number of SutureBridge and SpeedBridge Procedures Performed; 9/09/09 – 12/31/12 | |
| 630 | | | Exhibit A-15: Methodology 2: Estimated Number of SutureBridge and SpeedBridge Procedures Performed; 9/09/09 – 12/31/12 | |
| 631 | | | Exhibit A-16: Methodology 3: Estimated Number of SutureBridge and SpeedBridge Procedures Performed; 9/09/09 – 12/31/12 | |
| 632 | | | Exhibit B-1: Methodology A: Incremental Profit Earned Due to Infringement Infringing Period: 9/9/09 – 12/31/12 | |
| 633 | | | Exhibit B-2: Methodology B: Incremental Profit Earned Due to Infringement Infringing Period: 9/9/09 – 12/31/12 | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 634 | | | Exhibit B-3: Estimated Non-Infringing Procedures Using Dr. Ticker's Report | |
| 635 | | | Exhibit B-4: Relative Frequency of Non-Infringing Procedures Based on Dr. Ticker's Report | |
| 636 | | | Exhibit B-5: Products Used in Non-Infringing Procedures | |
| 637 | | | Exhibit B-6: Determination of Products Used in Non-Infringing Procedures for Each SutureBridge and SpeedBridge Procedure | |
| 638 | | | Exhibit B-7: Scenario 1A: Incremental Profit Earned Due to Infringement with SutureBridge | |
| 639 | | | Exhibit B-8: Scenario 1A: Incremental Profit Earned Due to Infringement with SpeedBridge | |
| 640 | | | Exhibit B-9: Scenario 2A: Incremental Profit Earned Due to Infringement with SutureBridge | |
| 641 | | | Exhibit B-10: Scenario 2A: Incremental Profit Earned Due to Infringement with SpeedBridge | |
| 642 | | | Exhibit B-11: Scenario 3A: Incremental Profit Earned Due to Infringement with SutureBridge | |
| 643 | | | Exhibit B-12v2: Scenario 3A: Incremental Profit Earned Due to Infringement with SpeedBridge | |
| 644 | | | Exhibit B-13: Equal Probability of Non-Infringing Procedure | |
| 645 | | | Exhibit B-14: Scenario 1B: Incremental Profit Earned Due to Infringement with SutureBridge | |
| 646 | | | Exhibit B-15: Scenario 1B: Incremental Profit Earned Due to Infringement with SpeedBridge | |
| 647 | | | Exhibit B-16: Scenario 2B: Incremental Profit Earned Due to Infringement with SutureBridge | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 648 | | | Exhibit B-17: Scenario 2B: Incremental Profit Earned Due to Infringement with SpeedBridge | |
| 649 | | | Exhibit B-18: Scenario 3B: Incremental Profit Earned Due to Infringement with SutureBridge | |
| 650 | | | Exhibit B-19v2: Scenario 3B: Incremental Profit Earned Due to Infringement with SpeedBridge | |
| 651 | | | "Fulfilling the Need for Precision and Speed: Rotator Cuff Repair," Arthrex Inc., 2011, available at http://www.arthrex.com/shoulder/speedbridge-double-row-technique | NTP |
| 652 | | | "SpeedFix Single Row Technique," available at http://www.arthrex.com/shoulder/speedfix-single-row-technique | NTP |
| 653 | | | "SutureBridge Double Row Rotator Cuff Repair, Surgical Technique," available at Arthrex Inc., December 6, 2010 | NTP |
| 654 | | | "SutureBridge Products," available at http://www.arthrex.com/shoulder/suturebridge-doublerow-technique/products | NTP |
| 655 | | | "The Next Generation in Shoulder Repair Technology" brochure, January 24, 2012, available at http://www.arthrex.com/shoulder/speedbridge-double-row-technique | NTP |
