Joseph F. Jennings (State Bar No. 145,920)
joe.jennings@knobbe.com
Brian Horne (State Bar No. 205,621)
brian.horne@knobbe.com
Sean M. Murray (State Bar No. 213,655)
sean.murray@knobbe.com
Sarah Lampton (State Bar No. 282,404)
sarah.lampton@knobbe.com
Marissa Calcagno (State Bar No. 279,783)
marissa.calcagno@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KFx Medical Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>          Plaintiff and Counterdefendant,<br><br>          v.<br><br>ARTHREX, INCORPORATED, a Delaware corporation,<br><br>          Defendant and Counterclaimant. | Case No. 11cv1698 DMS (BLM)<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR CORRECTION OF INVENTORSHIP OF U.S. PATENT NOS. 7,585,311 AND 8,100,942** |

1   Pursuant to Civ. L.R. 7.1(g)(1), Plaintiff KFx Medical Corporation

2   ("KFx") hereby withdraws its motion for correction of inventorship of U.S.

3   Patent Nos. 7,585,311 ("the '311 patent") and 8,100,942 ("the '942 patent")

4   (ECF No. 156).  That motion was set to be heard on August 9, 2013 at 1:30

5   p.m., at the same time as the parties' motions *in limine*.

6   As stated in the motion, while KFx filed petitions with the Patent Office

7   to correct inventorship of the '311 and '942 patents, it also filed a motion with

8   the Court in the event the petitions were not granted by the time of trial.  KFx

9   received today the Patent Office's decisions granting the petitions to correct

10  inventorship (attached hereto as Appendices A and B).  These decisions moot

11  KFx's motion to correct inventorship.

12

13                              Respectfully submitted,

14                              KNOBBE, MARTENS, OLSON & BEAR, LLP

15

16  Dated:  August 6, 2013        By: s/*Joseph F. Jennings*

17                                    Joseph F. Jennings
                                      Brian Horne
18                                    Sean M. Murray
                                      Sarah Lampton
19                                    Marissa Calcagno

20                                    Attorneys for Plaintiff
                                      KFx Medical Corporation
21

22

23

24

25

26

27

28

# APPENDIX A

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 13/245,620 | 09/26/2011 | Michael L. Green | KFX.003C1 | 9919 |

20995        7590        08/06/2013
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

| EXAMINER |
|---|
| ANDERSON, GREGORY A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3773 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/06/2013 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

jayna.cartee@knobbe.com
efiling@knobbe.com

PTOL-90A (Rev. 04/07)

APPENDIX A
PAGE 1



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address : COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 13/245,620 | 26 September, 2011 | GREEN ET AL. | KFX.003C1 |

KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA  92614

| | EXAMINER |
|---|---|
| | CORRINE M. MCDERMOTT |

| ART UNIT | PAPER |
|---|---|
| 3773 | 20130731 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

CORRINE M MCDERMOTT
SPE
Art Unit: 3773

PTO-90C (Rev.04-03)

APPENDIX A
PAGE 2

 UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

| | | |
|---|---|---|
| *In re* Patent No. 8,100,942 GREEN ET AL. | : | |
| Issue Date:  January 24, 2012 | : | **DECISION GRANTING** |
| Appl No.: 13/245,620 | : | **PETITION** |
| Filed: September 26, 2011 | : | *37 CFR 1.324* |
| For:  SYSTEM AND METHOD FOR ATTACHING SOFT | : | |
|        TISSUE TO BONE | : | |
| | : | |
| | : | |

This is a decision on the petition filed June 28, 2013 to correct inventorship under 37 CFR 1.324.

The petition is granted.

The patented file is being forwarded to Certificate of Corrections Branch for issuance of a certificate naming only the actual inventor or inventors.


/Corrine McDermott/
Corrine M. McDermott
Supervisory Patent Examiner
Art Unit 3773
Technology Center 3700


KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

Application/Control Number: 13/245,620                                                                Page 3
Art Unit: 3773

 UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

DATE:   July 31, 2013
TO:  Certificates of Correction Branch
FROM: Corrine McDermott, SPE, Art Unit 3773
SUBJECT: Request for Certificate of Correction

Please issue a Certificate of Correction in U. S. Letters Patent No. 8,100,942 as specified on the attached Certificate.


