Joseph F. Jennings (State Bar No. 145,920)
joe.jennings@knobbe.com
Brian Horne (State Bar No. 205,621)
brian.horne@knobbe.com
Sean M. Murray (State Bar No. 213,655)
sean.murray@knobbe.com
Sarah Lampton (State Bar No. 282,404)
sarah.lampton@knobbe.com
Marissa Calcagno (State Bar No. 279,783)
marissa.calcagno@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KFx Medical Corporation

Robert W. Dickerson, Jr. (State Bar No. 089367)
DickersonR@dicksteinshapiro.com
Lawrence R. LaPorte (State Bar No. 130,003)
laportel@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
Phone:  (310) 772-8300
Facsimile:  (310) 772-8301

Charles W. Saber (admitted *pro hac vice*)
saberc@dicksteinshapiro.com
Salvatore P. Tamburo (admitted *pro hac vice*)
tamburos@dicksteinshapiro.com
Megan S. Woodworth (admitted *pro hac vice*)
woodworthm@dicksteinshapiro.com
S. Gregory Herrman, (admitted *pro hac vice*)
herrmanG@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
Phone:  (202) 420-2200
Facsimile:  (202) 420-2201

Attorneys for Defendant and Counterclaimant
Arthrex, Incorporated

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>ARTHREX, INCORPORATED., a Delaware corporation,<br><br>　　　Defendant and Counterclaimant. | Case No.  11cv1698 DMS (BLM)<br><br>**PROPOSED JOINT STATEMENT OF THE CASE**<br><br>Trial Date:  August 19, 2013<br>Time:　　　9:00 A.M.<br>Courtroom 13A<br>Honorable Dana M. Sabraw |

Pursuant to Paragraph 6 of the Court's July 19, 2013, Order Regarding Trial [D.I. 138], Plaintiff KFx Medical Corporation ("KFx") and Defendant Arthrex, Inc. ("Arthrex") jointly submit this Statement of the Case to be read to the jury.

## STATEMENT OF THE CASE

This is a patent infringement case. The Plaintiff in this case is KFx Medical Corporation. The Defendant is Arthrex, Inc.

This case concerns three patents owned by KFx. These are U.S. Patent Nos. 7,585,311, 8,100,942, and 8,109,969, which are titled "System and Method for Attaching Soft Tissue to Bone." The parties and the Court often refer to patents by their last three numbers, so in this case they will refer to the '311 patent, the '942 patent and the '969 patent.

KFx maintains that Arthrex has actively induced infringement of the KFx patents through the marketing and promotion of surgical techniques for repairing rotator cuffs, which Arthrex calls the SutureBridge and SpeedBridge surgical techniques, as well as through the marketing and promotion of products for use with those surgical techniques. KFx has the burden of proving infringement by a preponderance of the evidence.

Arthrex does not believe it has induced or contributed to any infringement of the KFx patents because its methods are different than those described and claimed in the KFx patents. Arthrex also believes that the KFx patents are invalid in view of techniques that were known or performed, or described in patents or other publications, prior to KFx's invention. Arthrex also believes that certain claims of the KFx patents are invalid because they do not include a sufficient written description of the claims. Arthrex has the burden of proving invalidity by clear and convincing evidence.

You will be asked to determine whether Arthrex has infringed the KFx patents. You will also be asked to decide whether KFx's patents are invalid.

If you determine that Arthrex has infringed a KFx patent and that KFx patent is valid, you will be asked to determine the amount of damages that Arthrex owes KFx for the infringement. KFx has the burden of proving its damages by a preponderance of the evidence. You will also be asked to determine whether the infringement was willful. KFx has the burden of proving that any infringement was willful by clear and convincing evidence.

KFXL.064L
15994251

## PROOF OF SERVICE

I hereby certify that on August 12, 2013, I caused the **PROPOSED JOINT STATEMENT OF THE CASE** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Robert W. Dickerson
dickersonr@dicksteinshapiro.com
Lawrence La Porte
laportel@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
T: 310-772-8300

Charles W. Saber
saberc@dicksteinshapiro.com
Salvatore P. Tamburo
tamburos@dicksteinshapiro.com
Megan S. Woodworth
woodworthm@dicksteinshapiro.com
S. Gregory Herrman
herrmang@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC 20006
T: 202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on August 12, 2013, at San Diego, California.

*[signature]*
Colleen Mensching

15994443