Robert W. Dickerson, Jr. (State Bar No. 089367)
DickersonR@dicksteinshapiro.com
Lawrence R. LaPorte (State Bar No. 130003)
LaPorteL@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300

Charles W. Saber, admitted *pro hac vice*
SaberC@dicksteinshapiro.com
Salvatore P. Tamburo, admitted *pro hac vice*
TamburoS@dicksteinshapiro.com
Megan S. Woodworth, admitted *pro hac vice*
WoodworthM@dicksteinshapiro.com
S. Gregory Herrman, admitted *pro hac vice*
HerrmanG@dicksteinshapiro.com
Dickstein Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200

Attorneys for Defendant, Arthrex, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORP.<br><br>Plaintiff and Counterdefendant,<br><br>vs.<br><br>ARTHREX, INC.<br><br>Defendant and Counterclaimant. | **Case No. 3:11-cv-1698**<br>**Hon. Dana M. Sabraw**<br>**DEFENDANT ARTHREX, INC.'S BENCH BRIEF REGARDING EXCLUSION OF LATE EVIDENCE (S&N LICENSE AGREEMENT)**<br>**FILED UNDER SEAL**<br>**Date: August 16, 2013**<br>**Time: 1:30pm**<br>**Location: Teleconference** |

DICKSTEIN
SHAPIRO LLP

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2013, I caused the foregoing **DEFENDANT ARTHREX, INC.'S BENCH BRIEF REGARDING EXCLUSION OF LATE EVIDENCE (S&N LICENSE AGREEMENT)** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record.

Counsel for KFx Medical Corporation

Brian Horne
brian.horne@knobbe.com
Joseph F. Jennings
jjennings@kmob.com
Marissa M. Calcagno
marissa.calcagno@knobbe.com
Sarah L. Lampton
sarah.lampton@knobbe.com
Sean M. Murray
sean.murray@knobbe.com
KNOBBE MARTENS OLSON AND BEAR

KFx Counsel – Service List
LitKFXL.064L@kmob.com

/s/ Robert W. Dickerson, Jr.
Robert W. Dickerson, Jr.

DICKSTEIN
SHAPIRO LLP

3:11-cv-1698