Michael A. Tomasulo (State Bar No. 179,389)
tomasulom@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Phone: (310) 772-8300
Facsimile:  (310) 772-8301

Charles W. Saber, admitted *pro hac vice*
Email:  saberc@dicksteinshapiro.com
Salvatore P. Tamburo, admitted *pro hac vice*
Email:  tamburos@dicksteinshapiro.com
Megan S. Woodworth, admitted *pro hac vice*
Email:  woodworthm@dicksteinshapiro.com
S. Gregory Herrman, admitted *pro hac vice*
Email: herrmang@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Phone:  (202) 420-2200
Facsimile: (202) 420-2201

Attorneys for Defendant/Counterclaimant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KFX MEDICAL CORPORATION,** a Delaware corporation,<br><br>            Plaintiff,<br>     vs.<br><br>**ARTHREX, INCORPORATED,** a Delaware corporation,<br><br>            Defendant. | Case No. 3:11-CV-01698 DMS-BLM<br><br>Hon. Dana M. Sabraw<br><br>**DEFENDANT ARTHREX, INC.'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF KFX MEDICAL CORP.** |

DICKSTEIN SHAPIRO LLP

**REQUEST NO. 57:**

Documents sufficient to identify each Arthrex product and/or procedure that Plaintiff believes infringes the '311 Patent as alleged in the Complaint.

**REQUEST NO. 58:**

All documents that relate to any and all embodiments disclosed in the '311 Patent, including all documents such as, lab notebooks, test reports, etc., relating to any research and development with respect to any such embodiments.

**REQUEST NO. 59:**

All documents that relate to, or provide basis or support for, any of Plaintiff's contentions, positions, or assertions made or to be made concerning Plaintiff's damage theories relating to the '311 Patent in this litigation, including, without limitation, contentions, positions, or assertion made or to be made concerning the theories of lost profits, reasonable royalty, established royalty, lost sales, and/or reduced or depressed pricing, and/or any other basis for alleged compensation under 35 U.S.C. § 284, including, without limitation:

   a. all documents that relate to Plaintiff's profit margins on SutureCross;

   c. all documents that reflect the rate at which Plaintiff pays interest on incurred debts;

   d. all documents that Plaintiff contends support an established royalty;

   e. all documents that reflect the pricing of SutureCross.

**REQUEST NO. 60:**

All documents that relate to any contemplated, proposed or actual license agreements to which KFx is a party for surgical procedures or suture anchors.

**REQUEST NO. 61:**

All documents related to any contemplated, proposed or actual royalty rate paid by KFx or paid to KFx for surgical procedures or suture anchors.

**REQUEST NO. 62:**

All documents sufficient to show to any general technology or intellectual property licensing policy(ies) of Plaintiff.

**REQUEST NO. 63:**

# CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2011, **DEFENDANT ARTHREX, INC.'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFF KFX MEDICAL CORP.** was served by electronic mail on the following counsel of record:

| **Counsel for Plaintiff KFx Medical Corporation** |
|---|
| Phillip A Bennett<br>Knobbe Martens Olson and Bear<br>12790 El Camino Real<br>San Diego, CA 92130<br>T: 858-707-4000<br>F: 858-707-4001<br>Email: phillip.bennett@kmob.com |

Dated: December 29, 2011                By:   /s/  Salvatore P. Tamburo

                                        Salvatore P. Tamburo
                                        DICKSTEIN SHAPIRO LLP

DICKSTEIN SHAPIRO LLP

1
CERTIFICATE OF SERVICE

Exhibit 10    Page 3 of 3              Page 061