


| HOME | ABOUT US | SERVICES | OUR PROFESSIONALS | OFFICES | CAREERS | EVENTS & SEMINARS | NEWS & RESOURCES |



# News & Resources

NEWS    PUBLICATIONS    RESOURCES    NEWS ARCHIVE

**CATALOG SEARCH**

**Knobbe Martens Scores Major Patent Litigation Victory For Smith & Nephew**

**Date**

Wednesday, October 20, 2010



PRACTICE

INDUSTRY

Posted On
 -Year
 -Month

Knobbe Martens Olson & Bear LLP today announced a major victory for its client, UK-based Smith & Nephew, a worldwide leader in wound care. On October 18, 2010, a Texas Federal Court ruled that patents licensed to San Antonio-based Kinetic Concepts, Inc. (KCI) on negative pressure wound therapy (NPWT) are invalid. NPWT is the treatment of difficult-to-heal open skin wounds with the application of negative pressure.

In a 37-page ruling, Judge Royal Furgeson of the United States District Court for the Western District of Texas discussed many of the early uses of NPWT presented by Smith & Nephew at a February jury trial. Those early uses were clear and convincing evidence requiring the Court to invalidate all of the asserted KCI patent claims for obviousness. In view of this ruling, the Court rejected KCI's attempt to halt clinicians and patients from using Smith & Nephew's NPWT products.

Smith & Nephew was represented in the matter by Knobbe Martens partners, Joseph Re, James Lesniak, Brenton Babcock, Sheila Swaroop, Christy Lea, and Ted Cannon. Commenting on the ruling, Re said, "We are obviously pleased with the result. Smith & Nephew is a terrific company to represent, and we appreciate the confidence that they place in us."

For more information about Smith & Nephew, please visit www.smith-nephew.com

With over 275 lawyers and scientists nationwide, Knobbe Martens Olson & Bear LLP dedicates its practice to all aspects of intellectual property law including litigation. Knobbe Martens serves a diverse group of clients from multinational corporations to emerging businesses of all stages. The firm is headquartered in Orange County, California with offices in San Diego, Los Angeles, Riverside, San Francisco, Seattle, and Washington, D.C, and enjoys an international reputation for excellence. More information about the firm can be found at www.knobbe.com

**Contact**

Heather Shearer (619) 293-3175

**KNOBBE ALUMNI**     **PRIVACY POLICY**     **TERMS & CONDITIONS AND LEGAL DISCLAIMER**      **CONTACT US**

© 2013 Knobbe Martens Olson & Bear LLP, a Limited Liability Partnership including Professional Corporations