Joseph F. Jennings (State Bar No. 145,920)
joe.jennings@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorney for Plaintiff
KFx Medical Corporation

Robert W. Dickerson
DickersonR@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
T: 310-772-8300

Attorney for Defendant/Counterclaimant
ARTHREX, INC.

[See next page for complete list of counsel]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>ARTHREX, INCORPORATED, a Delaware corporation,<br><br>Defendant and Counterclaimant. | Case no. 11cv1698 DMS (BLM)<br><br>**JOINT STIPULATION TO NARROW ISSUES FOR TRIAL**<br><br>Trial Date: August 21, 2013<br>Time:         9:00 A.M.<br>Courtroom 13A<br>Honorable Dana M. Sabraw |

1  Brian Horne (State Bar No. 205,621)
   brian.horne@knobbe.com
2  Sean M. Murray (State Bar No. 213,655)
   sean.murray@knobbe.com
3  Sarah Lampton (State Bar No. 282,404)
   sarah.lampton@knobbe.com
4  Marissa Calcagno (State Bar No. 279,783)
5  marissa.calcagno@knobbe.com
   KNOBBE, MARTENS, OLSON & BEAR, LLP
6  2040 Main Street
7  Fourteenth Floor
   Irvine, CA  92614
8  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
9
10 Attorneys for Plaintiff
   KFx Medical Corporation
11
   Lawrence La Porte
12 LaporteL@dicksteinshapiro.com
   DICKSTEIN SHAPIRO LLP
13 2049 Century Park East, Suite 700
   Los Angeles, CA  90067
14 T:  310-772-8300
15
   Charles W. Saber, admitted *pro hac vice*
16 SaberC@dicksteinshapiro.com
   Salvatore P. Tamburo, admitted *pro hac vice*
17 TamburoS@dicksteinshapiro.com
   Megan S. Woodworth, admitted *pro hac vice*
18 WoodworthM@dicksteinshapiro.com
19 S. Gregory Herrman, admitted *pro hac vice*
   HerrmanG@dicksteinshapiro.com
20 DICKSTEIN SHAPIRO LLP
21 1825 Eye Street NW
   Washington, DC 20006
22 Phone:  (202) 420-2200

23 Attorneys for Defendant/Counterclaimant
   ARTHREX, INC.
24
25
26
27
28

Plaintiff KFx Medical Corporation ("KFx") and Defendant Arthrex, Inc. ("Arthrex"), hereby agree to the following stipulation to narrow issues for trial:

KFx asserted a doctrine of equivalents argument as to the "hollow cylinder" limitation of claim 1 of the '969 patent. To simplify the case, however, the parties reached the following agreement. KFx will not present the doctrine of equivalents argument and Arthrex will not contest that the "hollow cylinder" limitation is met by the accused procedures. In other words, Arthrex will not challenge that the limitation is met but KFx will not tell the jury that Arthrex has conceded it.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 8/21/13     By: s/ [signature]
Joseph F. Jennings
Brian Horne
Sarah Lampton

Attorneys for Plaintiff and Counterdefendant
KFx Medical Corporation

DICKSTEIN SHAPIRO LLP

Dated: 8/21/13     By: s/ [signature]
Michael A. Tomasulo
Charles Saber
Salvatore Tamburo
Megan S. Woodworth

Attorneys for Defendant and Counterclaimant
Arthrex, Incorporated

# PROOF OF SERVICE

I hereby certify that on August 21, 2013, I caused the **JOINT STIPULATION TO NARROW ISSUES FOR TRIAL** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Robert W. Dickerson
dickersonr@dicksteinshapiro.com
Lawrence La Porte
laportel@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
T: 310-772-8300

Charles W. Saber
saberc@dicksteinshapiro.com
Salvatore P. Tamburo
tamburos@dicksteinshapiro.com
Megan S. Woodworth
woodworthm@dicksteinshapiro.com
S. Gregory Herrman
herrmang@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC 20006
T: 202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on August 21, 2013, at San Diego, California.

Colleen Mensching

KFXL.064L
16041642
081813