MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KFX Medical Corporation   VS   Arthrex Incorporated

Case Number:  11cv1698-DMS-BLM   WITNESS LIST   Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| August 21, 2013 | X | | Dr. Joseph Tauro |
| | X | | Michael Green |
| August 22, 2013 | X | | Michael Green |
| | X | | William Benavitz (Video Deposition) |
| | X | | William Tate Scott |
| | X | | Reinhold Schmieding (Video Deposition) |
| | X | | John Sodeika (Video Deposition) |
| | X | | Dr. Jonathan Ticker |
| August 26, 2013 | X | | Dr. Jonathan Ticker |
| | | X | Dr. Neal ElAttrache |
| | | X | William Benavitz |
| August 27, 2013 | | X | William Benavitz |
| | | X | Ashley Willobee |
| | | X | Dr. Jonathan Greenleaf |
| | | X | John Schmieding |
| | X | | Michael Cottle (Video Deposition) |
| | X | | George Strong |
| | X | | Dr. Jonathan Ticker |
| August 28, 2013 | X | | Dr. Jonathan Ticker |
| | | | |
| | | | |
| | | | |
| | | | |