Joseph F. Jennings (State Bar No. 145,920)
joe.jennings@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorney for Plaintiff
KFx Medical Corporation

Robert W. Dickerson
DickersonR@docksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T:  310-772-8300

Attorney for Defendant/Counterclaimant
ARTHREX, INC.

[See next page for complete list of counsel]

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| KFX MEDICAL CORPORATION, a Delaware corporation, | ) Case no. 11cv1698 DMS (BLM) |
|---|---|
| Plaintiff and Counterdefendant, | ) **JOINT SUBMISSION OF PROPOSED JURY VERDICT FORMS – PHASE II** |
| v. | ) |
| ARTHREX, INCORPORATED, a Delaware corporation, | ) |
| Defendant and Counterclaimant. | ) |

Brian Horne (State Bar No. 205,621)
brian.horne@knobbe.com
Sean M. Murray (State Bar No. 213,655)
sean.murray@knobbe.com
Sarah Lampton (State Bar No. 282,404)
sarah.lampton@knobbe.com
Marissa Calcagno (State Bar No. 279,783)
marissa.calcagno@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KFx Medical Corporation


Lawrence La Porte
LaporteL@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T:  310-772-8300

Charles W. Saber, admitted *pro hac vice*
SaberC@dicksteinshapiro.com
Salvatore P. Tamburo, admitted *pro hac vice*
TamburoS@dicksteinshapiro.com
Megan S. Woodworth, admitted *pro hac vice*
WoodworthM@dicksteinshapiro.com
S. Gregory Herrman, admitted *pro hac vice*
HerrmanG@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Phone:  (202) 420-2200

Attorneys for Defendant/Counterclaimant
ARTHREX, INC.

Plaintiff KFx Medical Corporation ("KFx") and Defendant Arthrex, Inc. ("Arthrex"), hereby submit proposed jury verdict forms as follows. The parties were unable to agree to a joint verdict form. Attached as Appendix A is KFx's Proposed Jury Verdict Form. Attached as Appendix B is Arthrex's Proposed Jury Verdict Form.

### Brief Statement of KFx's Position

KFx believes its question on damages is simple and straightforward. Arthrex's question is confusing. The damages to be awarded are a "reasonable royalty." A royalty can be a lump sum.

### Brief Statement of Arthrex's Position

Arthrex believes its damages question provides additional options for the jury and better reflects the options it will hear from both damages experts.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 25, 2013     By:  s/ *Joseph F. Jennings*
    Joseph F. Jennings
    Brian Horne
    Sean M. Murray
    Sarah Lampton
    Marissa Calcagno

    Attorneys for Plaintiff and Counterdefendant
    KFx Medical Corporation

DICKSTEIN SHAPIRO LLP

Dated: September 25, 2013     By:  s/ *S. Gregory Herrman*
    Robert W. Dickerson, Jr.
    Lawrence R. LaPorte
    Charles W. Saber
    Salvatore P. Tamburo
    Megan S. Woodworth
    S. Gregory Herrman

    Attorneys for Defendant and Counterclaimant
    Arthrex, Incorporated

# PROOF OF SERVICE

I hereby certify that on September 25, 2013, I caused the **JOINT SUBMISSION OF PROPOSED JURY VERDICT FORMS** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Robert W. Dickerson
dickersonr@dicksteinshapiro.com
Lawrence La Porte
laportel@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T:  310-772-8300

Charles W. Saber
saberc@dicksteinshapiro.com
Salvatore P. Tamburo
tamburos@dicksteinshapiro.com
Megan S. Woodworth
woodworthm@dicksteinshapiro.com
S. Gregory Herrman
herrmang@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
T:  202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on September 25, 2013, at San Diego, California.

Colleen Mensching

16307382

*1*
*2*
*3*
*4*
*5*
*6*
*7*
*8*
*9*
*10*
*11*
*12*
*13*     **APPENDIX A**
*14*
*15*
*16*
*17*
*18*
*19*
*20*
*21*
*22*
*23*
*24*
*25*
*26*
*27*
*28*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>ARTHREX, INCORPORATED, a Delaware corporation,<br><br>　　Defendant and Counterclaimant. | Case no. 11cv1698 DMS (BLM)<br><br>**KFX'S PROPOSED JURY VERDICT FORM – PHASE 2**<br><br><br>Honorable Dana M. Sabraw |

Ladies and gentlemen of the jury, it is now your duty to answer the following question presented in this verdict form after due deliberation.

## DAMAGES

What is the amount of damages that Arthrex should pay KFx for infringement of the KFx patents?

$_____

Dated: _____          _____
       San Diego, CA                                   Foreperson

**APPENDIX B**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>ARTHREX, INCORPORATED, a Delaware corporation,<br><br>　　　　Defendant and Counterclaimant. | Case no. 11cv1698 DMS (BLM)<br><br>**ARTHREX'S PROPOSED JURY VERDICT FORM – PHASE 2** |

Ladies and gentlemen of the jury, it is now your duty to answer the question presented in this verdict form after due deliberation.

What is the appropriate damages structure for Arthrex's payment of damages to KFx for infringement of the KFx patents?

☐ Lump Sum               $_____

OR

☐ Royalty-Based Amount   $_____


Dated: _____          _____
    San Diego, CA                              Foreperson