MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

KFX Medical Corporation        VS        Arthrex Incorporated

Case Number:   11cv1698-DMS-BLM        WITNESS LIST        Jury Trial - Phase II

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
|  |  |  |  |
| October 7, 2013 | X |  | George Strong |
|  | X |  | William Tate Scott |
|  |  | X | John Schmieding |
|  |  | X | Mark Gorman (video deposition) |
| October 8, 2013 | X |  | Dr. Jonathan Ticker |
|  |  | X | Dr. Jonathan Greenleaf |
|  |  | X | Brett Reed |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |