KFX Medical Corporation v. Arthrex Incorporated                Case No.   11-cv-1698-DMS

# JOINT TRIAL EXHIBIT LIST – PHASE I & II

| NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 1. | 8/21/2013 | 8/28/2013 | U.S. Patent No. 7,585,311 |
| 1A | 8/22/2013 | 8/28/2013 | U.S. Patent No. 7,585,311 (Official ribbon bearing) |
| 2 | 8/21/2013 | 8/28/2013 | U.S. Patent No. 8,100,942 |
| 2A | 8/22/2013 | 8/28/2013 | U.S. Patent No. 8,100,942 (Official ribbon bearing) |
| 3 | 8/21/2013 | 8/28/2013 | U.S. Patent No. 8,109,969 |
| 3A | 8/22/2013 | 8/28/2013 | U.S. Patent No. 8,109,969 (Official ribbon bearing) |
| 5 | 8/26/2013 | 8/28/2013 | Various correspondence re rotator cuff repair studies and partnerships |
| 7. | 8/27/2013 | 8/28/2013 | 2004-04-27 Email Holloway to R. Schmieding et al. re BioT with FiberTape |
| 8 | 8/26/2013 | 8/28/2013 | 2004-01-21 Surgery report by Dr. ElAttrache |
| 9 | 8/27/2013 | 8/28/2013 | Design History File – Modification of the Current Tenodesis Driver for the 5.5 mm Screw |
| 11 | 8/26/2013 | 8/28/2013 | PowerPoint – Considerations for Rotator Cuff Repair Techniques |
| 15 | 8/22/2013 | 8/28/2013 | Arthrex brochure: SutureBridge Rotator Cuff Repair |
| 16 | 8/22/2013 | 8/28/2013 | Arthrex brochure: Fulfilling the Need for Precision and Speed - Rotator Cuff Repair |
| 17 | 8/22/2013 | 8/28/2013 | Arthrex brochure: Knotless Rotator Cuff Repair |
| 18 | 8/22/2013 | 8/28/2013 | Arthrex brochure: Fulfilling the Need for Precision and Speed - Rotator Cuff Repair |
| 20 | 8/22/2013 | 8/28/2013 | Arthrex brochure: SutureBridge Rotator Cuff Repair |
| 21 | 8/22/2013 | 8/28/2013 | Arthrex brochure: Knotless Rotator Cuff Repair |
| 25 | 8/22/2013 | 8/28/2013 | Website printout – SpeedBridge Double Row technique |
| 29 | 8/27/2013 | 8/28/2013 | 2009-01-08 Sales Bulletin |
| 33 | 8/22/2013 | 8/28/2013 | 2010-01-25 Email Benavitz to Check re Updated Preliminary Estimates |
| 35 | 8/26/2013 | 8/28/2013 | PowerPoint – Fixation Comparisons for Rotator Cuff Repairs |
| 36 | 8/27/2013 | 8/28/2013 | 2004-02-09 Email Cottle to Guanche re Ribbed FiberWire |
| 37 | 8/27/2013 | 8/28/2013 | 2005-04-25 Email Cottle to Waterhouse et al. re ar-1934PS |

| NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 39 | 8/27/2013 | 8/28/2013 | 2004-01-20 Email Holloway to Cottle et al. re Testing this Week |
| 51 | 10/7/2013 | 10/8/2013 | 2007-06-26 Email Benavitz to R. Schmieding re For your review |
| 54 | 8/27/2013 | 8/28/2013 | 2007-05-03 Email Benavitz to Holter et al. re shoulder revenue |
| 60.1 | 8/27/2013 | 8/28/2013 | 2006-03-02 Email Benavitz to David et al. re Arthrex SutureBridge Construct (Exh 60 as redacted) |
| 71 | 8/27/2013 | 8/28/2013 | 2007-05-21 Email Wagner to Harkey et al. re SutureBridge kit |
| 72 | 8/22/2013 | 8/28/2013 | Biocomposite 16 Pushlock 4.5 Millimeter with packaging |
| 73 | 8/22/2013 | 8/28/2013 | 2005-11-08 Email Sodeika to Benavitz et al. re text for Scope This Out |
| 74 | 8/22/2013 | 8/28/2013 | 2005-11-15 Email Sluss to Sodeika et al. re PushLock demo kit instructions |
