

FILED
OCT 09 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>                        Plaintiff,<br>vs.<br>ARTHREX INCORPORATED, a Delaware corporation,<br><br>                        Defendant. | CASE NO. 11cv1698 DMS (BLM)<br><br>**JURY VERDICT FORM - PHASE 2** |

    Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this verdict form after due deliberation.

## DAMAGES

    What is the amount of damages that Arthrex should pay KFx for infringement of the KFx patents?

Total Damages Amount: __29 Million__

DATED: __10/9/2013__                        _Deborah L. Early_
                                                                                Foreperson