Joseph F. Jennings (State Bar No. 145,920)
joe.jennings@knobbe.com
Brian Horne (State Bar No. 205,621)
brian.horne@knobbe.com
Sean M. Murray (State Bar No. 213,655)
sean.murray@knobbe.com
Sarah Lampton (State Bar No. 282,404)
sarah.lampton@knobbe.com
Marissa Calcagno (State Bar No. 279,783)
marissa.calcagno@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
KFx Medical Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORPORATION, a Delaware corporation,<br><br>      Plaintiff and Counterdefendant,<br><br>      v.<br><br>ARTHREX, INCORPORATED, a Delaware corporation,<br><br>      Defendant and Counterclaimant. | Case No. 11cv1698 DMS (BLM)<br><br>**SECOND DECLARATION OF TATE SCOTT IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE JUDGMENT AND MAKE ADDITIONAL FINDINGS**<br><br>Date:  January 31, 2014<br>Time: 1:30 p.m.<br>Courtroom 13A<br>Honorable Dana M. Sabraw |

1    I, Tate Scott, declare and state as follows:

2    I am the President and CEO of KFx Medical Corporation in this action.

3    The following statements are based on my personal knowledge unless otherwise

4    indicated.  I could and would testify concerning these matters if called upon to

5    do so.

6    1.    Attached hereto as Exhibit P is a true and correct copy of the Final

7    Program for the 32nd Fall Course of the Arthroscopic Association of North

8    America ("AANA"), which I attended.  Although I did not attend Dr. Millett's

9    breakout session, it is referenced at page 15 of the Final Program.  As is typical

10   at these conferences, the AANA limits attendance at breakout sessions.

11   Specifically, the Final Program states at page 14 (emphasis added):

12   The Focus Demonstration sessions are intended to offer you a

13   unique experience.  To keep the atmosphere informal and hands-

14   on, each demonstration is *limited to 20 participants* and one or two

15   faculty members.  This will allow a hands-on experience and easy

16   dialogue with the "experts."  The faculty members will discuss

17   pearls and pitfalls for each procedure.  Please register for the Focus

18   Demo's of your choice on the registration form.  There is no

19   registration fee for a Focus Demo.

20   I declare under the penalty of perjury of the laws of the United States of

21   America that the foregoing is true and correct.

22

23   Executed on January 9, 2014, in San Diego, California.

24

25

26   Tate Scott

27

28

1

1

## <u>TABLE OF EXHIBITS</u>

2

<u>Page No.</u>

3

Exhibit P ........................................................................................1

4

5

6

7

8

16978885

9

010714

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT P



# 2013 FALL COURSE

## Target Audience

The primary target audience of the Arthroscopy Association of North America's Fall Course is members and non-members who desire to improve their arthroscopic knowledge and skill.

## Overall Learning Objectives

Upon completion of the activity, participants will:

- Review and apply basic knowledge and skills in arthroscopic surgery.
- Update their knowledge about recent research in the field of arthroscopic surgery.
- Assess the relationship of evidence-based diagnostic approaches to various intra-operative and post-operative issues.
- Develop new skills to improve their everyday practice of arthroscopic surgery.

## Accreditation

The Arthroscopy Association of North America is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to provide continuing medical education for physicians.

### Education Committee

Benjamin Shaffer, MD, *Chairman*
Thomas R. Carter, MD
Alan S. Curtis, MD
Mark C. Drakos, MD
Richard D. Ferkel, MD
Larry D. Field, MD
Jeffrey L. Halbrecht, MD
Laurence D. Higgins, MD
Ronald P. Karzel, MD
John D. Kelly, IV, MD
Jason L. Koh, MD
Marc. R. Labbe, MD
Christopher M. Larson, MD
Kevin D. Plancher, MD
Matthew T. Provencher, MD
Ricardo J. Rodriguez, MD
Steven E. Rokito, MD
Anthony A. Romeo, MD
Allston J. Stubbs, MD
John M. Tokish, MD
Jeffrey Yao, MD

## A Message from the Chairman



Come join us for this year's 32nd Fall Course at the beautiful Cosmopolitan of Las Vegas. This year's Fall program combines didactic and interactive lectures by renowned orthopaedic speakers, free Focus Demonstration workshops displaying cutting-edge technologies and of course, hands-on learning opportunities with personalized and group arthroscopic labs and workshops. The educational format will ensure an interactive and entertaining educational experience with lively and interesting pro and con debate formats. The eighteen Focus Demonstration workshops will feature arthroscopic hip labral repair, anatomic single- and double-bundle ACL and PCL ligament reconstruction, meniscus repair, articular cartilage resurfacing techniques, shoulder Bankart repairs and biceps procedures and knotless anchor systems.  In addition they will emphasize the newest and most advanced rotator cuff repair approaches and methods.  These Focus Demonstrations, incorporating direct surgical intervention on cadaveric specimens, feature small groups of 20 surgeons in an up-close-and-personal environment, allowing the surgeon, moderator and audience to engage directly in an operating room setting. Arthroscopic companies will also introduce novel devices intended to simplify techniques and reduce operative time. We anticipate a comprehensive learning program in the backdrop of a dynamic and exciting city to provide you with this ideal educational opportunity. And when it comes to what you learn at the AANA Fall Course, you and your patients will soon find that when it comes to arthroscopic surgical skills, what happens in Vegas doesn't stay in Vegas. See you there!

**Benjamin Shaffer, MD**
*AANA Education Committee Chairman*

2

EXHIBIT P
PAGE 2

## Cadaver & Model Labs

In order to further enrich and augment the cadaveric lab experience in the Knee and Shoulder, a model lab session will precede each lab. The intent is to allow the participant a "practice" session to attempt new techniques and skills before working on a cadaver. In turn, the experience in the cadaver lab will be much more efficient in reaching the participants' educational goals.

## Mini-Fellowships

The "Premier" experience at the Fall Course will be the Mini-Fellowships. *This is the Best Value in Arthroscopic Education!* For only $100 more than a general laboratory session, you will have a one-on-one cadaver lab experience with a recognized expert. The Mini-Fellowships will give the participant an opportunity to learn new surgical procedures and obtain expert advice on the latest techniques and instrumentation. Prior to the Mini-Fellowship you will be contacted by your instructor and design your own educational experience by selecting the procedures that you would like to perform. You will not only have the opportunity to "operate" with the instructor as your assistant, but you can also attend the corresponding lectures for the same registration fee.

## Engage the Experts Demonstrations

This year's Fall Course will feature a new educational experience, "Engage the Expert Demo". Patterned after the popular Mini-Fellowships, these three new interactive demos will feature an expert surgeon demonstrating a specific surgical technique. A limited group of no more than 5 attendees will be able to actively participate both through "hands on" assisting during the procedure and interacting with the instructor over the two hour session. The participants will explore nuances of the surgical technique, pre-, and post-operative considerations. It is a unique opportunity to engage with a skilled and proficient expert and offers a "hybrid" educational approach. These demos will offer direct access to the surgical procedure as in the Mini-Fellowships, while affording the invaluable interactions and teaching insights acquired in the Focus Demonstrations. There will be three topics pre-selected in advance of the course, one each in the area of the knee, hip and shoulder. Participants will be contacted in advance and provided with information regarding the procedure to ensuring they are prepared to make the most of the educational opportunity. Selection will be on a first come, first served basis for each of the three courses.

## Focus Demonstrations

Focus Demonstrations feature well known arthroscopic surgeons performing selected surgical procedures in a small group environment. This forum creates a more interactive and intimate learning experience. **Focus Demonstrations will be free of charge to participants!** Each Focus Demo is limited to 20 participants. No CME credits" will be provided for this activity.

## Knot Tying

Arthroscopic knot tying is one of the most fundamental yet potentially frustrating skills to master when performing arthroscopic reconstructive procedures. Following this dry lab, participants will be able to understand and tie the basic types of arthroscopic knots (e.g. sliding, non-sliding, locking), understand the principles and practice of suture management and understand and practice tricks for efficient (e.g. flipping the knot) and effective (e.g. maximizing knot and loop security) arthroscopic knot tying. These open, hands-on labs are scheduled prior to each of the shoulder labs (i.e. Shoulder model dry lab, cadaver labs) to allow these skills to translate immediately into the lab setting.

# MEETING AT A GLANCE

| November 6<br>Wednesday | November 7<br>Thursday | November 8<br>Friday | November 9<br>Saturday |
|---|---|---|---|
| | **Registration**<br>7:00 am-6:15 pm | **Registration**<br>7:00 am-5:00 pm | **Registration**<br>7:00 am-12:00 pm |
| | **Technical Exhibits**<br>6:45 am-12:15 pm &<br>7:00 pm-8:30 pm | **Technical Exhibits**<br>6:45 am-1:00pm | **Technical Exhibits**<br>6:45 am-9:00 am |
| | **Knot Tying**<br>2:00 pm-3:00 pm | **Resident/Fellows<br>Symposium**<br>9:00 am-11:00 am | |
| | **Focus Demonstrations**<br>12:30 pm-2:00 pm (A-G) | **Focus Demonstrations**<br>7:00 am-8:30 am (H-M) | **Focus Demonstrations**<br>7:00 am-8:30 am (N-S) |
| | **Mini-Fellowships**<br>8:00 am-10:30 am | **Engage the Experts<br>Demo**<br>10:00 am-12:00 pm | **MRI Interpretation:<br>Knee, Shoulder, & Hip**<br>8:30 am-10:00 am |
| **Registration**<br>3:00 pm-6:30 pm | **Course 100 Shoulder**<br>Lecture<br>7:30 am-11:50 am<br>Lab<br>2:30 pm-5:30 pm<br>Shoulder Model<br>2:30 pm-3:15 pm<br>Cadaver<br>3:15 pm-5:30 pm | **Mini-Fellowships**<br>1:00 pm-3:30 pm | |
| | **Course 101 Hip**<br>Lecture<br>2:00 pm-4:00 pm | **Course 102L<br>Wrist/Elbow**<br>Lecture<br>9:00 am-11:00 am | |
| | **Update on<br>Arthroscopic E & M and<br>Surgical Coding**<br>4:15 pm-6:15 pm | **Course 101 Hip**<br>Model Lab<br>9:00 am-11:00 am | |
| | | **Course 103L Foot/Ankle**<br>Lecture<br>11:00 am-12:30 pm | **Course 104 Knee**<br>Lab<br>9:00 am-12:00 pm<br>Knee Model<br>9:00 am-9:45 am<br>Cadaver<br>9:45 am-12:00 pm |
| | **Reception:<br>Exhibit Hall**<br>7:00 pm | **Course 104 Knee**<br>Lecture<br>1:00 pm-5:00 pm | |

4

**All Lecture Sessions will be Held in Castellana Ballroom 1 & 2**          **www.aana.org**

# ENGAGE THE EXPERTS DEMO

***2.0 Category 1 CME Credits***

**Friday, November 9 * 10:00am – 12:00pm**
**Fee:** Member: $1,000.00 Non-member: $1,200.00
(all lectures are included in this fee)



### Patellofemoral: My Approach to the Patellofemoral Joint Instability: Proximal and Distal Realignment

#### Expert: John P. Fulkerson, MD

Surgical demonstration and discussion about Dr. Fulkerson's approach to patellofemoral joint instability. The participants will have the opportunity to witness and assist with an anatomical dissection of the patellofemoral joint with particular attention to anatomical landmarks to guide repair and reconstruction of the proximal stabilizers of the joint. The role of distal realignment will be discussed and a Fulkerson tibial tubercle osteotomy will be performed. Limit 5

**Objectives:**

At the completion of this course, the participant will be able to:

- Explain the anatomy of the proximal stabilizers of the patellofemoral joint.
- Repair/reconstruct the proximal tissues to safely stabilize the PF joint.
- Classify the indications and performance of a Fulkerson tibial tubercle osteotomy.



