# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KFX MEDICAL CORP.<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>ARTHREX, INC.<br><br>    Defendant and Counterclaimant. | Case No. 3:11-cv-1698<br><br>Hon. Dana M. Sabraw<br><br>ORDER GRANTING ARTHREX'S EX PARTE APPLICATION FOR ORDER TO FILE REDACTED PORTIONS OF TRIAL TRANSCRIPT |

Before the Court is Defendant Arthrex's *Ex Parte* Application for Order to File Redacted Portions of Trial Transcript (ECF No. 375).

Having considered Defendant's application, the Court hereby GRANTS Defendant's Application to File Redacted Portions of Trial Transcript and instructs the Clerk of the Court and the Court Recorder / Reporter Coordinator of the Court to update the case docket for ECF No. 359 (OFFICIAL TRANSCRIPT of Proceedings (Jury Trial/Day Seven) held on 10/7/2013) with ECF No. 375-1 (redacted version) and for ECF No. 360 (OFFICIAL TRANSCRIPT of Proceedings (Jury Trial/Day Eight) held on 10/8/2013) with ECF No. 375-2 (redacted version).

Dated: February 14, 2017

                                          Hon. Dana M. Sabraw
                                          United States District Judge