| 656 | | | Arthrex Surgical Technique Brochure, "SpeedBridge and SpeedFix Knotless Rotator Cuff Repair using the SwiveLock C and FiberTape," November 4, 2010, available at http://www.arthrex.com/shoulder/speedbridge-doublerow-technique | NTP |
| 657 | | | Neal S. ElAttrache, et al., "A watertight construct in arthroscopic rotator cuff repair," Journal of Shoulder and Elbow Surgery, May 2012, Vol. 21, Issue 5, Pages 589-596 | NR, UP, NTP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 659 | | | PushLock webpage, available at http://www.arthrex.com/shoulder/pushlock | NTP |
| 660 | | | Rotator Cuff Repair: SpeedBridge vs. Standard SutureBridge, Arthrex Research and Development, March 1, 2008, available at http://www.arthrex.com/shoulder/suturebridge-double-row-technique/resources | A, PK, NTP |
| 661 | | | 2008-06-11 [489] Verdict in Smith & Nephew, Inc. and John O. Hayhurst, M.D., v. Arthrex, Inc. | NR, UP, NTP |
| 662 | | | Smith & Nephew, Inc. v. Arthrex, Inc., 355 Fed. Appx. 384 (Fed. Cir. 2009) | NR, UP, NTP |
| 663 | | | Stephen S. Burkhart and Brian J. Cole, “Bridging Self-Reinforcing Double-Row Rotator Cuff Repair: We Really Are Doing Better,” Arthroscopy: The Journal of Arthroscopic and Related Surgery, May 2010, Vol. 26, Issue 5 | NR, UP, NTP |
| 664 | | | Suketu Vaishnav and Peter J. Millett, “Arthroscopic rotator cuff repair: Scientific rationale, surgical technique, and early clinical and functional results of a knotless self-reinforcing double-row rotator cuff repair system,” Journal of Shoulder and Elbow Surgery, March 2010, Vol. 19, Issue 2, Supplement, Pages 83-90 | NR, UP, NTP |
| 665 | | | Sales Bulletin for SpeedBridge, December 20, 2007 | |
| 666 | | | SutureBridge Sales Bulletin, April 10, 2006 | |
| 667 | | | “U.S. Market for Arthroscopic Devices,” iData Research Inc., October 2006 | |
| 668 | | | U.S. Markets for Arthroscopy Products, Medtech Insight, December 2005 | |
| 669 | | | Sales Bulletin, SwiveLock Update, August 5, 2008 | UP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 670 | | | The Arthrex High Five – Second Edition: Agency and Sales Representative Performance (FY 07 Third Quarter), | NR |
| 671 | | | SwiveLock Technology Update, 2011 | |
| 672 | | | "U.S. Market for Arthroscopic Devices & Orthopedic Soft Tissue Repair," iData Research Inc., August 2011 | |
| 673 | | | 2011-05-26 Email from Jon Sodeika to Dave Hawkins re: Lateral Row First, | |
| 674 | | | iData Research Report, "U.S. Market for Arthroscopic Devices" August 2008 | |
| 676 | | | 2006-05-01 Email from Reinhold Schmeiding to Brian Cole, et al. re: PushLock Revenue | H, UP |
| 678 | | | 2008-10-23 Opinion and Order re Plaintiffs' Motion for Treble Damages: Motion for Exceptional Case Attorney Fees, Smith & Nephew v. Arthrex, United States District Court, District of Oregon, Case No. CV 04-29-MO | UP, NR, NTP |
| 680 | | | Regional Manager Meeting Upper Extremity Review, January 19, 2010 | UP, NR |
| 681 | | | Upper Extremity Update Presentation, March 2, 2012 | NR |
| 682 | | | Expert Report on Damages, Richard B. Troxel, May 19, 2006 | H, NR, UP |
| 683 | | | Arthrex U.S.A. Product Catalog, April 15, 2010 | NR |
| 685 | | | 2008-05-22 Email from Bill Benavitz to Reinhold Schmeiding re: How things going with Glaser? | H, UP, NR |