/Corrine McDermott/
Corrine McDermott, SPE
Art Unit 3773


**UNITED STATES PATENT AND TRADEMARK OFFICE CERTIFICATE**
Patent No. 8,100,942
Patented: January 24, 2012
On petition requesting issuance of a certificate for correction of inventorship pursuant to 35 U.S.C. 256, it has been found that the above identified patent improperly sets forth the inventorship.  Accordingly, it is hereby certified that the correct inventorship of this patent is:

Michael L. Green, Pleasanton, CA
Joseph C. Tauro, Toms River, NJ


/Corrine McDermott/
Corrine McDermott, Supervisory Patent Examiner
Art Unit 3773


APPENDIX A
PAGE 4

# APPENDIX B

 Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oғғɪᴄᴇ

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/143,007 | 06/01/2005 | Michael L. Green | KFX.003A | 8199 |

20995      7590      08/06/2013
KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

| EXAMINER |
|---|
| ANDERSON, GREGORY A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3773 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/06/2013 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

jayna.cartee@knobbe.com
efiling@knobbe.com

PTOL-90A (Rev. 04/07)



**UNITED STATES DEPARTMENT OF COMMERCE**
**U.S. Patent and Trademark Office**
Address : COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 11/143,007 | 01 June, 2005 | GREEN ET AL. | KFX.003A |

| | EXAMINER |
|---|---|
| KNOBBE MARTENS OLSON & BEAR LLP 2040 MAIN STREET FOURTEENTH FLOOR IRVINE, CA 92614 | CORRINE M. MCDERMOTT |

| | ART UNIT | PAPER |
|---|---|---|
| | 3773 | 20130731 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

CORRINE M MCDERMOTT
SPE
Art Unit: 3773

PTO-90C (Rev.04-03)



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

| | |
|---|---|
| *In re* Patent No. 7,585,311 GREEN ET AL. : | **DECISION GRANTING** |
| Issue Date:  September 8, 2009 : | **PETITION** |
| Appl No.: 11/143,007 : | *37 CFR 1.324* |
| Filed: June 01, 2005 : | |
| For:  SYSTEM AND METHOD FOR ATTACHING SOFT : | |
|      TISSUE TO BONE : | |
| : | |
| : | |
| : | |

This is a decision on the petition filed June 28, 2013 to correct inventorship under 37 CFR 1.324.

The petition is granted.

The patented file is being forwarded to Certificate of Corrections Branch for issuance of a certificate naming only the actual inventor or inventors.


/Corrine McDermott/
Corrine M. McDermott
Supervisory Patent Examiner
Art Unit 3773
Technology Center 3700


KNOBBE MARTENS OLSON & BEAR LLP
2040 MAIN STREET
FOURTEENTH FLOOR
IRVINE, CA 92614

Application/Control Number: 11/143,007                                          Page 3
Art Unit: 3773

 UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.gov

DATE:   July 31, 2013
TO:  Certificates of Correction Branch
FROM:  Corrine McDermott, SPE, Art Unit 3773
SUBJECT: Request for Certificate of Correction

Please issue a Certificate of Correction in U. S. Letters Patent No. 7,585,311 as specified on the
attached Certificate.

/Corrine McDermott/
Corrine McDermott, SPE
Art Unit 3773

### UNITED STATES PATENT AND TRADEMARK OFFICE CERTIFICATE

Patent No. 7,585,311
Patented: September 8, 2009
On petition requesting issuance of a certificate for correction of inventorship pursuant to 35
U.S.C. 256, it has been found that the above identified patent improperly sets forth the
inventorship.  Accordingly, it is hereby certified that the correct inventorship of this patent is:

Michael L. Green, Pleasanton, CA
Joseph C. Tauro, Toms River, NJ

/Corrine McDermott/
Corrine McDermott, Supervisory Patent Examiner
Art Unit 3773

**PROOF OF SERVICE**

I hereby certify that on August 6, 2013, I caused **PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR CORRECTION OF INVENTORSHIP OF U.S. PATENT NOS. 7,585,311 AND 8,100,942** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Robert W. Dickerson
dickersonr@dicksteinshapiro.com
Lawrence La Porte
laportel@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T:  310-772-8300

Charles W. Saber
saberc@dicksteinshapiro.com
Salvatore P. Tamburo
tamburos@dicksteinshapiro.com
Megan S. Woodworth
woodworthm@dicksteinshapiro.com
S. Gregory Herrman
herrmang@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
T:  202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on August 6, 2013, at San Diego, California.

Colleen Mensching

15959374

1