| 75 | 8/22/2013 | 8/28/2013 | 2005-12-14 Email Sodeika to ElAttrache et al. re FW Dr. Guerra's first PushLock SutureBridge double row cuff repair |
| 76 | 8/22/2013 | 8/28/2013 | 2005-12-23 Email Sodeika to ElAttrache et al re Suture bridge technique |
| 77 | 8/22/2013 | 8/28/2013 | 2005-12-29 Email Sodeika to Cole et al. re Suture Bridge with PushLock technique |
| 79 | 8/22/2013 | 8/28/2013 | 2006-01-05 Email Guerra to Sodeika re Suture bridge |
| 80 | 8/22/1013 | 8/28/2013 | 2006-01-09 Email Sodeika to Cole et al. re FW Contact |
| 85 | 8/22/2013 | 8/28/2013 | 2007-11-15 Email Sodeika to Dreyfuss et al re ElAttrache SutureBridge problem |
| 86 | 8/22/2013 | 8/28/2013 | 2008-03-12 Email Sodeika to Shufelt re Additional info on complaint CA62523 - AR-19268 Eyelet Breakages... |
| 87 | 8/22/2013 | 8/28/2013 | 2009-04-30 Email Sodeika to Complaints et al. re PushLock Eyelet Complaint |
| 88 | 8/22/2013 | 8/28/2013 | 2009-05-01 Email Sodeika to Complaints et al. re PushLock Eyelet breakage |
| 89 | 8/22/2013 | 8/28/2013 | 2009-05-02 Email Sodeika to Complaints et al. re PushLock Eyelet breakage |
| 90 | 8/22/2013 | 8/28/2013 | 2009-05-16 Email Sodeika to Complaints et al. re Multiple PushLock Eyelet issues |
| 96 | 8/22/2013 | 8/28/2013 | 2011-05-26 Email Sodeika to Hawkins re Lateral Row First |
| 111 | 8/22/2013 | 8/28/2013 | 2006-04-17 Email Maas to Benavitz re FW The Inside Out Report |
| 112 | 8/22/2013 | 8/28/2013 | 2006-12-07 Email R. Schmieding to ElAttrache re Arthrex upper extremity product development |
| 114 | 8/22/2013 | 8/28/2013 | 2008-04-12 Email R Schmieding to ElAttrache re FW Tony Romero - SpeedBridge |

| NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 122 | 8/22/2013 | 8/28/2013 | 2005-12-18 Email R. Schmieding to ElAttrache et al. re Suture bridge Surgical Technique Video |
| 123 | 8/22/2013 | 8/28/2013 | 2006-01-06 Email R. Schmieding to ElAttrache et al. re Suture bridge action points |
| 127 | 8/22/2013 | 8/28/2013 | 2007-01-15 Email R. Schmieding to ElAttrache re SutureBridge competition |
| 140 | 8/22/2013 | 8/28/2013 | 2007-01-12 Email O'Keefe to R. Schmieding re KFX |
| 144 | 8/22/2013 | 8/28/2013 | 2007-05-02 Email R. Schmieding to Willobee et al re Fw Versalok testing |
| 156 | 8/26/2013 | 8/28/2013 | "AR-2324BCM, which is a 4.75 millimeter 11 biocomposite SwiveLock self-punching version" |
| 159 | 8/26/2013 | 8/28/2013 | 2006 Article: Biomechanical Comparison of a Single-Row Versus Double-Row Suture Anchor Technique for Rotator Guff Repair |
| 160 | 8/26/2013 | 8/28/2013 | 2007 Article: Part l: Footprint contact characteristics for a transosseous-equivalent rotator cuff repair technique compared with a double-row repair technique |
| 161 | 8/26/2013 | 8/28/2013 | 2006 Article: "Transosseous-Equivalent" Rotator cuff Repair Technique |
| 162 | 8/26/2013 | 8/28/2013 | Park, C., et al., "Part II: Biomechanical assessment for a footprint-restoring transosseous-equivalent rotator cuff repair technique compared with a double-row repair technique," J. Shoulder Elbow Surg., Volume 16, No. 4 |