### Hip Arthroscopy: My Approach to FAI in the Athlete

#### Expert: Marc J. Philippon, MD

Surgical demonstration and discussion about Dr. Philippon's approach to the athlete's hip.

The participants will have the opportunity to witness and assist with arthroscopic treatment of femoroacetabular impingement of the hip joint in a cadaveric specimen. Included will be discussion about indications for surgery and surgical technique, including the role of iliopsoas release and capsulotomy and repair. Limit 5

**Objectives:**

At the completion of this course, the participant will be able to:

- Identify the indications for surgical FAI treatment in the athlete.
- Apply the technique of acetabular labral repair and femoroplasty.
- Demonstrate the indications and technique of iliopsoas release in the athlete's hip.



### Shoulder: My Approach to the Difficult Rotator Cuff Repair: Subscapularis / Massive Rotator Cuff Tear

#### Expert: Stephen S. Burkhart, MD

Surgical demonstration and discussion about Dr. Burkhart's approach to the difficult rotator cuff repair. The participants will have the opportunity to witness and assist with the repair of a massive rotator cuff tear. The process of tear assessment, the role of capsular and cuff releases and repair techniques will be presented. Limit 5

**Objectives:**

At the completion of this course, the participant will be able to:

- Illustrate how to properly assess rotator cuff tear configuration.
- Demonstrate when and how to perform capsular and tendinous releases.
- Re-attach the retracted tear.

EXHIBIT P
PAGE 5

# MINI-FELLOWSHIPS

*2.5 Category 1 CME Credits"*

**Thursday, November 8**\* 8:00am – 10:30am
**Friday, November 9**\* 1:00pm – 3:30pm
**Fee:** $1,600.00 (all lectures are included in this fee)
**Hip Mini-Fellowship:** $1,800.00 (due to specimen cost; all lectures are included in this fee)

## LEARNING OBJECTIVES

Upon Completion of the Activity, the Participant will:

- Identify a practice skill gap and design an educational intervention to reach that goal.
- Employ specific instrumentation in the laboratory experience to improve practice performance.

## DESCRIPTION

The Mini-Fellowship program offers *The Best value in Arthroscopic Education* at the AANA Fall Course!

For only $100 more than a general lab session, you will have a one-on-one cadaver laboratory experience with a recognized expert and the registration **fee includes all lecture programs.**

During your laboratory experience your instructor will assist you in performing the arthroscopic procedures of your choice and share their insights, technical tips and pearls. As a registrant, you will select the instructor, identify the skills and procedures you would like to master and choose the specific instrumentation you prefer to employ in the 2½ hour lab. In the weeks prior to the Fall Course, you will communicate with your instructor by phone or by e-mail to share your level of experience and design a lab to meet your specific goals and wishes. In the months after your Mini-Fellowship you will employ your new surgical skills for the benefit of your patients.

# Instructors

## Knee



Thomas R. Carter, MD



Peter R. Kurzweil, MD

## Shoulder



Jeffrey S. Abrams, MD



Richard L. Angelo, MD



Matthew T. Provencher, MD



Richard K.N. Ryu, MD



Benjamin Shaffer, MD

## Hip



Marc J. Philippon, MD



Victor M. Ilizaliturri, Jr., MD



Thomas G. Sampson, MD



Michael B. Gerhardt, MD



Allston J. Stubbs, MD

## Ankle/Subtalar



Richard D. Ferkel, MD

## Elbow



Larry D. Field, MD

## Wrist



Jeffrey Yao, MD

EXHIBIT P
PAGE 7

# COURSE OBJECTIVES

## Shoulder Lecture

Upon completion of this course, the participant will be able to:

- Identify and evaluate patients with pain and dysfunction related to rotator cuff tears.

- Examine shoulder pathology in recurrent instability and develop a comprehensive treatment plan to return patient to function.

- Apply arthroscopic techniques to treat disorders of the biceps tendon and degenerative conditions of the shoulder.

## Shoulder Lab

Upon completion of this laboratory, the participant will be able to:

- Identify the anatomy and pathology leading to successful diagnosis and treatment of shoulder problems.

- Examine arthroscopic portal placement for the diagnosis and treatment of common shoulder disorders.

- Apply advanced surgical technique for the diagnosis and treatment of common shoulder disorders.

## Foot & Ankle Lecture

Upon completion of this course, the participant will be able to:

- Develop knowledge of the newest arthroscopic techniques for treating foot and ankle pathology.

- Compare the advantages of arthroscopic vs. open surgery for foot and ankle problems.

- Integrate the newly acquired information of arthroscopic techniques of the foot and ankle into their own practices.

## Hip Lecture

Upon completion of this course, the participant will be able to:

- Recognize intra and extra articular causes of hip pain.

- Describe arthroscopic approaches and techniques for intra and extra articular hip pathology.

- Apply safe techniques to avoid iatrogenic injury to the hip joint.

## Hip Lab

Upon completion of this lab, the participant will be able to:

- Outline the orientation of the arthroscopic anatomy of the hip.

- Practice standard portal placement for central and peripheral compartments.

- Apply various methods of operative hip arthroscopy including debridement, labral repair and hip position and instrument placement for correction of impingement.

## Knee Lecture

Upon completion of this course, the participant will be able to:

- Identify and apply medical knowledge in order to evaluate patients to determine diagnosis and indications for cartilage, meniscal and ligamentous pathology of the knee.

- Examine endoscopic anatomy and arthroscopic and minimally invasive surgical approaches to the knee.

- Apply advanced endoscopic techniques for knee disorders in patients who fail non-operative management of knee pain, deformity and/or limitation of function.

## Knee Lab

Upon completion of this course, the participant will be able to:

- Identify basic and advanced knee arthroscopic anatomy and pathology.

- Experiment with a "hands on" experience with regard to the surgical treatment options and technical alternatives for management of knee cartilage, ligament, and meniscal pathology.

- Classify knee arthroscopic surgical complications and hands on experiences with regard to the prevention of these complications.

## Elbow Lecture

Upon completion of this course, the participant will be able to:

- Review the basics of elbow arthroscopy, including indications, set up, portals and operative methods.

- Identify arthroscopic treatment techniques for osteochondritis lesions of the elbow, management techniques for elbow arthritis and stiffness.

- Review the indications and techniques for arthroscopiclateral epicondylitis release and techniques for treating elbow instability with the arthroscope.

8

**www.aana.org**

# COURSE OBJECTIVES

### Wrist Lecture

Upon completion of this course, the participant will be able to:

- Identify wrist portal anatomy and diagnostic arthroscopy and assess treatment strategies for triangular fibrocartilage lesions.

- Examine the utility of arthroscopy when treating dorsal wrist ganglia.

- Differentiate the use of arthroscopy in the treatment of ulnar impaction syndrome and other wrist arthritis.

- Assess the indications and treatment options for arthroscopic management of scapholunate, lunotriquetral ligament tears and indications for thumb CMC arthroscopy.

### Shoulder Model Laboratory

Upon the completion of this course, the participant will be able to:

- Explain basic shoulder anatomy and the importance of portal position for the performance of diagnostic arthroscopy.

- Develop standard viewing and working portals used in many arthroscopy shoulder procedures.

- Experiment with the necessary steps for successful arthroscopic shoulder procedures including anterior stabilization, rotator cuff repair, SLAP repair and capsular plication.

### Knee Model Laboratory

Upon the completion of this course, the participant will be able to:

- Interpret basic knee anatomy including tunnel placement for single and double bundle ACL ligament reconstruction, standard portals and accessory portals aiding in optimal bone tunnel placement and reaching the posterior knee.

- Demonstrate with instruments, implants, and techniques available for arthroscopic knee procedures.

- Experiment with arthroscopic knee procedures.

### Knot Tying Laboratory

Upon the completion of this course, the participant will be able to:

- Identify basic principles for tying arthroscopic knots.

- Practice how to tie sliding, sliding-locking and non-sliding knots.

- Develop skills to avoid common mistakes when trying knots.

**www.aana.org**

9

# COURSE 100 SHOULDER

**Course Chairman:** Matthew T. Provencher, MD
**Co-Chairman:** Kevin D. Plancher, MD
**Lab Chairman:** Stephen C. Weber, MD
**Co-Chairman:** Alan S. Curtis, MD

**Thursday, November 7**
Course 100 Lecture: 7:30 am – 11:45 am
Castellana Ballroom 1 & 2
Course 100 Lab: 2:30 pm – 5:30 pm (enrollment limit: 60)
See Page 29 for POD Choices

*7 Category 1 CME Credits™ of lecture and lab or 4 Credits™ of lecture*

7:00 am — Continental Breakfast & Visit the Exhibits

7:25 am — Welcome and Introduction
*J.W. Thomas Byrd, MD - AANA President*
*Benjamin Shaffer, MD - Education Chairman*

**Session I: 7:30am – 8:30am**
**Controversies and Technical Pearls for Rotator Cuff Surgery**
*Moderator: Robert H. Bell, MD*

7:30 am — **Treating Full Thickness Rotator Cuff Tears: Advances in Techniques**
*Ian K.Y. Lo, MD*

7:40 am — **Partial Rotator Cuff Tears-Intratendinous and Variants How to Fix**
*Stephen S. Burkhart, MD*

7:50 am — **How to Repair the Subscapularis Arthroscopically: Ten Easy Steps**
*Kevin D. Plancher, MD*

8:00 am — **Arthroscopy for Failed Cuff Tears**
*Julie Y. Bishop, MD*

8:10 am – 8:30 am — **Case Based Learning I: Common Issues in Rotator Cuff Surgery**
*Moderator: Brian J. Cole, MD, MBA*
*Panelists: Anthony Miniaci, MD, & F. Alan Barber, MD*

**Session II: 8:30am - 9:30am**
**Shoulder Instability – How to Get it Right the First Time**
*Moderator: Benjamin Shaffer, MD*

8:30 am — **Glenohumeral Bone Loss: What is it and How to Optimize Arthroscopic Success**
*Nikhil N. Verma, MD*

8:40 am — **The Hill Sachs Remplissage and Other Techniques: When and How?**
*Richard L. Angelo, MD*

8:50 am — **Posterior Instability: Why this is Important and How to Treat**
*Anthony A. Romeo, MD*

9:00 am — **Open Instability Surgery - Latarjet Technique: What are the Steps?**
*Matthew T. Provencher, MD*

9:10 am – 9:30 am — **Case Based Learning II Will Someone Tell Me the Truth?**
*Moderator: Richard KN Ryu, MD*
*Panelists: Larry D. Field, MD, Kevin D. Plancher, MD, Matthew T. Provencher, MD, & Benjamin Shaffer, MD*

**Session III: 9:30am – 10:00am**
**Controversial Shoulder Topics**
*Moderator: Julie Y. Bishop, MD*

9:30 am — **AC Joint Separations: Should I Fix and How to Optimize Outcomes**
*Robert H. Bell, MD*

9:40 am — **SLAP Tears: Real or Imagined?**
*Stephen J. Snyder, MD*

9:50 am – 10:10 am — **Case Based Learning III Primum Non Nocere: Is It Necessary?**
*Moderator: Robert T. Burks, MD*
*Panelists: Jeffrey S. Abrams, MD, James C. Esch, MD & Mark H. Getelman, MD*

10:10 am – 10:40 am — Break and Visit the Exhibitis

**Session IV: 10:40 am – 11:50 am**
**Challenging Shoulder Problems: Sleepless Nights**
*Moderator: Alan S. Curtis, MD*

10:40 am — **Glenohumeral Arthritis in the Young Patient: What to Do?**
*Peter J. Millett, MD*

10:50 am — **Biceps Tenotomy vs. Tenodesis: Decision Making**
*Anthony A. Romeo, MD*

11:00 am — **Rotator Cuff Value in Care: What are the Issues and How Do We Get Better?**
*Louis F. McIntyre MD*

11:10 am — **PRP In Shoulder Surgery: Madoff or Buffett?**
*John D. Kelly, IV, MD*