| 686 | | | 2006-05-25 Email from Andy Stewart to Bart Kayser, et al. re: PushLock Sales YTD | H, UP |
| 687 | | | 2006-08-26 John Sodeika to US_Regional_Managers, et al. re: Dr. Stephen Burkhart SpeedBridge Cadaver Demonstration Video | H, UP, NR |
| 688 | | | Native Excel File: Shoulder Sales History, June 30, 2012 | |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 689 | | | 2010-04-06 Email from John Sodeika to Bunmoku Tei, et al. re: The market information of suture anchors by type in rotator cuff repairs outside of Japan | H, UP |
| 692 | | | 2008-08-28 Email from Scott M. Vanderbeck to John Sodeika re: SpeedBridge Kit | H, UP |
| 693 | | | "USA Sales for Items Listed by Customer January 2009 thru November 2012," Arthrex | |
| 694 | | | United States Sales for Items Listed January 2009 through December 2012 with related expenses, Arthrex, February 22, 2013 | |
| 695 | | | "Business Plan," 3iMedical Corporation, August 2004 | |
| 696 | | | KFx Medical Corporation, Executive Summary (DRAFT), February 2009 | |
| 697 | | | "Executive Summary," KFx Medical Corporation | |
| 698 | | | SutureCross Sales Data | |
| 700 | | | Exhibit F to Expert Report of Jonathan B. Ticker, M.D. | H |
| 701 | | | 2011-08-11 Email from Matthew Waldrip to John Sodeika re: SpeedFix | H, UP |
| 702 | | | U.S. Market for Arthroscopic Devices and Soft Tissue Repair, iData Research Report, September 2010 | |
| 703 | | | Registration Submission for SwiveLock Anchors Family, April 12, 2011 | UP |
| 704 | | | Sales Bulletin, BioComposite SwiveLock with FiberTape Loop, November 24, 2010 | UP |
| 705 | | | 2011-08-12 Email from Jason Boulware to John Sodeika, re: Kairos (other half of Boston and Western MA) | H, E, SP, UP, IC, NR |
| 706 | | | 2011-08-12 Email from Jason Boulware to John Sodeika, re: Medsource SwiveLocks | H, E, SP, UP |
| 707 | | | Basic Econometrics, Second Edition, 1988, Damodar Gujarati | IC, NTP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 710 | | | 2011-08-12 Email Boulware to Sodeika re Fw: Question from Naples!? | H, E, SP, UP |
| 711 | | | 2011-08-12 Email Evans to Sodeika re SpeedFix | H, E, SP, UP |
| 712 | | | 2011-08-12 Email Boulware to Sodeika re Fw: Question from Naples [attaching spreadsheet with poll results] | H, E, SP, UP |
| 713 | | | Items and Descriptions (spreadsheet) | NF, IC |
| 714 | | | Brochure “Arthrex is Reaching New Heights in Rotator Cuff Repair” | |
| 715 | | | The Fully Threaded Family of Soft Tissue Repair Anchors | A, NR, NTP |
| 716 | | | Native Excel: June 2006 Shoulder Revenue Book | NF |
| 718 | | | July 2012 Shoulder Revenue (spreadsheet) | IC, H |
| 719 | | | 2011-08-11 Email Lyons to Sodeika re SwiveLock Guess | H, E, SP, UP |
| 720 | | | 2011-08-11 Email Wiese to Sodeika re Wild Guess | H, E, SP, UP |
| 722 | | | 2009-07-16 SutureCross Double Row Fixation Surgical Technique | |
| 723 | | | Arthrex brochure: Double Row Rotator Cuff Repair | |
| 724 | | | Arthrex brochure: Labral SwiveLock | |
| 725 | | | 2011-09-21 Certification And Request For Prioritized Examination (System And Method For Attaching Soft Tissue To Bone) | |
| 726 | | | 2008-09-18 Product Availability | |