| 166 | 8/26/2013 | 8/28/2013 | 2004-02-09 Email Cottle to ElAttrache re Ribbed FiberWire & FiberTape |
| 167 | 8/26/2013 | 8/28/2013 | 2004-05-01 Email R. Schmieding to Dreyfuss et al. re FW knotless Fibertape RC repair |
| 428 | 8/27/2013 | 8/28/2013 | 2003-09-12 Email Guanche to Wyman re March 22 shoulder repair lab |
| 468 | 8/27/2013 | 8/28/2013 | Arthrex brochures - Biotenodesis screw system |
| 476 | 8/26/2013 | 8/28/2013 | 2004-04-12 Email Holloway to Serntri@aol.com re double row rotator cuff repair |
| 482 | 8/26/2013 | 8/28/2013 | 2010-04-21 Sales bulletin – Vented BioComposite SwiveLock |
| 510 | 10/7/2013 | 10/8/2013 | 2006-04-30 Email from Phil O'Quinn To Kevin Price, Andy Stewart re: Western Region 4-29 |
| 512 | 10/8/2013 | 10/8/2013 | 2006-07-31 Email from John Sodeika To Paul Mackin Cc Bill Benavitz, Reinhold Schmieding, Assistant Regional Managers, Regional Managers re: MidwestUpdate |
| 525 | 8/26/2013 | 8/28/2013 | Native video (WMV) Suture Bridge Rotator Cuff Repair Featuring the PushLock Anchor, Neal S. ElAttrache, M.D. |

| NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 531 | 8/26/2013 | 8/28/2013 | 2010-06-25 Letter from Sally Foust (Arthrex) to FDA re: 510(k) Pre-Market Notification: Arthrex SwiveLock Anchors |
| 532 | 8/22/2013 | 8/28/2013 | File History for Ex Parte Reexamination of U.S. Patent 7,585,311 |
| 533 | 8/28/2013 | 8/28/2013 | Utility Application 11/143007 |
| 534 | 8/21/2013 | 8/28/2013 | Provisional Application for Patent 06/576477 |
| 539 | 8/27/2013 | 8/28/2013 | Native video (MP4) Arthroscopic SpeedBridge Double Row Rotor Cuff Repair, Peter Millett |
| 540 | 8/26/2013 | 8/28/2013 | Native video (MP4) PASTA SutureBridge, Stephen S. Burkhard, M.D. |
| 542 | 10/8/2013 | 10/8/2013 | Total cost and operating room time comparison of rotator cuff repair techniques at low, intermediate, and high volume centers: Mini-open versus all-arthroscopic, J. Shoulder Elbow Surg. (2010) 19, 716-721, Churchill, et al. |
| 552 | 8/26/2013 | 8/28/2013 | June 29, 2005, Section IX. 510(k) Summary of Safety and Effectiveness, Arthrex PushLock, K051219 |
| 553 | 8/26/2013 | 8/28/2013 | Jan. 7, 2011, 3 510(k) Summary of Safety and Effectiveness, re: K101823, Arthrex Swivelock Anchors |
| 591 | 8/28/2013 | 8/28/2013 | Greenleaf "ElAttrache" demo (specifically the close up 1 and 3) |
| 666 | 8/27/2013 | 8/28/2013 | SutureBridge Sales Bulletin, April 10, 2006 |
| 674 | 10/7/2013 | 10/8/2013 | iData Research Report, "U.S. Market for Arthroscopic Devices" August 2008 |
| 689 | 8/27/2013 | 8/28/2013 | 2010-04-06 Email from John Sodeika to Bunmoku Tei, et al. re: The market information of suture anchors by type in rotator cuff repairs outside of Japan |
| 694 | 10/7/2013 | 10/8/2013 | United States Sales for Items Listed January 2009 through December 2012 with related expenses, Arthrex, February 22, 2013 |
| 727 | 8/22/2013 | 8/28/2013 | 2004-09-17 Provisional Application For Patent Attachment: Means To Secure Soft Tissue to Rigid Material |
| 732 | 8/26/2013 | 8/28/2013 | Speedbridge 1 Screenshot – PDF of Screenshot from Five Corners. |