11:20 am — **Case Based Learning IV: Making a Bad Situation Better**
*Moderator: Kevin D. Plancher, MD*
*Panelists: William R. Beach, MD, Alan S. Curtis, MD, Julie A. Dodds, MD, & Peter J. Millett, MD*

11:50 am — Adjourn/Lunch Provided in the Exhibit Hall

**10**

# COURSE 101 HIP

**Course Chairman**: Allston J. Stubbs, MD
**Model Lab Chairman:** Christopher M. Larson, MD

**Thursday, November 7**
Course 101 Lecture: 2:00 pm – 4:00 pm

**Friday, November 8**
Course 101 Hip MODEL Lab: 9:00 am – 11:00 am (enrollment limit: 44)

*4 Category 1 CME Credits™ of lecture and lab or 2 Credits™ of lecture*

| | | |
|---|---|---|
| 2:00 pm | **Introduction** | |
| | *Allston J. Stubbs, MD* | |
| 2:05 pm | **AIIS Impingement** | |
| | *Christopher M. Larson, MD* | |
| 2:15 pm | **CAM Impingement in the Athlete** | |
| | *Michael B. Gerhardt, MD* | |
| 2:25 pm | **Hip Arthroscopy Practice Management** | |
| | *John J. Christoforetti, MD* | |
| 2:35 pm | **Sciatic Entrapment** | |
| | *Hal D. Martin, DO* | |
| 2:45 pm | **Arthroscopy vs THA** | |
| | *Shane J. Nho, MD* | |
| 2:55 pm | **Labral Cartilage: Repair or Reconstruct?** | |
| | *Marc J. Philippon, MD* | |
| 3:05 pm | **The Ischio-Hamstring Complex** | |
| | *Carlos A. Guanche, MD* | |
| 3 :15 pm | **Protecting the Articular Surface** | |
| | *Victor M. Ilizaliturri, Jr., MD* | |
| 3:25 pm | **Adolescent Hip Arthroscopy** | |
| | *Yi Meng Yen, MD* | |
| 3:35 pm | **Hip Microfracture** | |
| | *Allston J. Stubbs, MD* | |
| 3:45 pm | **Question and Answer Session** | |
| 4:00 pm | **Adjourn** | |

EXHIBIT P
PAGE 11

# COURSE 102L WRIST & ELBOW

**Course Chairman:** Jeffrey Yao, MD
**Co-Chairman:** Scott P. Steinmann, MD

**Friday, November 8 Castellana Ballroom 1 & 2**
Course 102 Lecture: 9:00 am – 11:00 am

*2 Credits™ of Category 1 CME Credits™ of lecture*

**Elbow**
Moderator: *Scott P. Steinmann, MD*

9:00 am   **Elbow Arthroscopy: Basic to Advanced –
Diagnostic Exam Made Simple
(Set up, Portals)**
*E. Rhett Hobgood, MD*

9:10 am   **Arthroscopic Treatment of Osteochondral
Lesions – Emerging Techniques**
*Julie E. Adams, MD*

9:20 am   **Tennis Elbow Release;** *Glen Ross, MD*

9:30 am   **Arthroscopic Treatment of Elbow Arthritis**
*Emilie Cheung, MD*

9:40 am   **Common Mistakes in Elbow Arthroscopy**
*Scott P. Steinmann, MD*

9:50 am   **Pearls of Elbow Arthroscopy;**
*Larry D. Field, MD*

**Wrist**
Moderator: *Jeffrey Yao, MD*

10:00 am   **Wrist Arthroscopy: Basic to Advanced –
Diagnostic Exam Made Simple
(Set up, Portals)**
*Noah D. Weiss, MD*

10:08 am   **Injuries to the TFCC and Their Treatment**
*Kevin D. Plancher, MD*

10:16 am   **Arthroscopic Ganglion Excision**
*Jeffrey Yao, MD*

10:24 am   **Emerging Techniques in Arthroscopic
Treatment of CMC Arthritis and STT Arthritis**
*Julie E. Adams, MD*

10:32 am   **Arthroscopic Treatment of Ulnar Impaction
Syndrome and Other Wrist Arthritis**
*Glenn Gaston, MD*

10:40 am   **Arthroscopic Treatment of Intercarpal
Ligament Injuries**
*Sidney M. Jacoby, MD*

10:48 am   **Endoscopic Carpal Tunnel Release:
Its Role and Controversy**
*Jonathan Tueting, MD*

10:56 am   Questions

11:00 am   Adjourn

# COURSE 103L FOOT & ANKLE

**Course Chairman:** Richard D. Ferkel, MD

**Friday, November 8 Castellana Ballroom 1 & 2**
Course 103 Lecture 11:00 am – 12:30 pm

*1.5 Credits™ of Category 1 CME Credits™ of lecture*

11:00 am   **Ankle Arthroscopy: When Should I Do It
Supine vs. Prone?**
*James W. Stone, MD*

11:12 am   **Arthroscopic Lateral Ankle Stabilization:
Is It as Good as the Open Technique?**
*Mark C. Drakos, MD*

11:24 am   **Osteochondral Lesions of the Talus:
What is the Best Treatment Algorithm to Use?**
*Eric Giza, MD*

11:36 am   **Arthroscopic Treatment of Ankle Fractures:
Should We All Be Doing It?**
*Richard D. Ferkel, MD*

11:48 am   **Arthroscopic Arthrodesis of the Hindfoot and
Midfoot: When and How to Do It**
*Mark A. Glazebrook, MD*

12:00 pm   **Minimally Invasive Techniques to Treat
Tendinopathies of the Hindfoot: Do They Work?**
*Kenneth Hunt, MD*

12:12 pm   Case Presentations and Discussion

12:30 pm   Adjourn

12

# COURSE 104 KNEE

**Course Chairman:** James H. Lubowitz, MD
**Course Co-Chairman:** Steven E. Rokito, MD

**Laboratory Chairman:** Marc R. Labbe, MD
**Laboratory Co-Chairman:** John D. Kelly, IV, MD

**Friday, November 8**
Castellana Ballroom 1 & 2
Course 104 Lecture: 1:00 pm – 5:00 pm

**Saturday, November 9**
Course 104 Lab: 9:00 am – 12:00 pm *(enrollment limit: 60)*
See Page 29 for POD Choices

*6.5 Category 1 CME Credits™ of lecture and lab or 3.5 Credits™ of lecture only*

**Introduction**
1:00 pm   Introduction
*James H. Lubowitz, MD*

**Meniscus**
*Moderator: James H. Lubowitz, MD*

1:05 pm   **Meniscus Repair: Top 5 Pearls for Inside-out, Outside-in and All-inside Techniques**
*Peter R. Kurzweil, MD*

1:15 pm   **Meniscal Root Pathology: Evidence-based Medicine and My Preferred Approach**
*Thomas R. Carter, MD*

1:25 pm   **Meniscal Allograft: My Preferred Approach, Risks vs. Benefits and How to Deal with Failures**
*John C. Richmond, MD*

1:35 pm   Discussion

**Articular Cartilage**
*Moderator: Vipool K. Goradia, MD*

1:45 pm   **Knee Injection 2013: Evidence-based Medicine and My Preferred Approach**
*Michael J. Rossi, MD*

1:55 pm   **OCD Lesions: When, How, and Top 5 Pearls**
*Steven E. Rokito, MD*

2:05 pm   **Focal Cartilage Defects: Evidence-based Medicine and My Preferred Approach**
*Brian J. Cole, MD, MBA*

2:15 pm   **HTO and UNI: My Preferred Approach and Risks vs. Benefits**
*Thomas M. DeBerardino, MD*

2:25 pm   Discussion

2:35 pm   Break

**ACL**
*Moderator: Jason L. Koh, MD*

3:00 pm   **ACL Femoral and Tibia Anatomy: Evidence-based Medicine and My Preferred Placement**
*Brian R. Waterman, MD*

3:10 pm   **Femoral Socket Technique: Evidence-based Medicine and My Preferred Approach**
*Mark E. Steiner, MD*

3:20 pm   **ACL Fixation: Evidence-based Medicine and My Preferred Approach**
*Nicholas A. Sgaglione, MD*

3:30 pm   **Pediatric ACL with Wide-open Physes: When, How, and Top 5 Pearls**
*Frank A. Cordasco, MD*

3:40 pm   **ACL Revision: My Preferred Approach and Top 5 Pearls**
*Mary Lloyd Ireland, MD*

3:50 pm   Discussion

**Multiligament Knee**
*Moderator: Kevin D. Plancher, MD*

4:00 pm   **Multiligament Knee Injury: My Preferred Approach and Top 5 Pearls**
*Walter R. Shelton, MD*

4:10 pm   **Multiligament Knee Injury: Complications and How to Avoid Them**
*Gregory C. Fanelli, MD*

4:20 pm   Discussion

**Patellar Instability**
*Moderator: John D. Kelly, IV, MD*

4:30 pm   **Patellar Instability: My Preferred Approach and Top 5 Pearls**
*Jeffrey L. Halbrecht, MD*

4:40 pm   **Current Approach & Evidence-based Experience Treating Patellofemoral Pathology**
*John P. Fulkerson, MD*

4:50 pm   Discussion

5:00 pm   Adjourn

EXHIBIT P
PAGE 13

# FOCUS DEMONSTRATIONS

The Focus Demonstration sessions are intended to offer you a unique experience. To keep the atmosphere informal and hands-on, each demonstration is limited to 20 participants and one or two faculty members. This will allow a hands-on experience and easy dialogue with the "experts." The faculty members will discuss pearls and pitfalls for each procedure. Please register for the Focus Demo's of your choice on the registration form. There is no registration fee for a Focus Demo.

**\*\*\*TO REGISTER FOR THE FOCUS DEMONSTRATIONS YOU MUST ALSO REGISTER FOR ANOTHER. COMPONENT OF THE FALL COURSE. NO CME CREDIT WILL BE GIVEN**

### THURSDAY, NOVEMBER 7 • 12:30 PM – 2:00PM

**Session A: Gracia Ballroom Room 1**
**Arthroscopic Treatment of Trochlea & Medial Femoral Condyle Cartilage Defects with Biocartilage**

> **Sponsor:** Arthrex
> *Surgeon: Brian J. Cole, MD, MBA*
> *Moderator: Thomas R. Carter, MD*
> **Goal:** Understand strategies for biologic restoration of articular damage to the knee joint.

**Session B: Gracia Ballroom Room 2A**
**The Latest Technologies for Rotator Cuff And Labrum Repair**

> **Sponsor:** ArthroCare Sports Medicine
> *Surgeons: Ian K.Y. Lo, MD*
> *Moderator: Jeffrey S. Abrams, MD*
> **Goal:** Observe advanced techniques enhancing anatomic repairs of the rotator cuff and labrum.

**Session C: Room 2B: Advances in the Treatment of Femoroacetabular Impingement**

> **Sponsor:** ConMed Linvatec
> *Surgeon: Michael Huang, MD*
> *Moderator: Thomas G. Sampson, MD*
> **Goal:** Become familiar with novel approaches and instrumentation that permit management of FAI.

**Session D: Gracia Ballroom Room 5**
**AM Portal ACL Reconstructions, Safely & Reliably with Cross-Pins? Yes, RigidFix Curve is the One and Only System Specifically Designed to Do So!**

> **Sponsor:** Mitek Sports Medicine
> *Surgeon: Marc R. Labbe, MD*
> *Moderator: Nicholas A. Sgaglione, MD*
> **Goal:** Learn how the RidigFix Curve permits anatomic targeting of the femoral tunnel during ACL reconstructions through an anteromedial portal.

**Session E: Gracia Ballroom Room 6A**
**Innovations in Latarjet Techniques**

> **Sponsor:** Smith & Nephew
> *Surgeon: Nikhil N. Verma, MD*
> **Goal:** A novel instrumentation system and screw fixation for open stabilization.