| 727 | | | 2004-09-17 Provisional Application For Patent Attachment: Means To Secure Soft Tissue to Rigid Material | |
| 728 | | | PowerPoint presentation | |
| 729 | | | U.S. Patent No. 5,891,168 (Thal) | |
| 730 | | | U.S. Patent No. 5,569,306 (Thal) | |
| 731 | | | U.S. Patent No. 5,634,926 (Jobe) | |
| 732 | | | Speedbridge 1 Screenshot – PDF of Screenshot from Five Corners. | NTP, A |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 733 | | | Speedbridge 2 Screenshot – PDF of Screenshot from Five Corners. | NTP, A |
| 734 | | | Suturebridge Screenshot – PDF of Screenshot from Five Corners. | NTP, A |
| 736 | | | 2006-05-08 Email Tim Hoover to many re Southern Region Update 5/7 | H |
| 737 | | | 2006-06-19 Email Reinhold to Dennis O'Keefe re Northeast RM Field Report June 11-17 | H |
| 738 | | | "Knotless Rotator Cuff Repair in an External Rotation Model: The Importance of Medial-Row Horizontal Mattress Sutures," Kevin Kaplan et al, Arthroscopy, 27:4 at 471-8 (April, 2011). | |
| 739 | | | 2005-04-09 Arthrex testing | H, NR, UP |
| 740 | | | Royalty Agreement Millett | |
| 741 | | | 2005-10-18 Email Sodeika to Waterhouse, Cottle, Dreyfuss Re: This is what I was talking about" | IC, H, NR |
| 742 | | | 2005-10-12 Email Dreyfuss with suggestions for PushLock technique with attachments | IC, H, NR |
| 743 | | | 2005-10-14 Benavitz approval of PL Sales Bulletin | IC, H, NR |
| 744 | | | DHF Titanium SwiveLock | |
| 745 | | | 2007-07-20 Email Coleman McDevitt to Field Reviewers | H, UP |
| 746 | | | 2011-08-25 email with Arthrex Sales ebulletin | |
| 747 | | | "A Biomechanical Analysis of Point of Failure During  Lateral-Row Tensioning in Transosseous-Equivalent Rotator  Cuff Repair," Brian D. Dierckman, et al, Arthroscopy. (January 2012) | UP |
| 748 | | | 2005-12-22 Email Sodeika to various re Scorpion question | H |
| 749 | | | PowerPoint presentation re Arthroscopic Rotator Cuff Repair | H, NR |
| 750 | | | 2011-04-28 Sales Bulletin Achilles SpeedBridge Distal Row Insertion Tips and Pearls | UP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 751 | | | 2005-11-15 Email Reinhold Schmieding to Brian Cole | H, UP |
| 754 | | | 2008-02-06 Email O'Keefe re SutureBridge articles | H, UP |
| 755 | | | 2009-05-18 Email Albertorio to Sluss, Hoover, Jolly re 2009 Q3 Sales Bulletins | H, UP |
| 756 | | | 2009-03-10 Email Schelter to Sodeika Re 3T MRI | H, UP |
| 757 | | | 2006-03-29 Board of Director meeting | ILL |
| 758 | | | 2011-03-14 Email string between Powell and Baron re Achilles SpeedBridge case - Delacruz | H |
| 761 | | | Arthrex Distal Extremities Anchor Reference Chart | NR |
| 762 | | | 2010-01-21 Email from Landry to Schmieding forwarding email from Cheek re iData Preliminary Market Figures 2009 Base Year – soft tissue devices | NF, H |
| 762A | | | Excel file: iData Preliminary Market Figures 2009 Base Year – soft tissue devices | NF, H |
| 763 | | | 2008-05-21 Email Sodeika to Dreyfuss, Naik, Custodio, Benavitz regarding eyelet failure | H, NR |
| 764 | | | Maguire et al, "Biomechanical evaluation of four different transosseous-equivalent/suture bridge rotator cuff repairs," Knee Surg Sports Traumatol Arthrosc, published online February 24, 2011. | NTP, NR, A |