| 734 | 8/26/2013 | 8/28/2013 | Suturebridge Screenshot – PDF of Screenshot from Five Corners. |
| 743 | 8/27/2013 | 8/28/2013 | 2005-10-14 Benavitz approval of PL Sales Bulletin |
| 772 | 8/22/2013 | 8/28/2013 | Imhoff, Ticker, Fu. An Atlas of Shoulder Arthroscopy. Martin Dunitz (2003) |
| 773 | 8/22/2013 | 8/28/2013 | Fu, Ticker, Imhoff. An Atlas of Shoulder Surgery. Martin Dunitz (1998) |

| NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 796 | 8/22/2013 | 8/28/2013 | Plaintiff's Provisional Application for Patent No. 60/634174 for "SUTURE ATTACHMENT FOR SECURING SOFT TISSUE TO RIGID MATERIAL" dated December 7, 2004. |
| 799 | 8/21/2013 | 8/28/2013 | 2000-11-20 Letter from Joseph Tauro to Bill Benavitz Attaching Signed Confidential Non-Disclosure Agreement |
| 804 | 8/21/2013 | 8/28/2013 | 2002-10-12 Email from Bill Benavitz to Joseph Tauro Re Nottage Meeting |
| 815 | 8/26/2013 | 8/28/2013 | Physical Exhibit- BioTenodesis driver |
| 816 | 8/28/2013 | 8/28/2013 | Physical Exhibit- 5x15 BioTenodesis screws |
| 820 | 8/26/2013 | 8/28/2013 | Physical Exhibit – SpeedBridge Kit |
| 852 | 8/22/2013 | 8/28/2013 | Summary of research study |
| 859 | 8/21/2013 | 8/28/2013 | Tauro, J., "Arthroscopic Rotator Cuff Repair: Analysis of Technique and Results at 2- and 3-Year Follow Up," Arthroscopy: The Journal of Arthroscopic and Related Surgery, Vol. 14, No. 1 (January-February) 1998 |
| 864 | 8/22/2013 | 8/28/2013 | Slide presentation titles "KFx Medical Corporation |
| 867 | 8/21/2013 | 8/28/2013 | Lab notebook |
| 901. | 10/7/2013 | 10/8/2013 | Exhibit A-3U to the 2013-07-18 Supplemental Expert Report of George Strong: Methodology 1: Estimated Quantity of Anchors Used in SutureBridge Procedures |
| 902. | 10/7/2013 | 10/8/2013 | Exhibit A-5U to the 2013-07-18 Supplemental Expert Report of George Strong: Methodology 1: Estimated Quantity of Anchors Used in SpeedBridge Procedures |
| 903. | 10/7/2013 | 10/8/2013 | Exhibit A-9U to the 2013-07-18 Supplemental Expert Report of George Strong: Methodology 2: Estimated Quantity of Anchors Used in SutureBridge Procedures |
| 904. | 10/7/2013 | 10/8/2013 | Exhibit A-10U to the 2013-07-18 Supplemental Expert Report of George Strong: Methodology 2: Estimated Quantity of Anchors Used in SpeedBridge Procedures |
| 905. | 10/7/2013 | 10/8/2013 | Exhibit A-12U to the 2013-07-18 Supplemental Expert Report of George Strong: Methodology 3: Estimated Quantity of Anchors Used in SutureBridge Procedures |
| 906. | 10/7/2013 | 10/8/2013 | Exhibit A-13U to the 2013-07-18 Supplemental Expert Report of George Strong: Methodology 3: Estimated Quantity of Anchors Used in SpeedBridge Procedures |
| 909. | 10/7/2013 | 10/8/2013 | Exhibit B-7U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 1A: Incremental Profit Earned Due to Infringement with SutureBridge |
| 910. | 10/7/2013 | 10/8/2013 | Exhibit B-8U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 1A: Incremental Profit Earned Due to Infringement with SpeedBridge |