**Session F: Gracia Ballroom Room 6B**
**Hip FAI Repair**

> **Sponsor:** Stryker
> *Surgeon: Shane J. Nho, MD*
> *Moderator: Struan H. Coleman, MD*
> **Goal:** Become familiar with techniques by which FAI can be definitively addressed, including advanced surgical approaches to labral repair and reconstruction.

**Session G: Gracia Ballroom Room 3**
**Innovative Solutions for Joint Preservation with DeNovo® NT Natural Graft and Chondrofix® Osteochondral Allograft**

> **Sponsor:** Zimmer
> *Surgeon: Jack Farr, II, MD*
> **Goal:** Become familiar with advanced techniques that present biologic solutions for addressing articular cartilage pathology, using DeNovo NT Natural Graft and Chondrofix Osteochondral Allograft Systems.

### FRIDAY, NOVEMBER 8 • 7:00 AM – 8:30 AM

**Session H: Gracia Ballroom Room 1**
**All Inside ACL Reconstruction with GraftLink Technique**

> **Sponsor:** Arthrex
> *Surgeon: Thomas M. DeBerardino, MD*
> *Moderator: James H. Lubowitz, MD*
> **Goal:** Learn a minimally invasive reproducible anatomic techniques for addressing meniscus, articular cartilage and malalignment pathology.

**Session I: Gracia Ballroom Room 2A**
**A Demonstration of the Options for All-Suture Anchor Technology in the Shoulder**

> **Sponsor:** Biomet Sports Medicine
> *Surgeon: Jeffrey Hartzell, MD*
> *Moderator: Nicholas A. Sgaglione, MD*
> **Goal:** Explore applications of new all-suture implants that provide secure fixation during labral and cuff repairs of the shoulder.

**14**

www.aana.org

**Session J: Gracia Ballroom Room 2B**
**Advanced Techniques for Glenohumeral**
**Instability Repair**

**Sponsor: ConMed Linvatec**

*Surgeon: Don A. Buford, MD*
*Moderator: Jeffrey S. Abrams, MD*
**Goal:** Learn new surgical advances for labral fixation in patients with glenohumeral instability.

**Session K: Gracia Ballroom Room 5**
**Hip Arthroscopy to Identify and Treat Labral Tears**
**as a Result of Intra Articular Bony and Soft Tissue**
**Impingement, Including Pincer, AIIS and Psoas**
**Pathology**

**Sponsor: Mitek Sports Medicine**

*Surgeon: Carlos A. Guanche, MD*
*Moderator: Victor M. Ilizaliturri, Jr., MD*
**Goal:** Focus on advanced techniques to permit minimally invasive approaches for addressing FAI, labral and other hip pathology.

**Session L: Gracia Ballroom Room 6A**
**FAI Induced Instability: AIIS Distal Femoral Neck and**
**Capsular Repair/Plication Management**

**Sponsor: Smith & Nephew**

*Surgeon: Christopher M. Larson, MD*
*Moderator: Asheesh Bedi, MD*
**Goal:** Understand surgical techniques and approaches to address FAI induced instability, including soft tissue repair and plication management.

**Session M: Gracia Ballroom Room 6B**
**Optimize Your Footprint in Instability and Rotator**
**Cuff Repair**

**Sponsor: Stryker**

*Surgeon: Armando Vidal, MD*
*Moderator: Kenneth D. Montgomery, MD*
**Goal:** Learn techniques that will ensure ideal reconstruction of the anatomic footprint of the rotator cuff during repair.

**SATURDAY, NOVEMBER 9 • 7:00 AM – 8:30 AM**

**Session N: Gracia Ballroom Room 1**
**Knotless Biologic Fixation of Rotator Cuff Tears with**
**Collagen FiberTape Bridging Techniques**

**Sponsor: Arthrex**

*Surgeon: Peter J. Millett, MD*
*Moderator: Stephen S. Burkhart, MD*
**Goal:** Learn a technique of rotator cuff repair that relies on knotless biologic fixation using a new collagen fibertape bridging technology.

**Session O: Gracia Ballroom Room 2A**
**Multiligament Knee Reconstruction: Pearls and Pitfalls**

**Sponsor: Biomet Sports Medicine**

*Surgeon: Gregory C. Fanelli, MD*
**Goal:** Become familiar with pre- and intra-operative strategies to ensure optimal repair/reconstruction in the patient with multi-ligament knee injury.

**Session P: Gracia Ballroom Room 2B**
**Meniscal Reconstruction: Repair Solutions and Biologic**
**Options**

**Sponsor: ConMed Linvatec Sports Tissue and Biologics**
*Surgeon: Nicholas A. Sgaglione, MD*
**Goal:** Review and understand current technical approaches to restore normal meniscal function through operative repair and replacement, emphasizing biologic alternatives.

**Session Q: Gracia Ballroom Room 5**
**Transeossous Equivalent Rotator Cuff Repairs, Featuring**
**the Healix Advance Family of Anchors and the Smallest**
**Threaded Rotator Cuff Anchor Available on the Market**

**Sponsor: Mitek Sports Medicine**
*Surgeon: Patrick St. Pierre, MD*
*Moderator: Richard L. Angelo, MD*
**Goal:** Become familiar with use of low profile Healix Advance anchors for securing rotator cuff repairs anatomically, reconstructing with a transosseous equivalent cuff repair.

**Session R: Gracia Ballroom Room 6A**
**Complex Knee Ligament Reconstruction –**
**A Step-Wise Approach**

**Sponsor: Smith & Nephew**
*Surgeon: Christopher Wahl, MD*
*Moderator: Aman Dhawan, MD*
**Goal:** Learn the systematic approach to restoring normal knee stability in patients with multiple ligament knee injury.

**Session S: Gracia Ballroom Room 6B**
**Hip Arthroscopy: Addressing the Issues of Diagnosis,**
**Portal Placement, Anatomic Labral Repair, Pincer/CAM**
**Osteoplasty and Capsule Management**

**Sponsor: Pivot**
*Surgeon: Hal D. Martin, DO*
*Moderator: Srino Bharam, MD*
**Goal:** Learn evolving technologies that permit direct access for labral debridement and reconstruction, along with treatment of FAI of the hip.

**Thank you to the following companies**
**for providing sponsorships to the**
**Focus Demonstration sessions:**

Arthrex, Inc.

ArthroCare Sports Medicine

Biomet Sports Medicine

ConMed Linvatec

ConMed Linvatec Sports Tissue & Biologics

Mitek Sports Medicine

Pivot

Smith & Nephew

Stryker

Zimmer

# Update on Arthroscopic E & M and Surgical Coding

*2 Category 1 CME Credits™ of lecture*

**Thursday, November 7**
**4:15 pm – 6:15 pm**
**Castellana Ballroom 1 & 2**
*Louis F. McIntyre, MD – Chairman*
*William R. Beach, MD*
*David M. Glaser, JD*

**Objectives:**
At the completion of this course, the participant should be able to:

- Understand the effects of the current health care legislation.

- Update on coding changes and regulatory issues.

- Review E&M coding rules and their implications (RAC's).

- Review the Meaningful Use Criteria for EHR.

- Provide ample time to review participant coding questions.

To register, please complete the Advance Registration form.

# Resident & Fellows Symposium

*2 Category 1 CME Credits™ of lecture*

**Friday, November 8**
**9:00 am – 11:00 am**
**Condesa 9**
*Denver T. Stanfield, MD - Chairman*

**Objectives:**
At the completion of this course, the participant should be able to:

- Outline and define the important factors for selecting the practice opportunity which will yield a successful orthopaedic practice.

- Explain the current trends in orthopaedics based on key economic indicators and analyze effective methods to progressively recover from potentially extreme educational debt.

- Discuss the importance of proper insurance and offer some basic guidelines for initial investment strategies and explain how they can impact practice selections and relative over-head percentage.

# Current Concepts in MRI Interpretation of the Knee, Shoulder, and Hip

*This is a practical, not theoretical course. By attending this course, you will generate more income by working smarter, not harder.*

*1.5 Category 1 CME Credits™ of lecture*

**Saturday, November 9**
**8:30 am – 10:00 am**
**Castellana Ballroom 1 & 2**
*Russell Fritz, MD - Chairman*
*Robert Boutin, MD*
**Objectives:**
At the completion of this symposium, the participants will:

- Review MRI of the rotator cuff, impingement and instability, including SLAP lesions and shoulder of the throwing athlete.

- Review MRI of the elbow with regards to tendinosis, cartilage abnormalities.

- Recognize characteristics lesions of the TFC and intrinsic ligaments.

- In the knee, the MRI appearance and diagnostic parameters of meniscal disorders, ligamentous disruption, cartilage lesions and bone marrow injury will be reviewed.

- Both the pre and post operative appearances will be discussed.

- SLAP lesions and other isolated labral pathology will be discussed.

- Cartilage and labral lesions of the hip will also be discussed, as they appear on MRI examination, including FAI.

To register, please complete the Advance Registration form.

**Agenda:**
**Finding the Right Job: How to Critically Evaluate Orthopedic Practice Opportunities and Contracts**
*Ryan M. Dopirak, MD*

**Understanding Ancillary Opportunities**
*Mark H. Getelman, MD*

**Initial Investment Strategies**
*Ryan M. Dopirak, MD*

**Recovering from College and Medical School Debt**
*Denver T. Stanfield, MD*

To register, please complete the Advance Registration form.