| 765 | | | Sethi et al., Repair results of 2-tendon rotator cuff tears utilizing the transosseous equivalent technique, J Shoulder Elbow Surg (2010) 19, 1210-1217 | NTP, NR, A |
| 766 | | | Achilles Insertional Tendionopathy, http://www.arthrex.com/foot-ankle/achilles-insertional-tendinopathy | NTP, A |
| 767 | | | Haglund's Excision, http://www.arthrex.com/foot-ankle/haglunds-excision | NTP, NR, A |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 768 | | | "SwiveLock for Biceps Tenodesis," Scope This Out, Winter 2012, Vol. 14 | NTP, A |
| 769 | | | Arthrex Medial Patellofemoral Ligament (MPFL), Surgical Technique | NTP, NR, A |
| 770 | | | Implant System, MPFL, Bio-Composite - AR-1360C-CP, http://www.arthrex.com/products/AR-1360C-CP | NTP, NR, A |
| 772 | | | Imhoff, Ticker, Fu. An Atlas of Shoulder Arthroscopy. Martin Dunitz (2003) | NTP, A |
| 773 | | | Fu, Ticker, Imhoff. An Atlas of Shoulder Surgery. Martin Dunitz (1998) | NTP, A |
| 774 | | | 2008-04-02 Email Sodeika to Benavitz et al. regarding eyelet breakage | H, UP |
| 775 | | | 2008-05-06 Email Sodeika to Benavitz et al. regarding eyelet breakage | H, UP |
| 776 | | | 2008-05-19 Email from Sodeika to Dreyfuss, Custodio, Benavitz and Grieff re PushLock Eyelet Failure | H, UP |
| 777 | | | Kyung Cheon Kim et al. "Comparison of Repair Integrity and Functional Outcomes for 3 Arthroscopic Suture Bridge Rotator Cuff Repair Techniques," Am. J. Sports Med. 2012. | NTP, NR |
| 778 | | | Native document – Excel Complaint log | |
| 779 | | | Native document – Excel Complaint log | |
| 780 | | | Native document – Excel Complaint log | NF |
| 781 | | | Native document – Excel Complaint log | NF |
| 782 | | | Native document – Excel Complaint log | NF |
| 783 | | | Native document – Excel Complaint log | |
| 784 | | | Video: Pedro Carvajal M.D. SpeedBridge™ with SwiveLock® SP http://www.arthrex.com/resources/video/sjjhhfkEEeCRTQBQVoRHOw/speedbridge-with-swivelock-sp | NTP, A, UP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 785 | | | Arthrex Inc. Newsletter – Scope This Out, A Technical Pearls Newsletter for Athroscopists, Vol. 9 No. 1, Spring 2007 | |
| 786 | | | Brochure – PushLock Knotless Instability Repair | |
| 787 | | | Arthrex Inc. Newsletter – Scope This Out, A Technical Pearls Newsletter for Athroscopists, Vol. 14 No. 2, Spring/Summer 2012 | |
| 788 | | | Arthrex publication – Scope This Out Newsletter, Volume 14, No. 1, Winter 2012 | |
| 789 | | | Arthrex Brochure The Next Generation in Shoulder Repair Technique 2012 | |
| 791 | | | Arthrex sales bulletin 11/14/2012 Internal/Brace-Ligament Augmentation Repair Alterative No. DE474 | |
| 792 | | | Arthrex publication – Acetabular Labral Repair using the PushLock Knotless Anchor System Surgical Technique 2012 | |
| 793 | | | Arthrex publication – Pioneering Innovation with the Collateral Ligament Reconstruction Set 2012 | |
| 794 | | | Arthrex publication – Scope This Out Vol. 14, No. 3, Fall 2012 | |
| 795 | | | Arthrex Publication – The most Advanced Techniques in Knee Ligament Reconstruction and Repair 2012 | |
| 796 | | | Plaintiff's Provisional Application for Patent No. 60/634174 for "SUTURE ATTACHMENT FOR SECURING SOFT TISSUE TO RIGID MATERIAL" dated December 7, 2004. | |
| 798 | | | 2000-06-07 Letter from Bill Benavitz to Joseph Tauro Attaching Confidential Non-Disclosure Agreement | |