| 911. | 10/7/2013 | 10/8/2013 | Exhibit B-9U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 2A: Incremental Profit Earned Due to Infringement with SutureBridge |

| NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| 912. | 10/7/2013 | 10/8/2013 | Exhibit B-10U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 2A: Incremental Profit Earned Due to Infringement with SpeedBridge |
| 913. | 10/7/2013 | 10/8/2013 | Exhibit B-11U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 3A: Incremental Profit Earned Due to Infringement with SutureBridge |
| 914. | 10/7/2013 | 10/8/2013 | Exhibit B-12U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 3A: Incremental Profit Earned Due to Infringement with SpeedBridge |
| 915. | 10/7/2013 | 10/8/2013 | Exhibit B-14U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 1B: Incremental Profit Earned Due to Infringement with SutureBridge |
| 916. | 10/7/2013 | 10/8/2013 | Exhibit B-15U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 1B: Incremental Profit Earned Due to Infringement with SpeedBridge |
| 917. | 10/7/2013 | 10/8/2013 | Exhibit B-16U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 2B: Incremental Profit Earned Due to Infringement with SutureBridge |
| 918. | 10/7/2013 | 10/8/2013 | Exhibit B-17U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 2B: Incremental Profit Earned Due to Infringement with SpeedBridge |
| 919. | 10/7/2013 | 10/8/2013 | Exhibit B-18U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 3B: Incremental Profit Earned Due to Infringement with SutureBridge |
| 920. | 10/7/2013 | 10/8/2013 | Exhibit B-19U to the 2013-07-18 Supplemental Expert Report of George Strong: Scenario 3B: Incremental Profit Earned Due to Infringement with SpeedBridge |
| 933 | 10/7/2013 | 10/8/2013 | Spreadsheet: Arthrex USA Sales for Items Listed January 2013 thru June 2013 |
| 936 | 10/7/2013 | 10/8/2013 | 2013-08-12 License Agreement between KFx Medical Corporation and Smith & Nephew, Inc. re U.S. Patent Nos. 7.585.311; 8,100,942; and 8,109,969 |
| 937 | 8/28/2013 | --- | Designation of Deposition testimony of Benavitz, Schmieding, Sodeika and Cottle |
| 938 | 10/7/2013 | --- | 2010.12.17 Email from Benaitz to Mackin, Dreyfus re Parcus at Aurora in Sheboygan |
| 939 | 10/8/2013 | 10/8/2013 | George Strong – Estimated Reasonable Royalty Damages |
| DX 5002 | 8/27/2013 | 8/28/2013 | 7585311 (Green, et al.) [DDX 012 (Scott); KFX0000001-KFX0000038] |
| DX 5024 | 10/8/2013 | 10/8/2013 | Mitek-Arthrex, License Agreement [ARTH_0008209-ARTH_0008226] |
| DX 5026 | 10/8/2013 | 10/8/2013 | Axya Medical-Arthrex, License Agreement [ARTH_0008314-ARTH_0008318] |
| DX 5028 | 10/8/2013 | 10/8/2013 | Arthroteck-Arthrex License Agreement [ARTH_0008299-ARTH_0008303] |

| NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| DX 5054 | 10/7/2013 | 10/8/2013 | Millet-Arthrex, Royalty Agreement [ARTH_1077483-ARTH_1077491] |
| DX 5121 | 8/26/2013 | 8/28/2013 | Millet, et al., Mattress Double Anchor Footprint Repair: A Novel, Arthroscopic Rotator Cuff Repair Technique [ARTH_0000136-ARTH_0000140] |