# FACULTY

**Jeffrey S. Abrams, MD**
Princeton, NJ

**Julie E. Adams, MD**
Minneapolis, MN

**Richard L. Angelo, MD**
Kirkland, WA

**F. Alan Barber, MD**
Plano, TX

**William R. Beach, MD**
Richmond, VA

**Robert H. Bell, MD**
Akron, OH

**Srino Bharam, MD**
New York, NY

**Julie Y. Bishop, MD**
Columbus, OH

**Stephen S. Burkhart, MD**
San Antonio, TX

**Robert  T. Burks, MD**
Salt Lake City, UT

**Thomas R. Carter, MD**
Phoenix, AZ

**Emilie V. Cheung, MD**
Redwood City, CA

**John J. Christoforetti, MD**
Pittsburgh, PA

**Brian J. Cole, MD, MBA**
Chicago, IL

**Struan Coleman, MD**
New York, NY

**Frank A. Cordasco, MD**
New York, NY

**Alan S. Curtis, MD**
Chestnut Hill, MA

**Thomas M. DeBerardino, MD**
Farmington, CT

**Julie A. Dodds, MD**
East Lansing, MI

**Ryan Dopirak, MD**
Manitowoc, WI

**James C. Esch, MD**
Oceanside, CA

**Gregory C. Fanelli, MD**
Danville, PA

**Jack Farr, II, MD**
Greenwood, IN

**Richard D. Ferkel, MD**
Van Nuys, CA

**Larry D. Field, MD**
Jackson, MS

**Russel C. Fritz, MD**
Mill Valley, CA

**John P. Fulkerson, MD**
Farmington, CT

**Glenn Gaston, MD**
Charlotte, NC

**Michael B. Gerhardt, MD**
Santa Monica, CA

**Mark H. Getelman, MD**
Thousand Oaks, CA

**Eric Giza, MD**
Sacramento, CA

**David M. Glaser, JD**
Chester, VA

**Vipool K. Goradia, MD**
Chester, VA

**Carlos A. Guanche, MD**
Van Nuys, CA

**Jeffrey L. Halbrecht, MD**
San Francisco, CA

**Jeffrey L. Hartzell, MD**
Ft. Wayne, IN

**E. Rhett Hobgood, MD**
Jackson, MS

**Michael Huang, MD**
Grand Junction, CO

**Kenneth Hunt, MD**
Redwood City, CA

**Victor M. Ilizaliturri, MD**
Mexico City, Mexico

**Mary Lloyd Ireland, MD**
Lexington, KY

**Sidney M. Jacoby, MD**
Philadelphia, PA

**John D. Kelly, IV, MD**
Newtown Square, PA

**Jason L. Koh, MD**
Evanston, IL

**Peter R. Kurzweil, MD**
Long Beach, CA

**Marc R. Labbe, MD**
Houston, TX

**Christopher M. Larson, MD**
Edina, MN

**Ian K.Y. Lo, MD**
Calgary, AB, Canada

**James H. Lubowitz, MD**
Taos, NM

**Hal D. Martin, DO**
Dallas, TX

**Peter J. Millett, MD, MSc**
Vail, CO

**Anthony Miniaci, MD**
Garfield Heights, OH

**Kenneth D. Montgomery, MD**
Morristown, NJ

**Shane J. Nho, MD**
Chicago, IL

**Marc J. Philippon, MD**
Vail, CO

**Kevin D. Plancher, MD**
New York, NY

**Matthew T. Provencher, MD**
Boston, MA

**John C. Richmond, MD**
Boston, MA

**Steven E. Rokito, MD**
Great Neck, NY

**Anthony A. Romeo, MD**
Chicago, IL

**Glen Ross, MD**
Brookline, MA

**Michael J. Rossi, MD**
Wenatchee, WA

**Richard K.N. Ryu, MD**
Santa Barbara, CA

**Thomas G. Sampson, MD**
San Francisco, CA

**Nicholas A. Sgaglione, MD**
Great Neck, NY

**Benjamin Shaffer, MD**
Washington, DC

**Walter R. Shelton, MD**
Jackson, MS

**Stephen J. Snyder, MD**
Van Nuys, CA

**Denver T. Stanfield, MD**
Cincinnati, OH

**Mark E. Steiner, MD**
Wellesley, MA

**Scott P. Steinmann, MD**
Rochester, MN

**Patrick St. Pierre, MD**
Rancho Mirage, CA

**Allston J. Stubbs, MD**
Winston-Salem, NC

**Jonathan Tueting, MD**
Madison, WI

**Nikhil N. Verma, MD**
Chicago, IL

**Armando F. Vidal, MD**
Denver, CO

**Christopher J. Wahl, MD**
La Jolla, CA

**Brian R. Waterman, MD**
El Paso, TX

**Noah D. Weiss, MD**
Sonoma, CA

**Jeffrey Yao, MD**
Redwood City, CA

**Yi-Meng Yen, MD**
Boston, MA

17

EXHIBIT P
PAGE 17

# SUPPORT FACULTY

## Shoulder Laboratory

**Chairman**
Stephen C. Weber, MD
**Co-Chairman**
Alan S. Curtis, MD
Jeffrey S. Abrams, MD
Richard L. Angelo, MD
Julian Ballesteros, MD
Robert H. Bell, MD
Robert Burke, MD
J. Emory Chapman, MD
Frank A. Cordasco, MD
Julie A. Dodds, MD
James C. Esch, MD
Joseph I. Fernandez, MD
Larry D. Field, MD
Mark H. Getelman, MD
James J. Guerra, MD
S. Mark Heard, MD
Robert E. Hunter, MD
Mary Lloyd Ireland, MD
Steven Katz, MD
Thomas P. Knapp, MD
Peter R. Kurzweil, MD
Mark J. Lemos, MD
Ian K.Y. Lo, MD
Neil J. Maki, MD
Eric C. McCarty, MD
Robert E. McLaughlin, MD
Peter J. Millett, MD
Keith D. Nord, MD
Thomas P. Obade, MD
John Randle, MD
David P. Richards, MD
Glen Ross, MD
Jon K. Sekiya, MD
Ronald M. Selby, MD
Patrick St. Pierre, MD
Walter Stanwood, MD

## Knee Laboratory

**Chairman**
Marc R. Labbe, MD
**Co-Chairman**
John D. Kelly, IV, MD
Christopher M. Aland, MD
Mark J. Albritton, MD
Kevin F. Bonner, MD
Kenneth J. Brislin, MD
Dann C. Byck, MD
Paul E. Caldwell, MD
Aman Dhawan, MD
Gregory C. Fanelli, MD
Jack Farr, II, MD
Neil S. Ghodadra, MD
Jonathan E. Greenleaf, MD
Christopher D. Hamilton, MD
Laith M. Jazrawi, MD
Donald H. Johnson, MD
Eric J. Kropf, MD
Peter R. Kurzweil, MD
Elliot H. Leitman, MD
Neil J. Maki, MD
Alexander K. Meininger, MD
Mark Morishige, MD
David T. Neuman, MD
Manish Patel, MD
Bradley T. Poole, MD
Joshua Port, MD
John C. Richmond, MD
Joseph M. Sewards, MD
Seth L. Sherman, MD
S. Joshua Szabo, MD
Richard J. Thomas, MD
Christopher W. Uggen, MD
Jonathan P. Van Kleunen, MD
David T. Yucha, MD
Miltiadis H. Zgonis, MD

## Hip Model Laboratory

**Chairman**
Christopher M. Larson, MD
Asheesh Bedi, MD
John J. Christoforetti, MD
Mark E. Dietrich, MD
Michael B. Gerhardt, MD
Carlos A. Guanche, MD
Victor M. Ilizaliturri, Jr., MD
Phillip R. Langer, MD
Hal D. Martin, DO
Marc J. Philippon, MD
Michael Salata, MD
Allston J. Stubbs, MD
Yi Meng Yen, MD

**Knot Tying**
Coordinator
Vipool K. Goradia, MD
Juliet DeCampos, MD
Michael D. Feldman, MD
Reza Omid, MD
Joseph C. Tauro, MD

*Lab Faculty is Subject to Change.*

**www.aana.org**

# Presenter Disclosure Declaration

In accordance with the standards of the Accreditation Council for Continuing Medical Education (ACCME), it is the policy of the Arthroscopy Association of North America that presenters disclose to the audience any commercial relationships related to the content of their presentation(s).

*Disclosure Items Answered: (n) = Respondent answered 'No' to all items indicating no conflicts.

1= Royalties from a company or supplier; 2= Speakers bureau/paid presentations for a company or supplier; 3A= Paid employee for a company or supplier; 3B= Paid consultant for a company or supplier; 3C= Unpaid consultant for a company or supplier; 4= Stock or stock options in a company or supplier; 5= Research support from a company or supplier as a PI; 6= Other financial or material support from a company or supplier; 7= Royalties, financial or material support from publishers; 8= Medical/Orthopaedic publications editorial/governing board; 9= Board member/committee appointments for a society

[1] Indicates Planner

[2] Indicates Faculty and Planner

**Julie E. Adams MD** 1 (Biomet); 2 (Arthrex, Inc); 3B (Articulinx); 7 (Saunders/Mosby-Elsevier: Yearbook of hand surgery); 8 (Elsevier: Yearbook of Hand Surgery; Journal of Hand Surgery - American); 9 (American Association for Hand Surgery; American Shoulder and Elbow Surgeons; American Society for Surgery of the Hand; Arthroscopy Association of North America; Minnesota Orthopaedic Society); Submitted on: 06/01/2013

**Christopher M. Aland MD** 4 (Arthrocare; Johnson & Johnson); 9 (Arthroscopy Association of North America); Submitted on: 01/24/2013

**Holly R. Albert**[1] No Conflicts Reported; Submitted on: 01/02/2013

**Richard L. Angelo MD** 2 (DePuy, A Johnson & Johnson Company); 3B (DePuy, A Johnson & Johnson Company); 9 (Arthroscopy Association of North America); Submitted on: 01/10/2013

**J. Paul Ballesteros MD** No Conflicts Reported; Submitted on: 10/10/2013

**William R. Beach MD** 3A (Linvatec;); 9 (Arthroscopy Association of North America;); Submitted on: 05/03/2013

**Asheesh Bedi MD** 3B (Smith & Nephew;); 4 (A3 Surgical ;); 8 (Journal of Shoulder and Elbow Surgery;); 9 (American Orthopaedic Society for Sports Medicine;); Submitted on: 04/27/2013

**Robert H. Bell MD** 1 (Ortholehix Depuy; DePuy, A Johnson & Johnson Company); 2 (Arthrocare); 3B (Arthrocare); 3C (Exactech, Inc); 4 (Ortholehix Cayenne Medical); 7 (Springer); 9 (American Shoulder and Elbow Surgeons Orthopaedic Learning Center; Orthopedic Learning Center board); Submitted on: 10/02/2013

**Srino Bharam MD** 3B (Smith & Nephew Endoscopy); Submitted on: 04/16/2013

**Julie Y. Bishop MD** No Conflicts Reported; Submitted on: 10/02/2013

**Kevin F. Bonner MD** 1 (Zimmer); 2 (Zimmer); 3B (Zimmer; Mitek); 5 (Zimmer; DePuy, A Johnson & Johnson Company); 9 (Arthroscopy Association of North America: Health Policy Committee); Submitted on: 06/06/2013

**Lauren A. Bouchard**[1] No Conflicts Reported; Submitted on: 01/02/2013

**Robert Boutin MD TBD** No Conflicts Reported; Submitted on: 10/23/2013

**Kenneth James Brislin MD** No Conflicts Reported; Submitted on: 10/23/2013

**Don A.Buford MD** 2 (Conmed Linvatec, Inc. Teratech, Inc. Fuji Sonosite, Inc.); 3B (Conmed Linvatec); Submitted on: 04/02/2013

**Robert L. Burke MD** No Conflicts Reported; Submitted on: 08/15/2013

**Stephen S. Burkhart MD** 1 (Arthrex, Inc); 3B (Arthrex, Inc); 7 (Wolters Kluwer Health - Lippincott Williams & Wilkins); Submitted on: 07/23/2013

**Robert T. Burks MD** 1 (Arthrex, Inc); 2 (Mitek); 3C (Arthrex, Inc); 5 (DePuy, A Johnson & Johnson Company); 9 (Arthroscopy Association of North America); Submitted on: 10/01/2013

**Dann C. Byck MD** 2 (Mitek); 3C (Arthrex, Inc); 4 (Ivivi; Johnson & Johnson); Submitted on: 08/16/2013

**Paul E. Caldwell MD** 5 (Arthrex, Inc; DePuy, A Johnson & Johnson Company; DJ Orthopaedics; Smith & Nephew; Synthes); 9 (Arthroscopy Association of North America); Submitted on: 04/04/2013

**Susan Carlson**[1] **M.S.Ed** No Conflicts Reported; Submitted on: 05/17/2013

**Thomas R. Carter MD** 1 (Arthrex, Inc); 2 (Arthrex, Inc; Musculoskeletal Transplant Foundation; Regeneration Technologies, Inc.); 3B (Arthrex, Inc; Regeneration Technologies, Inc.); 5 (Regeneration Technologies, Inc.; Musculoskeletal Transplant Foundation; 9 ( Arthroscopy Association of North America); Submitted on: 04/17/2013

**J. Emory Chapman MD** 8 (Arthroscopy); 9 (Arthroscopy Association of North America); Submitted on: 10/02/2013

**Emilie Cheung MD** 9 (AAOS); Submitted on: 04/18/2013

**John J. Christoforetti MD** 1 (Arthrex, Inc); 2 (Arthrex, Inc); 3B (Breg; Arthrex, Inc); Submitted on: 04/11/2013

**Brian J. Cole MD, MBA** 1 (Arthrex, Inc; DJ Orthopaedics; Elsevier;); 3B (Arthrex, Inc; Carticept; DJ Orthopaedics; Genzyme; Johnson & Johnson; Regentis; Zimmer;); 4 (Carticept; Regentis;); 5 (Arthrex, Inc; Arthrosurface; Johnson & Johnson; MediPost; Zimmer;); 7 (Elsevier; Lippincott; Smith and Nephew; WB Saunders;); 8 (AAOS Board; American Journal of Orthopedics; American Journal of Sports Medicine; Cartilage; Educational Committee AANA; Elsevier; International Committee AANA; Journal of Bone and Joint Surgery - American; Journal of Shoulder and Elbow Surgery;); 9 (Arthroscopy Association of North America;); Submitted on: 06/19/2013