| 799 | | | 2000-11-20 Letter from Joseph Tauro to Bill Benavitz Attaching Signed Confidential Non-Disclosure Agreement | |
| 800 | | | Joseph Tauro – Proposal for Arthrex 12/00 Re Rationale for Adjustable Penetrator (AP) and Comments on Knotless Anchors | H, NR |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 801 | | | 2002-06-07 Email from Joseph Tauro to Don Grafton Re Cleat Lock Anchor | H, NR |
| 802 | | | 2002-06-11 Email from Don Grafton to Peter Dreyfuss Re Cleat Lock Anchor | H, NR |
| 803 | | | 2002-09-16 Letter from Bill Benavitz to Joseph Tauro Attaching Fully Executed Non-Disclosure Agreement | |
| 804 | | | 2002-10-12 Email from Bill Benavitz to Joseph Tauro Re Nottage Meeting | H, NR |
| 805 | | | 2004-09-01 Email from Bill Benavitz to Joseph Tauro Requesting to Talk as Soon as Possible | H, NR, NF |
| 806 | | | 2005-08-16 Email from Bill Benavitz to Joseph Tauro Re Pics for Two Row Repairs for Nottage Course | H, NR, UP |
| 807 | | | MPFL Reconstruction, http://www.arthrex.com/knee/mpfl-reconstruction | NTP, A |
| 808 | | | PushLock®, http://www.arthrex.com/shoulder/pushlock | NTP, A |
| 809 | | | Bio-PushLock SP, 4.5 mm x 28 mm, Self-Punching – AR-1922BM, http://www.arthrex.com/products/AR-1922BM | NTP, A |
| 810 | | | 2006-09-18 Email from Schmieding to Dooney and Mackin forwarding email from Willobee re Massive Tear Technique | H, NR |
| 811 | | | Yanke, Adam, et al., "Arthroscopic Double-Row "Transosseous-Equivalent" Rotator Cuff Repair," The American Journal of Orthopedics, June 2007 | NR |
| 812 | | | 2006-06-15 Email String between Schmieding and Benavitz re FiberChain Testing | H, UP, SP, NR |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 813 | | | Kim, K., et al, "Deformities Associated with the Suture-Bridge Technique for Full-Thickness Rotator Cuff Tears," Arthroscopy: The Journal of Arthroscopic and Related Surgery, Vol. 24, No. 11 (November) 2008 | NR |
| 815 | | | Physical Exhibit- BioTenodesis driver | NTP, A |
| 816 | | | Physical Exhibit- 5x15 BioTenodesis screws | NTP, A |
| 817 | | | Physical Exhibit- FiberTape | NTP, A |
| 818 | | | Physical Exhibit- #2 FiberWire | NTP, A |
| 819 | | | Physical Exhibit- SutureCross System, screw/nail | NTP, A |
| 820 | | | Physical Exhibit – SpeedBridge Kit | NTP, A |
| 821 | | | Physical Exhibit – Sawbones | NTP, A |
| 822 | | | Physical Exhibit – Corkscrew FT Suture Anchor 15x5.5 c/ 2 #2 FiberWire | NTP, A |
| 823 | | | Physical Exhibit – Sawbones model with SpeedBridge construct | NTP, A |
| 824 | | | Physical Exhibit – PushLock punch AR-1922P | NTP, A |
| 825 | | | Physical Exhibit – Corkscrew punch AR-1927PB | NTP, A |
| 826 | | | Physical Exhibit – Scissors | NTP, A |
| 827 | | | Physical Exhibit – Free needle | NTP, A |
| 828 | | | Physical Exhibit – Nitinol suture passing wire | NTP, A |
| 829 | | | Physical Exhibit – Mallet | NTP, A |
| 830 | | | 2002-10-21 Test Report: # APT 02 | |
| 831 | | | 2005-08-26 Pilot study of BioCorkscrew FT used as a Bio-T screw | NR |
| 832 | | | Busfield et al, "A Biomechanical Comparison of 2 Technical Variations of Double-Row Fixation: The Importance of Medial Knots," Am. J. Sports Med., 36:5 at 901-6 (2008), | NR |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 833 | | | 2003-04-28 email Wyman to Millett "Re: Double row cuff repair." | |