| DX 5134 | 8/22/2013 | 8/28/2013 | Chu, et al., Comparison of Completely Knotless and Hybrid Double-Row Fixation Systems: A Biomechanical Study [DDX 035 (Scott); ARTH_0174147-ARTH_0174153] |
| DX 5220 | 8/26/2013 | 8/28/2013 | MPI 598 Volume 2 of 3 – Titanium Plate, Screws & Lock Washers [ARTH_0077675-ARTH_0078188] |
| DX 5222 | 8/26/2013 | 8/28/2013 | MPI 635 Book 1 of 5 - 3mm Bio-Absorbable Knotless Anchor and 5mm Bio-Absorbable Knotless Anchor (Knotless or Knotted Suture Fixation for Labrum and Cuff) [PDX 043 (Dreyfuss); ARTH_0032643-ARTH_0033088] |
| DX 5302 | 8/26/2013 | 8/28/2013 | A. Holloway email to M. Park re Kerlan-Jobe study, attaching Park, et al, Footprint Pressure Distributions for a New Suture Anchor Transosseous-Equivalent Rotator Cuff Repair [PDX 010 (Willobee); ARTH_0184605-ARTH_0184618] |
| DX 5324 | 8/26/2013 | 8/28/2013 | E. Keenan email to J. Wyman et al., re PS Kits for New Hires and All Sales Reps [ARTH_0179968-ARTH_0179970] |
| DX 5352 | 8/27/2013 | 8/28/2013 | A. Cho email to J. Schmieding re key patent in regard to using it offensively against Smith Nephew and Johnson & Johnson [PDX 196 (J. Schmieding); ARTH_1217094-ARTH_1217095] |
| DX 5418 | 10/8/2013 | 10/8/2013 | USA Sales for Items Listed by Customer January 2009 thru November 2012 [ARTH_1254808] |
| DX 5423 | 10/8/2013 | 10/8/2013 | US Sales for Items Listed by Customer January 2009 thru November 2012 [ARTH_1257895] |
| DX 5477 | 8/27/2013 | 8/28/2013 | 2013.02.21 Greenleaf-Ex 01-Greenleaf CV |
| DX 5480 | 10/8/2013 | 10/8/2013 | 2013.04.18 Reed-Tab 01 - Brett L. Reed - CV |
| DX 5483 | 10/8/2013 | 10/8/2013 | Additional Customer Data [ARTH_1257896] |
| DX 5507 | 8/27/2013 | 8/28/2013 | CGO Opinion Letter '311 [CGO0000001-120] |
| DX 5508 | 8/27/2013 | 8/28/2013 | CGO Opinion Letter '942 [CGO0000121-249] |
| DX 5509 | 8/27/2013 | 8/28/2013 | CGO Opinion Letter '969 [CGO0000250-379] |
| DX 5510 | 8/27/2013 | 8/28/2013 | CGO Opinion Letter - Invalidity [CGO0000380-619] |
| DX 5511 | 8/27/2013 | 8/28/2013 | CGO Opinion Letter '311, '942, 969 Infringement [CGO0000620-623] |
| DX 5544 | 8/27/2013 | 8/28/2013 | 5584835 (Greenfield) [DDX 118 (Green); ARTH_0002036-ARTH_0002054] |
| DX 5557 | 8/27/2013 | 8/28/2013 | 5891168 (Thal) [DDX 104 (Melnick); ARTH_0002192-ARTH_0002198] |
| DX 5621 | 8/26/2013 | 8/28/2013 | 6544281 (ElAttrache, et al.) [DDX 165 (Ticker); ARTH_0005429-ARTH_0005447] |
| DX 5726 | 8/26/2013 | 8/28/2013 | Lab / Technique photos [DDX 168 (Ticker); ARTH_0004623] |
| DX 5727 | 8/26/2013 | 8/28/2013 | Lab / Technique photos [DDX 168 (Ticker); ARTH_0004624] |
| DX 5728 | 8/27/2013 | 8/28/2013 | Lab / Technique photos [DDX 168 (Ticker); ARTH_0004625] |

| NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
| DX 5730 | 8/26/2013 | W/DRAWN | Bio-Tenodesis, Cadaver [PDX 012 (Willobee); ARTH_0000117] |
| DX 5731 | 8/27/2013 | 8/28/2013 | Lab / Technique photos [ARTH_0004622] |
| DX 5734 | 8/21/2013 | 8/28/2013 | Photo - Five men in scrubs, surgery [DDX 117 (Green); TAUR00000001] |
| DX 5753 | 8/26/2013 | 8/28/2013 | MDA Slides [ARTH_0004649-ARTH_0004651] |