**Struan H. Coleman MD, PhD** 3B (Stryker Pivot Medical); 4 (Blue Belt Technologies); Submitted on: 05/20/2013

**Frank A. Cordasco MD** 1 (CONMED Linvatec); 3B (Arthrex, Inc); 9 (AAOS; American Shoulder and Elbow Surgeons; American Orthopaedic Society for Sports Medicine; Submitted on: 08/06/2013

**Thomas M. DeBerardino MD** 2 (Musculoskeletal Transplant Foundation); 3B (Arthrex, Inc; Linvatec); 3C (Advanced Biomedical Technologies, Inc.); 4 (Advanced Biomedical Technologies, Inc.; Cotera); 5 (Arthrex, Inc; Musculoskeletal Transplant Foundation; Histogenics); 8 (Current Orthopaedic Practice (COP)); Submitted on: 08/24/2013

**Juliet M. DeCampos, MD** 3B (DePuy, A Johnson & Johnson Company); 9 (AAOS; Arthroscopy Association of North America); Submitted on: 10/21/2013

**Aman Dhawan MD** 2 (Smith & Nephew; Arthrex, Inc); 3B (Smith & Nephew; Arthrex, Inc); 8 (Arthroscopy, Orthopaedic Journal of Sports Medicine; 9 (American Orthopaedic Society for Sports Medicine; Submitted on: 02/16/2013

**Mark Dietrich MD** 3B (Smith & Nephew); Submitted on: 10/14/2013

**Julie A. Dodds MD** 9 (Arthroscopy Association of North America Research and Membership Committees); Submitted on: 10/10/2013

**Ryan M. Dopirak MD** No Conflicts Reported; Submitted on: 10/01/2013

**Mark C. Drakos MD** No Conflicts Reported; Submitted on: 06/03/2013

**James C. Esch MD** 1 (KFX Medical); 2 (Smith & Nephew Endoscopy); 3B (Smith & Nephew Endoscopy); 4 (KFX Medical); 8 (Orthopedics Today); Submitted on: 10/03/2013

**Gregory C. Fanelli MD** 2 (Biomet); 7 (Sports Medicine and Arthroscopy Review; Wolters Kluwer Health - Lippincott Williams & Wilkins); 8 (Wolters Kluwer Health - Lippincott Williams & Wilkins); Submitted on: 04/02/2013

**Jack Farr MD** 1 ( Johnson & Johnson Companies(Depuy) Arthrex, Inc;); 2 (Genzyme a Sanofi Company; DePuy, Johnson & Johnson Companies; Zimmer; RTI Biologics, Inc.; Arthrex, Inc, Knee Creations, Inc., Moximed,Ferring Pharmaceuticals); 3B (Ceterix Orthopaedics; Genzyme a Sanofi Company; Arthrex, Inc; DePuy, A Johnson & Johnson Company; Mitek; RTi Biologics, Inc.; Zimmer; Stryker; Advanced Biosurfaces, NuOrtho Surgical, Inc.; Schwartz Biomedical, LLC. ; Knee Creations, LLC; SBM Inc.;BioRegeneration Technologies, NuTech Medical;Moximed, Inc.,Medshape, Inc, Arthrocare); 4 (MedShape, Inc); 5 (Genzyme a Sanofi Company; Depuy/Mitek; RTI Biologics, Inc.; Zimmer; Depuy; Knee Creations,Inc. NuTech Medical;Moximed, Inc. ; Arthrocare;Histogenics); 7 (Springer; Thieme Medical Publishers, Inc); 8 (American Journal of Sports Medicine;Cartilage Journal of Knee Surgery; Clinical Orthopaedics and Related Research; Knee Surgery, Sports Traumatology, Arthroscopy; The Knee); 9 (Cartilage Research Foundation, Inc., Treasurer; Patellofemoral Foundation, Board of Directors;Patellofemoral International Patellofemoral Study Group; ICRS Regulatory & Industry Liason Committee- Chairman ; Submitted on: 10/03/2013

**Richard D. Ferkel MD** 1 (Smith & Nephew); 3B (Smith & Nephew); 7 (Wolters Kluwer Health - Lippincott Williams & Wilkins); 9 (Arthroscopy Association of North America); Submitted on: 08/15/2013

**Joseph I. Fernandez MD** 2 (Arthrex, Inc); 3B (Arthrex, Inc; Tornier); 4 (Tornier); Submitted on: 09/28/2013

**Larry D. Field MD** 3B (Smith & Nephew); 5 (Mitek; Smith & Nephew); 8 (Journal of Shoulder and Elbow Surgery); 9 (AAOS; American Orthopaedic Society for Sports Medicine; Arthroscopy Association of North America); Submitted on: 04/16/2013

**Russell C. Fritz MD**[2] No Conflicts Reported; Submitted on: 10/23/2013

**20**

**EXHIBIT P**
**PAGE 20**

**John Fulkerson MD** 1 (Arthrex, Inc; DJ Orthopaedics); 2 (CONMED Linvatec); 3C (DJ Orthopaedics); 4 (None); 6 (Kinamed; Smith & Nephew, Sanofi); 7 (Wolters Kluwer Health - Lippincott Williams & Wilkins, DJOrtho); 9 (patellofemoral foundation); Submitted on: 05/02/2013

**Glenn Gaston MD** 1 (Biomet); 2 (Auxillium); 3B (Biomet); 8 (Journal of Hand Surgery - American); 9 (American Society for Surgery of the Hand); Submitted on: 04/04/2013

**Michael B Gerhart MD** 1 (Arthrex, Inc); 2 (Genzyme); 3B (Arthrex, Inc; Genzyme); Submitted on: 04/28/2013

**Mark H. Getelman MD** 2 (Mitek;); 3B (Mitek;); 9 (Arthroscopy Association of North America;); Submitted on: 05/24/2013

**Neil S. Ghodadra MD** No Conflicts Reported; Submitted on: 06/03/2013

**Eric Giza MD** 2 (Olympus Biotech); 3B (Arthrex, Inc; Zimmer); 5 (Arthrex, Inc); Sumitted on: 10/21/2013

**David M. Glaser JD** No Conflicts Reported; Submitted on: 10/23/2013

**Mark A. Glazebrook MD** 2 (Cartiva; Smith & Nephew); 3B (CONMED Linvatec; Smith & Nephew; Zimmer); 5 (Arthrex, Inc; Biomimetic; Bioset; Cartiva); 8 (Clinical Orthopaedics and Related Research; Foot and Ankle International; Journal of Bone and Joint Surgery - American; Journal of Bone and Joint Surgery - British); 9 (American Orthopaedic Foot and Ankle Society; Canadian Orthopaedic Association; Canadian Orthopedic Foot & Ankle Society COFAS; Canadian Orthopedic research Society); Submitted on: 04/03/2013

**Vipool K. Goradia MD²** 3B (Smith & Nephew); Submitted on: 10/14/2013

**Jonathan E. Greenleaf MD** 2 (cayenne medical speaker); 3B (Arthrocare); 4 (arthrosurface stock options); Submitted on: 08/30/2012

**Carlos A. Guanche MD** 2 (Tornier; Smith & Nephew; DePuy, A Johnson & Johnson Company); 3B (Tornier); 6 (Allen Medical); 7 (Wolters Kluwer Health - Lippincott Williams & Wilkins); 8 (Journal of Bone and Joint Surgery - American; Arthroscopy); Submitted on: 04/05/2013

**James J. Guerra MD** 1 (Arthrex, Inc); 2 (Arthrex, Inc); 3B (Arthrex, Inc); Submitted on: 08/11/2013

**Jeffrey L. Halbrecht MD** 1 (Mitek; Mitek); 2 (Mitek; Genzyme); 3B (Mitek Moximed); 4 (Moximed); 7 (Springer); 9 (Arthroscopy Association of North America Ecduation Committee); Submitted on: 10/09/2012

**Christopher D. Hamilton MD** No Conflicts Reported; Submitted on: 10/09/2013

**Jeffrey L. Hartzell MD** 3B (Biomet); Submitted on: 08/04/2013

**S. Mark A. Heard MD** No Conflicts Reported; Submitted on: 10/23/2013

**E. Rhett Hobgood MD** 3B (DePuy, A Johnson & Johnson Company); 5 (Arthrex, Inc; Smith & Nephew; Mitek); Submitted on: 08/14/2013

**Michael Huang** 2 (CONMED Linvatec); 3B (CONMED Linvatec); Submitted on: 08/07/2013

**Kenneth Hunt MD** 3B (Olympus); 9 (American Orthopaedic Foot and Ankle Society -- Research Committee member; Chair, managerial board, National Orthopaedic Foot & Ankle Outcomes Research Network); Submitted on: 10/02/2013

**Victor M. Ilizaliturri Jr., MD** 1 (Smith & Nephew);2 (Biomet Smith & Nephew);3B (Biomet Smith and Nephew);5 (Smith & Nephew Biomet);6 (Mitek);9 (Arthroscopy Association of North America, Board Of Directors International Society for Hip Arthroscopy, Presidente Elect); Submitted on: 03/18/2013.

**Mary Lloyd Ireland MD** 9 (AAOS; American College of Sports Medicine; American Orthopaedic Society for Sports Medicine; Ruth Jackson Orthopaedic Society); Submitted on: 08/12/2013

**Sidney M. Jacoby MD** 2 (Auxilium); Submitted on: 04/03/2013

**Laith M. Jazrawi MD** 3B (Ferring Pharmaceuticals; Knee Creations; Depuy Mitek; Ceterix Orthopaedics); 5 (Smith & Nephew; Arthrex, Inc; Depuy Mitek); Submitted on: 10/01/2013

**Donald H. Johnson MD** 5 (piramal); 7 (Wolters Kluwer Health - Lippincott Williams & Wilkins); Submitted on: 07/29/2013

**Stephen Katz MD** 9 (American Orthopaedic Society for Sports Medicine); Submitted on: 10/09/2013

**John D. Kelly, IV MD²** 7 (SLACK Incorporated); 8 (Orthopedics; Orthopedics Today; Orthopedics Today); 9 (AAOS; American Orthopaedic Society for Sports Medicine; Arthroscopy Association of North America); Submitted on: 10/07/2013

**Thomas P. Knapp MD** 1 (Mitek, Hely&Weber); 2 (Mitek, Hely&Weber); 3B (Mitek, Hely&Weber); 6 (DePuy, A Johnson & Johnson Company; Mitek; Hely&Weber); 9 (Arthroscopy Association of North America; American Orthopaedic Society for Sports Medicine); Submitted on: 10/06/2013

**Jason L. Koh MD** 3B (Aesculap/B.Braun; Aperion; Arthrex, Inc;); 4 (Aperion); 9 (American Orthopaedic Society for Sports Medicine; Arthroscopy Association of North America; Illinois Association of Orthopaedic Surgeons; Patellofemoral Foundation); Submitted on: 04/30/2013

**Eric J. Kropf MD** No Conflicts Reported; Submitted on: 04/26/2013

**Peter R. Kurzweil MD** 2 (Cayenne); 3B (Oratec Cayenne); 3C (Pierce Surgical); 4 (Cayenne, Orteq, Pierce Surgical, Parcus Medical); 8 (Sports Medicine and Arthroscopy Review; Orthopedics Today); Submitted on: 05/06/2013

**Marc R. Labbe MD[2]** 1 (Mitek); 2 (Mitek); 3B (CONMED Linvatec; Mitek); 4 (Regenetech, Stematix); 5 (CONMED Linvatec); 9 (Arthroscopy Association of North America); Submitted on: 08/13/2013

**Phillip A. Langer MD** 3B (CoolSystems, Inc.); Submitted on: 10/21/2013

**Christopher M. Larson MD[2]** 3B (Smith & Nephew; A3 Surgical); 4 (A3 Surgical); 5 (Educational support: Smith & Nephew); Submitted on: 04/08/2013

**Elliott H. Leitman MD** 9 (AAOS); Submitted on: 02/08/2013

**Mark J. Lemos MD** 8 (Arthroscopy - Editorial Board AJSM - Principle Reviewer); 9 (Eastern Orthopaedic Association NH Musculoskeletal Institute); Submitted on: 04/18/2013