| 834 | | | Hotta et al, "Osteolysis of the inferior surface of the acromion caused by knots of the suture thread after rotator cuff repair surgery: Knot impingement after rotator cuff repair," J. Shoulder & Elbow Surg., 19, e17-e23 (2010). | NR, PK |
| 835 | | | 2005-10-16 Email Dreyfuss to Shaffer cc. RS, MC, BB "PushLock feedback…" | H |
| 836 | | | PP Upper Extremity Sales Rep Training 4/14/2008 | |
| 837 | | | 2011-02-24 Email Reinhold Schmieding to John Sodeika attaching article by Schnaser | H, NR |
| 838 | | | 2010-04-30 Email Millett to Ticker No Subject | H, UP, NR |
| 839 | | | 2008-05-04 Tauro to Meyer Re: Medial Anchor Dimensions | H |
| 840 | | | 2009-05-09 Ticker to Scott Re: Estimates | H, SP, NF |
| 841 | | | 2008-05-04 Email Gemma to Reinhold Schmieding and Andy Stewart Pacific Region Noes Participants | H, UP, NR |
| 842 | | | 2006-08-29 Email Gemma to Andy Stewart, etc.   "FW: Pacific Region-Weekly Update Report" | H, NR, UP |
| 843 | | | 2006-10-08 Moon Meeting Agenda | NR, UP |
| 844 | | | 2005-12-09 Email from Stewart to Wyman etc. RE: moon group agenda | H, NR, UP |
| 845 | | | 2005-03-17 Email from Holloway to Ma "Re: Double Row Study" | H, NR, UP |
| 846 | | | 2006-09-05 Email from Dreyfuss to Guederian FW: Pacific Region Weekly Update | H, NR, UP |
| 847 | | | 2008-06-12 Email from Gemma to Stewart et al. Pacific Region Update | H, NR, UP |
| 848 | | | 2009-06-29 Email from Ricardio Albertorio to various FW: Pacific Region Update | H, NR, UP |

| NUMBER | DATE MARKED | DATE ADMITTED | DESCRIPTION | ARTHREX OBJECTIONS |
|---|---|---|---|---|
| 849 | | | Slide presentation titled "3i Medical Corporation: Complete Suture Management for the Orthopedic Surgeon" | |
| 850 | | | 2009-08-09 Email from Ticker to Scott re Requested review of Ma paper | H |
| 851 | | | Journal Article Manuscript Draft | |
| 852 | | | Summary of research study | |
| 853 | | | Summary of research study | |
| 854 | | | Summary of research study | |
| 855 | | | Surgical technique guide | NR |
| 856 | | | Drawings of double row repairs | NF, A, IC, PK |
| 857 | | | 3i Medical Corporation Business Plan – August 2004 | |
| 858 | | | Drawings of 3i Technology | NF, A, IC, PK |
| 859 | | | Tauro, J., "Arthroscopic Rotator Cuff Repair: Analysis of Technique and Results at 2- and 3-Year Follow Up," Arthroscopy: The Journal of Arthroscopic and Related Surgery, Vol. 14, No. 1 (January-February) 1998 | NR |
| 860 | | | Hata, Y., et al., "Atrophy of the Deltoid Muscle Following Rotator Cuff Surgery," The Journal of Bone and Joint Surgery, Vol. 86-A, No. 7, July 2004 | NR |
| 861 | | | Results of research study | PK, IC, NR |
| 862 | | | Memo – M. Heaven to E. McDonald | H, NR |
| 863 | | | Ostrander, R. et al., "Arthroscopic Triple-Row Rotator Cuff Repair: A Modified Suture-Bridge Technique," Orthopedics, Volume 32, No. 8, August 2009 | NR |
| 864 | | | Slide presentation titles "KFx Medical Corporation | |
| 865 | | | Summary on research study | NR |
| 866 | | | Summary on research study | NR |
| 867 | | | Lab notebook | A, NR |
| 868 | | | Arthrex PASTA technique | NR, UP |