| DX 5770 | 8/22/2013 | 8/28/2013 | SutureCross, Montreux Partners [DDX 060 (Scott); KFX0029663-KFX0029693] |
| DX 5776 | 10/7/2013 | 10/8/2013 | Evaluation of J&J offer [DDX 063 (Scott); KFX0032229-KFX0032272] |
| DX 5795 | 8/26/2013 | 8/28/2013 | ElAttrache Surgical Report, rotator cuff tear, left shoulder [PDX 008 (Willobee); ARTH_0030792-ARTH_0030794] |
| DX 5805 | 8/27/2013 | 8/28/2013 | Clinical Evaluation: Anchors, Section 3 Part B [ARTH_0935448-ARTH_0935465] |
| DX 5846 | 8/26/2013 | 8/28/2013 | Cottle, Double Row Anchor Technique [DDX 167 (Ticker); ARTH_0000030-ARTH_0000034] |
| DX 5854 | 8/26/2013 | 8/28/2013 | Arthrex dual row rotator cuff repair technique, with Testing Data [DDX 169 (Ticker); ARTH_0004507-ARTH_0004508] |
| DX 5860 | 8/26/2013 | 8/28/2013 | SutureBridge Double Row Rotator Cuff Repair using the Bio-PushLock and Bio-Corkscrew FT (LT0515A) [ARTH_0029196-ARTH_0029201] |
| DX 5878 | 8/27/2013 | 8/28/2013 | Achilles SutureBridge (LT0460D) [ARTH_0029078-ARTH_0029083] |
| DX 5887 | 8/26/2013 | 8/28/2013 | Knotless Rotator Cuff Repair (LT0219D) [ARTH_0004509-ARTH_0004516] |
| DX 5893 | 8/26/2013 | 8/28/2013 | SutureBridge Rotator Cuff Repair (LT0515E) [DDX 110 (Melnick); ARTH_0029220- ARTH_0029225] |
| DX 5965 | 8/26/2013 | 8/28/2013 | [Physical Exhibit] AR-1922BC (BioComposite PushLock) |
| 6019 | 10/7/2013 | 10/8/2013 | Declaration of W. Tate Scott, dated |
| 6025 | 10/7/2013 | 10/8/2013 | Email from Tate Scott to   October 9, 2013 |
| 6028 | 10/7/2013 | 10/8/2013 | Email from Tate Scott to David Evans, August 9, 2013 |
| 6137 | 10/7/2013 | 10/8/2013 | Part of Draft non-exclusive license agreement |
| 6041 | 10/7/2013 | 10/8/2013 | DDX 209 - Executed License with Smith & Nephew |
| 6042 | 10/7/2013 | 10/8/2013 | DDX 210 – Estimated Volume of Sales of Licenced Products |
| 6043 | 10/7/2013 | 10/8/2013 | DDX 211 – Shoulder Franchise Annual Expense Estimate |
| 6044 | 10/8/2013 | 10/8/2013 | |
| 6045 | 10/7/2013 | 10/8/2013 | S&N brochure re arthroscopic shoulder repair using the S&N footprint PK suture anchor |
| 6047 | 10/7/2013 | 10/8/2013 | DDX 215 - Email from Mr Evans to Tate Scott |
| 6144 | 10/7/2013 | 10/8/2013 | Modified brochure for SpeedBridge |
| 6145 | 10/7/2013 | 10/8/2013 | Modified brochure for SutureBridge |

| NO. | DATE MARKED | DATE ADMITTED | DESCRIPTION |
|---|---|---|---|
|  |  |  |  |
| 6148 | 10/8/2013 | 10/8/2013 | Smith&Nephew Technique Guide |
|  |  |  |  |
| 6150 | 10/8/2013 | 10/8/2013 | License Agreement between Smith & Nephew and Lee Kaplan |
| 6151 | 10/8/2013 | 10/8/2013 | Amendment to 6150 |
| 6152 | 10/8/2013 | 10/8/2013 | Technique Guide Footprint PK |
| 6153 | 10/8/2013 | 10/8/2013 | S&N brochure re Rotator Cuff Disease/Repair/Technique |
| 6154 | 10/8/2013 | 10/8/2013 | S&N brochure re Trusted Materials |
| 6156 | 10/8/2013 | 10/8/2013 | 2013.09.30 – Reed Second Supplemental Report – Tab 2F |
| 6157 | 10/8/2013 | 10/8/2013 | 2013.09.30 –Reed Second Supplemental Report –Tab F1 |
|  |  |  |  |
| 6171 | 10/8/2013 | --- | Video Deposition designation of Mark Gorman |
|  |  |  |  |