**Ian KY Lo MD** 1 (Arthrex, Inc; Arthrocare; Lippincott); 2 (Arthrocare; Arthrex, Inc); 3B (Arthrocare); 3C (Tenet medical; Smith & Nephew); 4 (Tenet Medical); 5 (Arthrocare; Arthrex, Inc; Linvatec; Smith & Nephew); 7 (Wolters Kluwer Health - Lippincott Williams & Wilkins); 9 (Arthroscopy Association of North America); Submitted on: 04/04/2013

**James H. Lubowitz MD[2]** 1 (Arthrex, Inc); 3B (Arthrex, Inc); 4 (Ivivi); 5 (Arthrex); 6 (Arthrex; Breg; Smith and Nephew; Ivivi, DJ Orthopaedics; Stryker); 7 (Arthroscopy (AANA)); 8 (Arthroscopy journal; ISAKOS Newsletter); 9 (Arthroscopy Association of North America; American Orthopaedic Society for Sports Medicine; International Society of Arthroscopy, Knee Surgery, and Orthopaedic Sports Medicine); Submitted on: 10/02/2013

**Neil J. Maki MD** 4 (DePuy, A Johnson & Johnson Company; Stryker; Merck, Parcus); 9 (Arthroscopy Association of North America--Archives Committee); Submitted on: 04/02/2013

**Hal D. Martin DO** 2 (Smith & Nephew); 3B (Smith & Nephew; Pivot Medical); 4 (Pivot Medical); 5 (Pivot Medical); 6 (Smith & Nephew; Pivot Medical); Submitted on: 04/03/2013

**Eric C. McCarty MD** 1 (DJ Orthopaedics; Biomet); 3B (Biomet; Mitek); 5 (Stryker smith nephew); 7 (elesevier); 8 (Orthopedics American Journal of Sports Medicine; 9 (American Orthopaedic Society for Sports Medicine; International Society of Arthroscopy, Knee Surgery, and Orthopaedic Sports Medicine); Submitted on: 09/26/2013

**Louis F. McIntyre MD[2]** 4 (Tornier;); 5 (DePuy, A Johnson & Johnson Company;); 8 (Orthopedics Today); 9 (AAOS; Advocacy for Improvement in Mobility; Arthroscopy Association of North America; Delegate Medical Society of the State of New York; Westchester County Medical Society;); Submitted on: 10/10/2013

**Robert E. McLaughlin MD** 1 (Stryker); 2 (Smith & Nephew); Submitted on: 04/09/2013

**Alexander Kent Meininger MD** 1 (Whitney Medical Solutions); 7 (Saunders/Mosby-Elsevier); 8 (Clinics in Sports Medicine); 9 (American Orthopaedic Society for Sports Medicine; Arthroscopy Association of North America); Submitted on: 08/25/2013

**Peter J. Millett MD** 1 (Arthrex, Inc); 3B (Arthrex, Inc); 4 (Game Ready); 5 (Arthrex, Inc; OrthoRehab; Ossur Americas; Siemens Medical Solutions USA; Smith & Nephew; ConMed Linvatec); Submitted on: 07/16/2013

**Kenneth D. Montgomery MD** 2 (Cayenne Medical Stryker Orthopedics); 3B (Cayenne Medical Stryker Orthopedics); 3C (Cayenne Medical Stryker Orthopedics); 4 (Cayenne Medical); Submitted on: 06/03/2013

**Mark I. Morishige MD** No Conflicts Reported; Submitted on: 01/29/2013

**Jonathan T. Nassos MD** No Conflicts Reported; Submitted on: 02/14/2013

**David T. Neuman MD** No Conflicts Reported; Submitted on: 10/23/2013

**Shane J. Nho MD** 3B (Stryker; Pivot Medical; Ossur); 4 (Pivot Medical); 5 (Arthrex, Inc; Linvatec; Smith & Nephew; DJ Orthopaedics; Miomed; Athletico; Stryker; Pivot Medical; Allosource); 8 (Journal of Bone and Joint Surgery); Submitted on: 04/07/2013

**Keith D. Nord MD, MS** 1 (Arthrex, Inc); 2 (Smith & Nephew, Cayenne); 3B (Smith & Nephew, Cayenne); 4 (Bledsoe, Cayenne); 5 (Cayenne, Synthes; Smith & Nephew; Arthrex, Inc); 9 (Arthroscopy Association of North America); Submitted on: 07/13/2013

**Thomas P. Obade MD** No Conflicts Reported; Submitted on: 10/01/2013

**Reza Omid MD** 3B (DeRoyal; Integra; Smith & Nephew); 8 (Journal of Bone and Joint Surgery - American); Submitted on: 10/07/2013

**Manish A. Patel MD** No Conflicts Reported; Submitted on: 01/02/2013

**Marc J. Philippon MD** 1 (Smith & Nephew, Bledsoe, Donjoy, Arthrosurface; CONMED Linvatec); 3B (Smith & Nephew, MIS); 4 (Arthrosurface, Hipco, MIS); 5 (Ossur, Siemens, Smith & Nephew, Vail Valley Medical Center); 6 (Smith & Nephew); 7 (SLACK Incorporated, Elsevier); 9 (International Society for Hip Arthroscopy, AOSSM, Steadman Philippon Research Institute); Submitted on: 05/01/2013

**22**

**Kevin D. Plancher MD**[2] 3B (Medtronic, Quadrant Healthcom); 5 (Pfizer; Zimmer, Anika Therapeutics); 6 (Arthrex, Inc; CONMED Linvatec); 7 (Saunders/Mosby-Elsevier; Thieme); 8 (American Journal of Orthopedics; Operative Techniques in Sports Medicine; 9 (AAOS; American Orthopaedic Society for Sports Medicine; American Shoulder and Elbow Surgeons; Arthroscopy Association of North America; International Society of Arthroscopy, Knee Surgery, and Orthopaedic Sports Medicine; Eastern Orthopaedic Association: NY Chapter Arthritis Foundation; NY County Medical Society); Submitted on: 08/19/2013

**Bradley T. Poole MD** No Conflicts Reported; Submitted on: 10/23/2013

**Joshua Port MD 9** ( Pennsylvania Orthopedic Society ; American Orthopaedic Society for Sports Medicine; Arthroscopy Association of North America; Mid-Atlantic Shoulder & Elbow Society); Submitted on: 10/07/2013

**Matthew T. Provencher MD**[2] 3B (Arthrex, Inc; Joint Restoration Foundation); 7 (Arthroscopy; Elsevier); 8 (Arthroscopy; Knee; Orthopedics; SLACK Incorporated); 9 (AAOS; American Orthopaedic Society for Sports Medicine; American Orthopaedic Society for Sports Medicine; American Shoulder and Elbow Surgeons; American Shoulder and Elbow Surgeons; Arthroscopy Association of North America; International Society of Arthroscopy, Knee Surgery, and Orthopaedic Sports Medicine; San Diego Shoulder Institute; Society of Military Orthopaedic Surgeons); Submitted on: 08/06/2013

**John A. Randle MD** 1 (CONMED Linvatec); 2 (CONMED Linvatec); 3B (CONMED Linvatec); Submitted on: 06/20/2013

**David P. Richards MD** 2 ( Arthrex, Inc); 3B (Arthrex, Inc); Submitted on: 10/07/2013

**John C. Richmond MD** 7 (Springer; Wolters Kluwer Health - Lippincott Williams & Wilkins); 9 (American Orthopaedic Society for Sports Medicine; Arthroscopy Association of North America; Eastern Orthopaedic Association); Submitted on: 09/02/2013

**Steven E. Rokito MD**[2] 6 (Arthrex, Inc); 9 (Arthroscopy Association of North America); Submitted on: 07/19/2013

**Anthony A. Romeo MD** 1 (Arthrex, Inc); 2 (Arthrex, Inc); 3B (Arthrex, Inc); 5 (Arthrex, Inc; DJO Surgical; Smith & Nephew; Ossur); 6 (Arthrex, Inc; DJO Surgical; 7 (Saunders/ Mosby-Elsevier); 8 (Journal of Shoulder and Elbow Surgery; SLACK Incorporated; Orthopedics Today; Orthopedics; Sports Health; Techniques in Shoulder and Elbow Surgery; Operative Techniques in Sports Medicine; Orthopaedic Journal of Sports Medicine; 9 (American Orthopaedic Society for Sports Medicine; American Shoulder and Elbow Surgeons; Arthroscopy Association of North America); Submitted on: 05/03/2013

**www.aana.org**

**Glen Ross MD** 2 (Arthrex, Inc; Arthrex, Inc); 3B (Arthrex, Inc; Arthrex, Inc); 5 (Arthrex, Inc; Arthrex, Inc); Submitted on: 06/16/2013

**Michael J. Rossi MD** 8 (Arthroscopy); Submitted on: 10/01/2013

**Thomas G. Sampson MD** 2 (Arthrex, Inc; Smith & Nephew); 3B (CONMED Linvatec ); 8 (Arthroscopy; Clinical Orthopaedics and Related Research; Journal of Bone and Joint Surgery - British; American Journal of Orthopedics; CORR); 9 (ISHA); Submitted on: 05/07/2013

**Jon K. Sekiya MD** 1 (Arthrex, Inc; OrthoDynamix, LLC); 3B (Arthrex, Inc); 3C (OrthoDynamix, LLC); 4 (OrthoDynamix, LLC); 7 (Elsevier Book Royalties; Journal of Bone and Joint Surgery - American); 8 (Sports Medicine and Arthroscopy Review; Orthopaedic Journal of Sports Medicine); 9 (American Orthopaedic Society for Sports Medicine Council of Delegates and Education Committee); Submitted on: 04/05/2013

**Ronald M. Selby MD** 9 (Arthroscopy Association of North America, Archives Committee Chairman, Editor - 30 Years of Excellence, Ethics Committee, Learning Center Committee; New Jersey Orthopaedic Society. Board of Directors; Orthopaedic Society of New Jersey, Board of Trustees); Submitted on: 08/12/2013

**Joseph M. Sewards MD** Submitted on: 05/21/2013

**Nichols A. Sgaglione MD** 1 (Biomet); 8 (Sports Medicine Arthroscopy Review ); 9 (Arthroscopy Association of North America); Submitted on: 04/09/2013

**Walter R. Shelton MD** 2 (Smith & Nephew); 3C (Smith & Nephew); 8 (Arthroscopy; Arthroscopy; Arthroscopy Techniques); 9 (Arthroscopy Association of North America; Arthroscopy Association of North America); Submitted on: 04/17/2013

**Benjamin Shaffer, MD**[2] 9 (American Orthopaedic Society for Sports Medicine; Arthroscopy Association of North America); Submitted on: 07/18/2013

**Seth L. Sherman MD** No Conflicts Reported; Submitted on: 06/01/2013

**Stephen J. Snyder MD** 1 (Arthrex, Inc; DJ Orthopaedics; Linvatec; Sawbones/Pacific Research Laboratories; Wright Medical Technology, Inc.); 2 (CONMED Linvatec); 3A (REDYNS medical); 3B ( Synthes; Wright Medical Technology, Inc.); 3C (DJ Orthopaedics; DJ Orthopaedics); 4 (Johnson & Johnson; Stryker;VuMedi); 5 (DJ Orthopaedics; Linvatec; ; Smith & Nephew; Mitek; Biomet); 7 (Wolters Kluwer Health - Lippincott Williams & Wilkins); Submitted on: 04/03/2013

**23**

**Patrick St. Pierre MD** 1 (DJ Orthopaedics); 2 (Mitek; DJ Orthopaedics); 3B (DJ Orthopaedics; Mitek); 4 (Medshape); 7 (Wolters Kluwer Health - Lippincott Williams & Wilkins); 8 (Journal of Shoulder and Elbow Surgery); 9 (Arthroscopy Association of North America; AAOS; Society of Military Orthopaedic Surgeons; Desert Orthopedic Center); Submitted on: 04/06/2013

**Denver T. Stanfield MD** 5 (Arthrex, Inc; Breg; Mitek; DePuy, A Johnson & Johnson Company); 9 (Arthroscopy Association of North America); Submitted on: 01/01/2013

**Walter G. Stanwood MD** 3B (Arthrocare); 9 (AAOS; massachusetts Orthopaedic Association); Submitted on: 04/27/2013

**Mark E. Steiner MD** (Stryker); 3B (Stryker); 4 (Johnson & Johnson); 5 (DJ Orthopaedics; Arthrex, Inc); 8 (American Journal of Sports Medicine); Submitted on: 06/02/2013

**Scott P. Steinmann MD**[1] 1 (DePuy, A Johnson & Johnson Company); 3B (Arthrex, Inc; DePuy, A Johnson & Johnson Company); 7 (Journal of Hand Surgery - American); 8 (Journal of Shoulder and Elbow Surgery); 9 (American Shoulder and Elbow Surgeons; American Society for Surgery of the Hand); Submitted on: 07/26/2013

**James W. Stone MD** 9 (Orthopaedic Learning Center Board of Directors); Submitted on: 10/01/2013

**Allston J. Stubbs**[2] **MD** 3B (Smith & Nephew); 4 (Johnson & Johnson); 5 (Bauerfeind, AG); 8 (VuMedi.com; Journal of Arthroscopy); 9 (International Society for Hip Arthroscopy; American Orthopaedic Society for Sports Medicine; Arthroscopy Association of North America); Submitted on: 08/02/2013

**Scott Joshua Szabo MD** 2 (Arthrex, Inc); 9 (Arthroscopy Association of North America); Submitted on: 07/31/2013

**Joseph C. Tauro, MD** 3B (Cayenne Medical; CONMED Linvatec); 3C (Kfx Medical; Exactech, Inc; Musculoskeletal Transplant Foundation); 4 (Kfx Medical); 6 (Medacta); 9 (Arthroscopy Association of North America); Submitted on: 10/03/2013

**Richard James Thomas MD** 4 (Mako); 9 (Arthroscopy Association of North America); Submitted on: 07/31/2013

**Jonathan Tueting MD** 3B (Arthrex, Inc Osteomed); Submitted on: 08/10/2012

**Christopher W. Uggen** MD 4 (Stryker); 9 (Arthroscopy Association of North America: Ethics and Standards Committee, Communications Committee); Submitted on: 10/06/2013

**Jonathan P. Van Kleunen MD** 3B (Smith & Nephew Endoscopy); Submitted on: 04/16/2013

**Nikhil N. Verma MD** 1 (Smith & Nephew); 2 (Arthrosurface); 3B (Smith & Nephew, Arthrex, Inc); 4 (Omeros); 5 (Arthrex, Inc; Smith & Nephew, Athletico, ConMed Linvatec, Miomed, Mitek; Arthrosurface); 7 (Vindico Medical-Orthopedics Hyperguide, ; Arthroscopy); 8 (Journal of Knee Surgery ; Arthroscopy; SLACK Incorporated); 9 ( Arthroscopy Association Learning Center Committee); Submitted on: 04/28/2013

**Armando F. Vida MD** 2 (Musculoskeletal Transplant Foundation); 3B (Stryker); 6 (Stryker; Smith & Nephew); 9 (American Orthopaedic Society for Sports Medicine); Submitted on: 06/14/2013

**Christopher J. Wahl MD** 2 (Arthrex, Inc; Smith & Nephew); 3B (Smith & Nephew); Submitted on: 04/03/2013

**Brian R. Waterman MD** No Conflicts Reported; Submitted on: 05/02/2013

**Noah D. Weiss MD** 3B (A.M. Surgical, Inc. (Surgical Advisory Board)); Submitted on: 10/04/2012

**Jeffrey Yao MD**[2] 1 (Arthrex, Inc); 2 (Arthrex, Inc; Trimed); 3B (Smith & Nephew; Arthrex, Inc); 7 (Saunders/Mosby-Elsevier); 8 (Saunders/Mosby-Elsevier; Hand); 9 (American Society for Surgery of the Hand; Arthroscopy Association of North America); Submitted on: 04/03/2013

**Yi Meng Yen MD** 3A (Agios Pharmaceuticals); 3B (Smith & Nephew; Orthopediatrics; Arthrex, Inc); 4 (Agios Pharmaceuticals); Submitted on: 05/28/2013

**David T. Yucha MD** 2 (Biomet Sports Medicine ); 3B (Biomet); 8 (Arthroscopy); 9 (Pennsylvania Orthopaedic Society); Submitted on: 09/04/2013

**Miltiadis Holger Zgonis MD** No Conflicts Reported; Submitted on: 10/02/2013

**Mark Richard Zunkiewicz MD** 3B (Smith & Nephew); 4 (Johnson & Johnson; Bristol-Myers Squibb; Zimmer; Roche; Pfizer; Merck); 6 (Arthrex, Inc Mitek; Smith & Nephew); 9 (Blanchard Valley Health Foundation, Findlay, Ohio (Father - Planned Giving Officer, Hospice Advisory Committee, New Business Development Committee)); Submitted on: 04/08/2013

**24**

**EXHIBIT P**
**PAGE 24**

# GENERAL INFORMATION

## Please remember, your courses cannot overlap.

**Registration**
Gracia Registration Desk
**Wednesday, November 6**
3:00 pm – 6:30 pm
**Thursday, November 7**
7:00 am – 6:15 pm
**Friday, November 8**
7:00 am – 5:00 pm
**Saturday, November 9**
7:00 am – 12:00 pm

**Accreditation**
The Arthroscopy Association of North America is accredited by the Accreditation Council for Continuing Medical Education to provide medical education for physicians.
*AMA/PRA Category 1 Credit(s)™*
**Designation**
**Course 100 (Shoulder Lecture & Lab):** AANA designates this live activity for a maximum of *7 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Course 101 (Hip Lecture & Lab):** AANA designates this live activity for a maximum of *4 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Course 104 (Knee Lecture & Lab):** AANA designates this live activity for a maximum of *7 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Course 100L (Shoulder Lecture):** AANA designates this live activity for a maximum of *4 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Course 101L (Hip Lecture):** AANA designates this live activity for a maximum of *2 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Course 102L (Wrist & Elbow Lecture):** AANA designates this live activity for a maximum of *2 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Course 103L (Foot & Ankle Lecture):** AANA designates this live activity for a maximum of *1.5 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Course 104L (Knee Lecture):** AANA designates this live activity for a maximum of *4 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Update on Arthroscopic E&M and Surgical Coding:** AANA designates this live activity for a maximum of *2 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Mini Fellowships:** AANA designates this live activity for a maximum of *2.5 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Engage the Experts Demo:** AANA designates this live activity for a maximum of *2.0 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**MRI Interpretation:** AANA designates this live activity for a maximum of *1.5 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Resident and Fellows Symposium:** AANA designates this live activity for a maximum of *2.0 AMA PRA Category 1 Credit(s)™*. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

The Arthroscopy Association of North America designates this education activity for a maximum of *AMA PRA Category 1 Credits™*. Physicians should only claim credit commensurate with the extent of their participation in the activity.

**Continental Breakfast & Coffee Breaks**
Continental breakfast and coffee breaks will be held in the Brera Ballroom of the The Cosmopolitan of Las Vegas.

**25**

**www.aana.org**

**Disclaimer**

The methods, techniques, and procedures demonstrated and the views and opinions expressed by speakers, presenters and faculty are their own and do not necessarily represent those of the Arthroscopy Association of North America (AANA), or does presentation on the program represent or constitute endorsement or promotion by AANA.

AANA is not responsible for expenses incurred by an individual who is not confirmed and for whom space is not available at the meeting. Cost incurred by the registrant, such as airline or hotel fees or penalties are the responsibility of the registrant.

**Disclosure Statement**

In accordance with the Accreditation Council for Continuing Medical Educations standards for commercial support, all CME providers are required to disclose to the activity audience the **relevant financial relationships** of the planners, teachers, and authors involved in the development of CME content. An individual has a relevant financial relationship if he or she has a financial relationship in any amount occurring in the last 12 months with a commercial interest whose products or services are discussed in the CME activity content over which the individual has control.

**Exhibits**

To compliment the education session, a variety of technical exhibits will be on display throughout the course.

The Exhibit Hours are:

**Thursday, November 7**
6:45 am - 12:15 pm &
7:00 pm - 8:30 pm
**Friday, November 8**
6:45 am - 1:00 pm
**Saturday, November 9**
6:45 am - 9:00 am
*(Exhibits will close on Saturday, November 9th)*

**FDA Statement:**

Some drugs or medical devices demonstrated at the Fall Course have not been cleared by the FDA or have been cleared by the FDA for specific purposes only.  The FDA has stated that it is the responsibility of the physician to determine the FDA clearance status of each drug or medical device he or she wishes to use in clinical practice.

AANA's policy provides that "off label" use of a drug or medical device may be described in the AANA's CME activities so long as the "off label" use of the drug or medical device is also specifically disclosed (i.e., it must be disclosed that the FDA has not cleared the drug or device for the described purpose).  Any drug or medical device is being used as "off label" if described drug use is not set forth on the product's approval label.

**Hospitality Suite**

A Hospitality suite will be open at the The Cosmopolitan of Las Vegas: Reception Suite 1537 (15th Floor, West Tower)

**Thursday, November 7**
8:00 am – 5:00 pm
**Friday, November 8**
8:00 am – 5:00 pm
**Saturday, November 9**
8:00 am – 12:00 pm

**Knot Tying Laboratory**
**Condesa Ballroom 6**

A Knot Tying Laboratory will be available for the Shoulder Lab participants. Instructors will be available on:

**Thursday, November 7**
2:00 pm – 3:00 pm

**Lunch in the Exhibits**
**Brera Ballroom**

A box lunch will be served in the Brera Ballroom on Thursday and Friday for the course participants only. Please indicate on the registration form if you would like to request a lunch for one or both days.

**Laboratory Requirements & Instruments**

Each laboratory station will have two registrants per cadaveric specimen. Universal precautions will be required in the laboratory. Gowns, gloves, masks and goggles will be provided. **SCRUBS ARE NOT PROVIDED IN THE LABORATORY.**

**\*\*\*PLEASE NOTE\*\*\*** The shoulder model lab and the knee model lab will be integrated in to the cadaver lab sessions to enhance and supplement the lab experience.

**Reception**
**Brera Ballroom**

A reception will be held on Thursday, November 7 at 7:00 pm in the Brera Ballroom at the The Cosmopolitan of Las Vegas. Admission to the reception is included in the registration fee.

**Waiver**

Routine safety precautions should be taken by all participants as during normal surgical procedures. A signed waiver of liability will be required from each laboratory participant.

**26**

**www.aana.org**

**EXHIBIT P**
**PAGE 26**

# The Anthroscopy Association of North America gratefully acknowledges the following companies













www.aana.org

27

**PROOF OF SERVICE**

I hereby certify that on January 10, 2014, I caused the SECOND DECLARATION OF TATE SCOTT IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE JUDGMENT AND MAKE ADDITIONAL FINDINGS to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following person(s):

Robert W. Dickerson
DickersonR@dicksteinshapiro.com
Lawrence La Porte
LaporteL@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067
T:  310-772-8300

Charles W. Saber
saberc@dicksteinshapiro.com
Salvatore P. Tamburo
tamburos@dicksteinshapiro.com
Megan S. Woodworth
woodworthm@dicksteinshapiro.com
S. Gregory Herrman
herrmang@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street Northwest
Washington, DC  20006
T:  202-420-2200

I certify and declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the forgoing is true and correct.

Executed on January 10, 2014, at San Diego, California.

Colleen Mensching

Proof of Service
Case no. 11cv1698 DMS (BLM)